# Exhibit J

# Exhibit 1

**From:** John Melo
**Sent:** Friday, August 26, 2022 8:49 AM
**To:** Mike Rytokoski
**Cc:** Han Kieftenbeld
**Subject:** Re: [EXTERNAL] Two quick questions

Great - let's ensure Neal or whomever is going to pull together data is in that discussion.

Thanks

> On Aug 26, 2022, at 4:47 PM, Mike Rytokoski <rytokoski@amyris.com> wrote:
>
> John, as per our earlier discussion I have not shared anything about the deal with anyone.  So no, Rob is not in the know.
>
> Tomorrow 4 pm Lisbon time works well. Let's use this to talk through the info package and discuss open questions.
>
> Mike
>
> # Mike Rytokoski | President - Technology Access
> Mobile 1-650-445-2114 | rytokoski@amyris.com
> http://www.amyris.com/ | 5885 Hollis St. Suite 100 Emeryville, CA 94608
>
>> On Aug 26, 2022, at 8:30 AM, John Melo <melo@amyris.com> wrote:
>>
>> I can discuss this live - this first pass is just apprinnova as is today.
>>
>> Rob is not in the know (I hope) and should not be in the process at this time. Totally wrong. Neil should be involved but we should give very direct instruction in exactly what I'm looking for. I can do a call at around 4pm Lisbon time tomorrow if helpful.
>>
>> This discussion is well advanced and I don't want conflicting info.
>>
>> Thanks and please confirm above?
>>
>> John
>>
>>> On Aug 26, 2022, at 3:57 PM, Mike Rytokoski <rytokoski@amyris.com> wrote:
>>>
>>> John,

1

Clear. I will involve Rob Mirabella and Neil Pollack to pull together the information package answering Givaudan's questions. Let me know if any concerns. Han, we may need your help to reprioritize some of the other things that Neil is currently working on.

Can you elaborate on your discussion with Givaudan about future products? Which are you considering to include in the deal? The first new ingredients coming off the line are Ectoin, CBG and maybe BioSilica. Would these be included? Would the deal include current Aprinnova blends CleanScreen and SimplySolid? These two combined are less than $1M in revenues.

Should we consider some adjustment mechanism to the fene cost guarantees to avoid having to subsidize Givaudan into perpetuity?

I will come back with more questions as we dive into this.

Mike

## Mike Rytokoski | President - Technology Access

Mobile 1-650-445-2114 | rytokoski@amyris.com

http://www.amyris.com/ | 5885 Hollis St. Suite 100 Emeryville, CA

94608

On Aug 26, 2022, at 7:24 AM, John Melo <melo@amyris.com> wrote:

Mike, need your leadership in pulling this together. We should setup a project team - very small - no more that 2-3 people to support you.

All financial data should be based on the fixed fene price agreement - we should not have a P&L with adjustment - just a clean P&L with COGS based on our pricing guarantee for squalane per Kg.

I would like to align on historical, 2022 and forward through 2025 plan. Let's plan on having this no later than Monday end of day for review.

Plan for 2022 based on second half annualized - this adjust for first half supply constraints- they are aware of these and aware of our 2nd half and plan going forward.

Happy to discuss today if helpful.

2

CONFIDENTIAL

AMYRIS-0000002

I can do a discussion tomorrow once you get your ahead around this.

Thanks

John

Begin forwarded message:

> **From:** Frederique Lafosse <frederique.lafosse@givaudan.com>
> **Date:** August 26, 2022 at 3:17:04 PM GMT+1
> **To:** John Melo <melo@amyris.com>
> **Cc:** Maurizio Volpi <maurizio.volpi@givaudan.com>, Stewart Harris <stewart.harris@givaudan.com>, Laurent BOURDEAU <laurent.bourdeau@givaudan.com>
> **Subject: Re: [EXTERNAL] Two quick questions**

Dear John,

Thanks for your quick return. We regrouped after our conversation on Wednesday and are happy to rapidly move to the next steps. Given your need to speed, we suggest that you or your team primarily answer the list of questions below which are key to us for making a more concrete proposition. It would be ideal if you could give us these informations asap next week. We can then work out a project for structuring the transaction, based on the principles you mentioned on Wednesday.

- 2021 and 2022 Financial performance of existing business: COGS, operational costs, margin, volumes...etc

3

CONFIDENTIAL

AMYRIS-0000003

- Projected financial performance/growth plan (stand alone)
- Commercialized products included in the transaction
- Certifications (Cosmos, Bonsucro ...)
- IP transfer model
- Confirmation of the capacities of production current and future (Baan CDMO)
- Clarification on Direct/non Direct customers: thanks for your first answer but what about L'Oreal,Ordinary/ELC ?
- Commercial terms between Amirys and Givaudan (supply of Squalane, Hemisqualane...)
- As per commercial terms between Givaudan and Amyris pertaining to sales to Amyris brands, we may take the model we apply for Bisabolol as reference
-
- Future products timeframe and business plan

I hope these questions are clear enough, of course I stay tuned for any need, clarification you may have.
Thanks a lot

Best Regards
Frederique

**Frederique Lafosse**



New Business Development Partner, Fragrance & Beauty
Active Beauty

Phone: +33139981683,
Mobile:+33608703923

4

AMYRIS-0000004

Givaudan France SAS, 19-23 voie des
bans, 95100 Argenteuil Cedex,
France. www.givaudan.com

Instagram,  Linkedin,  Twitter,  Faceboo
k,  YouTube



Le ven. 26 août 2022 à 09:33, John
Melo <melo@amyris.com> a écrit :
Frederique, very good to see you on
our call and I appreciate the time and
your engagement.

On the below questions -

1) IP would be part of the transaction
for Squalane and Hemisqualane. We
have several components to this as it
involves both downstream and
Farnasene technology.

2) SEPPIC and Amyris would be 2 direct
sales currently - there may be 1 or 2
others I'm unaware of. The direct
represents about 340 tons of the 2.1kT
4th quarter 2022 sales annualized run
rate. Or about  $6.8M of revenue and
about $2.7M of operating income for
the business.

Thanks

John

> On Aug 25, 2022, at
> 8:14 AM, Frederique
> Lafosse
> <frederique.lafosse@g
> ivaudan.com> wrote:

> **CAUTION:** This email
> originated from outside
> of Amyris. Do not click
> links or open
> attachments unless
> you recognize the

5

AMYRIS-0000005

sender and are sure that the content is safe. If you are unsure, contact the sender via a separate email or call and verify.

Dear John,

Many thanks for the conversation yesterday. If I may, I have 2 quick questions:

- What about the IP associated with Squalane, Hemisqualane and other ingredients, will it be part of the deal ?
- Which customer clients are already in direct sales ?

Best Regards
Frederique



**Frederique Lafosse**

New Business Development Partner, Fragrance & Active Beauty

Phone: +33139981683 ,
Mobile:+33608703923
Givaudan France SAS, 19-23 voie des bans, 95100 Argenteuil Cedex,
France. www.givaudan.com

Instagram, Linkedin, Twitter, Facebook, YouTube



6

AMYRIS-0000006

## Disclaimer

Notice of Confidentiality: The information contained in this email message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error, please email the sender and destroy this message and remove the transmission from all computer directories (including email servers).

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

7

AMYRIS-0000007

**Exhibit 2**

| | |
|---|---|
| **From:** | John Melo |
| **To:** | Mike Rytokoski |
| **Cc:** | Han Kieftenbeld; Neil Pollack |
| **Subject:** | Re: Prospect Financials |
| **Date:** | Monday, August 29, 2022 11:30:44 PM |
| **Attachments:** | image001.png |
| | image001.png |
| | Prospect Financials - Aug 30 2022.pdf |

Guys the attached does not work. We have work to do and need this turned quickly - let's discuss in detail tonight and correct.

I don't believe you yet understand what we are trying to do and what really matters in this deal.

Thanks

John

> On Aug 30, 2022, at 6:32 AM, Mike Rytokoski <rytokoski@amyris.com> wrote:
>
> John and team,
>
> Here are the financials that we developed with Neil reflecting what we discussed on Saturday.
>
> It will be good to walk through the assumptions to confirm alignment on what goes in the pro forma P&L.
>
> The latest projected COGS with BB fene are higher than what we agreed to use on Saturday. Let's discuss implications and options.
>
> Another key topic is our purchase of squalane and hemisqualane for our own brands. The Bisabolol model that Givaudan referred to means that our CMO's would buy their requirements from the distributors at market prices. This would be a significant cost upcharge. We have illustrated potential mechanism in the deck for us to discuss.
>
> Mike

AMYRIS-0000008

**Mike Rytokoski | President - Technology Access**
Mobile 1-650-445-2114 | rytokoski@amyris.com
http://www.amyris.com/ | 5885 Hollis St. Suite 100 Emeryville, CA 94608

AMYRIS-0000009

**Exhibit 3**

**From:** John Melo <melo@amyris.com>
**Sent:** Wednesday, August 31, 2022 3:07 PM
**To:** Frederique LAFOSSE <frederique.lafosse@givaudan.com>
**Cc:** Maurizio Volpi <maurizio.volpi@givaudan.com>; Stewart Harris <stewart.harris@givaudan.com>; Laurent Bourdeau <laurent.bourdeau@givaudan.com>
**Subject:** Re: [EXTERNAL] Two quick questions

Frederique, attached please find the reply to your questions as promised.

Happy to have a call to clarify at your convenience.

'Thanks

John


On Aug 26, 2022, at 7:22 AM, Frederique Lafosse <frederique.lafosse@givaudan.com> wrote:

Dear John,

That sounds perfect, many thanks

Best Regards
Frederique



**Frederique Lafosse**

New Business Development Partner, Fragrance & Beauty
Active Beauty

Phone: +33139981683, Mobile:+33608703923
Givaudan France SAS, 19-23 voie des bans, 95100 Argenteuil Cedex, France. www.givaudan.com

Instagram, Linkedin, Twitter, Facebook, YouTube

CONFIDENTIAL

AMYRIS-0000010

Le ven. 26 août 2022 à 16:19, John Melo <melo@amyris.com> a écrit :

Thank you Frederique- we will plan on having this info to you by mid next week - no later than Thursday morning your time.

John

> On Aug 26, 2022, at 3:17 PM, Frederique Lafosse <frederique.lafosse@givaudan.com> wrote:
>
> Dear John,
>
> Thanks for your quick return. We regrouped after our conversation on Wednesday and are happy to rapidly move to the next steps. Given your need to speed, we suggest that you or your team primarily answer the list of questions below which are key to us for making a more concrete proposition. It would be ideal if you could give us these informations asap next week. We can then work out a project for structuring the transaction, based on the principles you mentioned on Wednesday.
>
> * 2021 and 2022 Financial performance of existing business: COGS, operational costs, margin, volumes...etc
> * Projected financial performance/growth plan (stand alone)
> * Commercialized products included in the transaction
> * Certifications (Cosmos, Bonsucro ...)
> * IP transfer model
> * Confirmation of the capacities of production current and future (Baan CDMO)
> * Clarification on Direct/non Direct customers: thanks for your first answer but what about L'Oreal,Ordinary/ELC ?
> * Commercial terms between Amirys and Givaudan (supply of Squalane, Hemisqualane...)
> * As per commercial terms between Givaudan and Amyris pertaining to sales to Amyris brands, we may take the model we apply for Bisabolol as reference
> *
> * Future products timeframe and business plan

2

CONFIDENTIAL

K-000141

AMYRIS-0000011

I hope these questions are clear enough, of course I stay tuned for any need, clarification you may have.
Thanks a lot

Best Regards
Frederique

**Frederique Lafosse**

New Business Development Partner, Fragrance & Beauty
Active Beauty

Phone: +33139981683, Mobile:+33608703923
Givaudan France SAS, 19-23 voie des bans, 95100 Argenteuil Cedex,
France. www.givaudan.com

Instagram,  Linkedin,  Twitter,  Facebook,  YouTube

Le ven. 26 août 2022 à 09:33, John Melo <melo@amyris.com> a écrit :

Frederique, very good to see you on our call and I appreciate the time and your engagement.

On the below questions -

1) IP would be part of the transaction for Squalane and Hemisqualane. We have several components to this as it involves both downstream and Farnasene technology.

2) SEPPIC and Amyris would be 2 direct sales currently - there may be 1 or 2 others I'm unaware of. The direct represents about 340 tons of the 2.1kT 4th quarter 2022 sales annualized run rate. Or about  $6.8M of revenue and about $2.7M of operating income for the business.

Thanks

John

> On Aug 25, 2022, at 8:14 AM, Frederique Lafosse
> <frederique.lafosse@givaudan.com> wrote:

3

AMYRIS-0000012

**CAUTION:** This email originated from outside of Amyris. Do not click links or open attachments unless you recognize the sender and are sure that the content is safe. If you are unsure, contact the sender via a separate email or call and verify.

Dear John,

Many thanks for the conversation yesterday. If I may, I have 2 quick questions:

- What about the IP associated with Squalane, Hemisqualane and other ingredients, will it be part of the deal ?
- Which customer clients are already in direct sales ?

Best Regards
Frederique



**Frederique Lafosse**

New Business Development Partner, Fragrance & Beauty Active Beauty

Phone: +33139981683, Mobile:+33608703923
Givaudan France SAS, 19-23 voie des bans, 95100 Argenteuil Cedex, France. www.givaudan.com

Instagram, Linkedin, Twitter, Facebook, YouTube



**Disclaimer**

Notice of Confidentiality: The information contained in this email message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error, please email the sender and destroy this message and remove the transmission from all computer directories (including email servers).

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

CONFIDENTIAL                                                                                 AMYRIS-0000013

5

AMYRIS-0000014



**APRINNOVA**

CLEAN BEAUTY INGREDIENTS POWERED BY **amyris**

**Information Package**
**August 31, 2022**

AMYRIS-0000015

CONFIDENTIAL



CLEAN BEAUTY INGREDIENTS POWERED BY **amyris**

## Our Mission

Transform the beauty category with **superior-performing** ingredients that are **safer** for the consumer, more **sustainable** for the environment and **ethically** sourced

## High Performance – No Compromise



AMYRIS-0000016

CONFIDENTIAL



# APRINNOVA P&L 2020-2022

| Summary Income Statement<br>USD million<br>Sign convention: (+) = favorable to P&L | Actual<br>FY 2020 | Actual<br>FY 2021 | Proforma<br>FY 2022 | % Chg<br>'20 - '21 | % Chg<br>'21 - '22 |
|---|---|---|---|---|---|
| 3P Squalane Volume (MTs) | 1,437 | 1,909 | 2,084 | 33% | 9% |
| Amyris Consumer Squalane Volume (MTs) | 52 | 130 | 293 | 147% | 126% |
| 3P Hemisqualane Volume (MTs) | 644 | 701 | 1,340 | 9% | 91% |
| Amyris Consumer Hemisqualane Volume (MTs) | 10 | 17 | 61 | 72% | 258% |
| **Total Volume (MTs)** | **2,144** | **2,756** | **3,778** | **29%** | **37%** |
| 3P Squalane Revenue | 21.8 | 27.5 | 31.9 | 26% | 16% |
| Amyris Consumer Squalane Revenue | 0.4 | 1.1 | 2.4 | 146% | 126% |
| 3P Hemisqualane Revenue | 3.5 | 4.3 | 10.1 | 22% | 135% |
| Amyris Consumer Hemisqualane Revenue | 0.0 | 0.1 | 0.3 | 89% | 258% |
| Other | 0.3 | 0.3 | | | |
| **Total Revenue** | **26.0** | **33.2** | **44.6** | **27%** | **34%** |
| Cost of product sales | (13.8) | (18.2) | (23.4) | -32% | -28% |
| **Gross Profit** | **12.3** | **15.0** | **21.2** | **22%** | **42%** |
| Cash Operating Expenses | (1.9) | (2.4) | (2.4) | -27% | 0% |
| **EBIT** | **10.4** | **12.6** | **18.8** | **21%** | **50%** |

CURRENT SCENARIO:

- Proforma FY 2022 volume projections represent annualized 2H 2022 forecast

- 3P[1] price increases implemented in July 2022

Third party revenue recognized on sales to distributors and direct customers; excludes intercompany revenue from Amyris consumer brand manufacturing

CONFIDENTIAL

AMYRIS-0000017

3



# APRINNOVA P&L FORECAST 2023-2025

| Summary Income Statement | Proforma FY 2023 | Proforma FY 2024 | Proforma FY 2025 | % Chg '23 - '24 | % Chg '24 - '25 |
|---|---|---|---|---|---|
| USD million | | | | | |
| Sign convention: (+)=favorable to P&L | | | | | |
| 3P Squalane Volume (MTs) | 2,563 | 3,301 | 3,801 | 29% | 15% |
| Amyris Consumer Squalane Volume (MTs) | 627 | 1,147 | 1,837 | 83% | 60% |
| 3P Hemisqualane Volume (MTs) | 1,607 | 1,928 | 2,217 | 20% | 15% |
| Amyris Consumer Hemisqualane Volume (MTs) | 124 | 208 | 327 | 68% | 57% |
| **Total Volume (MTs)** | **4,921** | **6,584** | **8,183** | **34%** | **24%** |
| 3P Squalane Revenue | 41.6 | 55.9 | 67.4 | 34% | 21% |
| Amyris Consumer Squalane Revenue | 11.6 | 21.2 | 34.0 | 83% | 60% |
| 3P Hemisqualane Revenue | 12.0 | 15.6 | 19.1 | 30% | 22% |
| Amyris Consumer Hemisqualane Revenue | 0.8 | 1.4 | 2.1 | 68% | 57% |
| **Total Revenue** | **66.0** | **94.0** | **122.6** | **42%** | **30%** |
| Cost of product sales | (43.0) | (58.3) | (73.0) | -36% | -25% |
| **Gross Profit** | **23.0** | **35.7** | **49.7** | **55%** | **39%** |
| Operating Expenses | (1.5) | (1.5) | (1.5) | -1% | -2% |
| **EBIT** | **21.6** | **34.2** | **48.2** | **59%** | **41%** |

<u>ASSUMPTIONS:</u>

- 3P[1] volume projections based on distributor and Amyris business plans
- 3P[1] price increase planned for Q3 2024
  - Squalane
  - Hemisqualane
- Amyris supply terms to licensee
  - Squalane:
  - Hemisqualane:
  - Payment terms:
- Proposed terms for ingredient use in Amyris' own consumer brands
  - Squalane:
  - Hemisqualane:
- Operating Expenses – reduction for integration into Givaudan infrastructure
  - 1 FTE: Regulatory support (~$200K / year)
  - 1 FTE: Formulation / technical (~$200K / year)
  - External marketing, sampling, trade shows and miscellaneous expenses of $500K / year

[1]Third party revenue recognized on sales to distributors and direct customers; excludes intercompany revenue from Amyris consumer brand manufacturing

AMYRIS-0000018

4

APRINNOVA
CLEAN BEAUTY INGREDIENTS POWERED BY amyris

# RESPONSES TO QUESTIONS

- **Commercialized products included in the transaction?**
  - Squalane and Hemisqualane
- **Production capacity - current and future?**
  - Squalane: ▉
  - Hemisqualane: ▉
  - Amyris new fermentation facility in Barra Bonita, Brazil: Source of farnesene
  - All capex/volume expansion is the responsibility of Amyris going forward – no capex needed from Givaudan over next 10 years.
- **Clarification on direct customers?**
  - Exclusive distributors: LBB Specialties (North America), Safic Alcan (Europe), Nikko (Japan & Asia), Dowell (Korea), Trapeze (Australia & New Zealand), Dinaco (Brazil) and several smaller single country distributors in Latin America
  - Non-exclusive distributor: Yifan (China)
  - Direct customers for Squalane ▉ : Seppic ▉ Avon ▉ Grupo MCassab
  - Direct customers for Hemisqualane ▉ Elementis ▉ Northern Labs/Method ▉ Elkem ▉ Applechem ▉ Momentive ▉ CHT ▉ Dow ▉ Kobo ▉ Cosmat ▉ Siltech
- **Certifications?**
  - BonSucro, EcoCert, USDA Certified Biobased Product, Microbiome Friendly Certified

CONFIDENTIAL

**Exhibit 4**



# Amyris, Inc. NasdaqGS:AMRS
# FQ3 2022 Earnings Call Transcripts
## Tuesday, November 8, 2022 9:30 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ3 2022- | | | -FQ4 2022- | -FY 2022- | -FY 2023- |
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
|---|---|---|---|---|---|---|
| EPS (GAAP) | (0.21) | (0.50) | NM | (0.06) | (1.03) | NA |
| Revenue (mm) | 91.18 | 71.13 | ▼ (21.99 %) | 108.13 | 312.22 | NA |

Currency: USD
Consensus as of Nov-09-2022 2:16 PM GMT



| - EPS (GAAP) - | | | |
| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ4 2021 | (0.22) | 0.12 | NM |
| FQ1 2022 | (0.30) | (0.34) | NM |
| FQ2 2022 | (0.29) | (0.34) | NM |
| FQ3 2022 | (0.21) | (0.50) | NM |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

AMYRIS-0000020

**Contents**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ................................................................................ | **3** |
| **Presentation** | ................................................................................ | **4** |
| **Question and Answer** | ................................................................................ | **9** |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

AMYRIS-0000021

y

# Call Participants

EXECUTIVES

**Eduardo Alvarez**
*Chief Operating Officer*

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

**John G. Melo**
*President, CEO & Director*

ANALYSTS

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

**Daniel Dalton Rizzo**
*Jefferies LLC, Research Division*

**Graham Yoshio Tanaka**
*Tanaka Capital Management, Inc.*

**Korinne N. Wolfmeyer_garima**
*Piper Sandler & Co., Research Division*

**Poon Mah**
*Cowen and Company, LLC, Research Division*

**Rachel Marie Vatnsdal Olson**
*JPMorgan Chase & Co, Research Division*

**Richard Paul Schottenfeld**
*Schottenfeld Group LLC*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
3

AMYRIS-0000022

# Presentation

**Operator**

Welcome to the Amyris Third Quarter 2022 Financial Results Conference Call. This call is being webcast live on the Events page of the Investors section of the Amyris website at amyris.com. As a reminder, today's call is being recorded. You may listen to a webcast replay of this call by going to the Investors section of Amyris website.

I would like to turn the call over to Han Kieftenbeld, Chief Financial Officer of Amyris. Please go ahead.

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Thank you, Dave, and good afternoon. Thank you for joining us today. With me on today's call is John Melo, President and Chief Executive Officer; and Eduardo Alvarez, our Chief Operating Officer, who will participate in the Q&A session.

We issued our results today in a press release. The current report on Form 8-K furnished with respect to our press release is available on our website, amyris.com in the Investors section as well as on the SEC's website. The slides accompanying this presentation can also be found on the website and were posted today for your convenience.

Please turn to Slide 2. Please note that on this call, you will hear discussions of non-GAAP financial measures, including, but not limited to, underlying sales, revenue, gross margin, cash operating expense and adjusted EBITDA. Reconciliations of these non-GAAP measures to the most directly comparable GAAP financial measures are contained in the financial summary section slides of the presentation or the press release distributed today.

During this call, we will make forward-looking statements about future events and circumstances, including Amyris' outlook for 2022 and beyond, Amyris' goals and strategic priorities, anticipated transactions and other future milestones as well as market opportunities, growth prospects and fit-to-win actions. These statements are based on management's current expectations, and actual results and future events may differ materially due to risks and uncertainties, including those detailed from time to time in our filings with the Securities and Exchange Commission, including our 10-Q for the third quarter of 2022. Amyris disclaims any obligation to update information contained in these forward-looking statements, whether as a result of new information, future events or otherwise. I'll now turn the call over to John. John?

**John G. Melo**
*President, CEO & Director*

Thank you, Han, and good afternoon, everyone. Thanks for joining us today. I'll provide an update on our business performance and our expectations for the next several quarters. Han will provide an update on our financial performance, our Fit-to-Win initiatives in our fourth quarter and full year outlook, and I'll recap before turning to Q&A.

Our third quarter was another solid quarter of core revenue growth and operational execution. We delivered on our business objectives and made significant progress advancing our previously communicated Fit-to-Win strategic actions. Demand for several of our brands is higher than anticipated, and we are prioritizing spend and investment to ensure we meet retail channel needs while also delivering on our cost savings initiatives.

Our consumer business grew 98% in the third quarter over the same period in 2021 and has grown 107% during the first 3 quarters compared to the same period last year. Our consumer gross margin was in line at just under 60%. Q3 was our sixth consecutive quarter of record consumer revenue. We have become the leading growth company in health, beauty and wellness markets and are not experiencing a slowdown in demand for our leading brands.

Our Technology Access revenue has also continued to grow as a result of our industry leadership and the production of clean, sustainable chemistry. Our ingredients demand has continued to outpace our capacity. We continue to sell all that we can produce and have a backlog of orders that are shipping in the fourth quarter. Gross margins for our ingredients products have been challenged by higher input costs from contract manufacturing and air freight that has been required for product delivery that meets the needs of our customers.

We expect to see significant gross margin improvement now that we're increasingly making product at our new Barra Bonita precision fermentation facility. We are in process of producing 5 ingredients at Barra Bonita during the fourth quarter. Looking ahead, we expect gross margin expansion in the fourth quarter resulting from increased production at Barra Bonita, the transition to consumer

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

production from third-party contract manufacturers into our own production facility in Brazil, a reduction in packaging costs and reduced dependency on China-sourced components which to date have resulted in significant airfreight charges. We executed most of these changes by the end of the third quarter through our Fit-to-Win agenda and expect much further realization of the cash and the margin benefit into the fourth quarter.

To sum up the third quarter, we delivered strong operational performance. We launched our Fit-to-Win revenue, cost and cash initiatives. We maximized utilization of the production lines that have been commissioned at Barra Bonita and our Interfaces, consumer production facility in Brazil. We also made significant progress with the setup of infrastructure for our expansion in the U.K. and the European markets with our consumer brands.

In a few moments, Han will cover in more detail our financial performance, the Fit-to-Win update and the outlook for the remainder of the year. Before that, though, I would like to transition to our plan and strategy for the next 5 quarters and our long-term outlook.

Let me focus on 4 priorities. We are transitioning from a singular focus on growth in the end markets we serve to a framework of disciplined growth and profitability focused on our 4 priorities: portfolio, growth, liquidity and profitability.

Let me start with portfolio. Our focus is to maintain our leadership in health, beauty and wellness consumer markets underpinned by our best-in-class synthetic biology, process development, scale up and biomanufacturing assets. We continue to be the world leader in making clean, sustainable chemistry and delivering leading high-value and high-impact molecules to the world's fastest-growing consumer brands. No other consumer company in our end markets has the science or integration that we have built and are now executing on. We intend to expand the availability of these molecules to the world's leading companies and brands through partnerships with respective leaders in each of the end markets.

We will accomplish this through long-term marketing partnerships where we design, engineer and make the molecules that our partners sell with exclusive marketing rights. We are the only company in our sector that has now generated over $1 billion in value from these strategic transactions. We have a track record of executing significant strategic transactions that enable us to continue the manufacturing while partners grow sales through their leading position in their end markets. As we continue to focus our business model and portfolio, we expect near-term strategic transactions from the continued simplification of our portfolio to generate over $500 million of value. That includes $350 million in upfront cash, of which the net proceeds we plan to reinvest in our technology and consumer business.

Let me now discuss our growth. We expect to continue delivering the leading growth compared to public consumer goods companies in clean health, beauty and wellness. We are transitioning to more prudent spending and adding a significant focus on making our company profitable. The combination of our consumer brands, our science, biomanufacturing and go-to-market strategy is enabling us to provide consumers with what they want and need. We are focused on slowing the rate of investment in new brands while continuing to support our leading brands to meet the strong demand they are experiencing.

Long term, we expect our portfolio to consist of around 12 brands in categories where we can be leaders. These brands will continue to be sold through an omnichannel strategy with our own direct-to-consumer channel leading in revenue contribution and success in retail from partnerships with the leading retailers in their respective geographies like Sephora, Ulta, Douglas in some European markets and our continued deepening of our partnership with Walmart in the U.S., where we now sell Pipette, are launching the 4U brand and are expanding our MenoLabs brand into Walmart stores near you.

Currently, each of our brands that have been in the market for more than 1 year are delivering the best growth in their respective markets. On the Beauty, it's more than doubling this year. Costa Brazil, JVN, and Rose Inc. are all up more than 300% for the year-to-date, and Biossance continues to be the best growing brand in clean, sustainable skin care powered by science. Biossance is also our first brand to exceed $100 million in revenue in a single year. Rose Inc. has just launched in Brazil and is performing in the top 10 color brands at Sephora. JVN is currently experiencing a significant store expansion in the U.S. by tripling the number of doors. Biossance is seeing strong traction in China by delivering over $1 million in sales during a single week recently for the first time in the Chinese market.

We are launching the 4U brand by Tia, into over 2,800 Walmart stores in the U.S. Meanwhile, we are slowing the pace of rollout for Stripes and EcoFabulous to ensure differentiated use of cash. The idea is simple: invest where we have the leading brands and can grow efficiently, spend less on other brands to get to profitability faster and with better predictability.

The third priority for us is profitability. We are focused on ensuring that our growth is profitable and making our company financially sustainable and attractive. We have a clear path to operating profitably. Our goal is to deliver 10% operating income on an estimated $200 million of revenue in the fourth quarter of 2023. We expect this to be our first solid quarter of operating profitability for our core business based on maintaining our current growth rate and delivering on our Fit-to-Win initiatives. We expect over 10% operating

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000024

income for full year 2024, expanding that to over 20% operating income by 2025 with a goal of more than $1 billion in revenue during 2025.

We have built the fastest-growing consumer company in clean health, beauty and wellness and have proven differentiated business model underpinned by the world's leading science and biomanufacturing platform. We are focused on growth to reach the scale necessary to win. And now we can turn our focus to profitability while continuing to deliver industry-leading growth. We are the leading clean beauty company and the only company in beauty powered by the world's leading science to make clean, sustainable chemistry. We make our own chemistry and formulate some of the best-performing products in health, beauty and wellness markets.

Let me now turn to our fourth priority, which is liquidity. Consistent with the expectations we set during our last earnings call, we have closed on $180 million of term loan financing, a portion of which is secured against future earnouts with our DSM strategic transaction. This funding enables us to continue executing our strategy without any significant dilution to our equity. We expect growth to continue at the current rate for both our consumer and technology access businesses. We also expect over $150 million of annualized 2023 impact from Fit-to-Win that will impact revenue cost and cash.

Our current business performance, current cash and Fit-to-Win improvements provide us with the necessary liquidity to self-fund to the closing of our $350 million of expected upfront funding from our large strategic transaction. Our strategic transaction regarding the marketing rights of 2 molecules for $350 million of upfront consideration and up to $500 million of total value remains on track for the fourth quarter, and the fourth quarter is tracking toward another record revenue quarter. The combination of our current growth and operating performance, combined with our Fit-to-Win actions and the successful execution of the strategic transaction enable us to self-fund our growth and deliver on sustained profitability. We have no current plans for dilutive financing.

Now let me summarize and transition to Han. As I described, we are focused on 4 priorities: our portfolio that enables us to continue delivering the best growth in consumer health, beauty and wellness and is underpinned by a portfolio and a pipeline of the world's best clean, sustainable ingredients. Second, a focus on growth, continuing to deliver the best growth in the categories we operate in and doing it profitable in the near to medium term.

Our third priority profitability, deliver 10% operating income starting in the fourth quarter of 2023 and expanding from there. And our last, our fourth priority is liquidity. We are committed to self-funding based on the current growth rate, delivery of our Fit-to-Win benefits and the execution of our strategic transaction in the near term with no further equity issuance plan. We believe these 4 priorities are underpinned by our leadership in the consumer business and by the best-performing platform in synthetic biology and biomanufacturing. We are prioritizing profitability and sustainable shareholder returns over growth.

Let me now turn the call over to Han.

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Thank you, John. Please turn to Slide 10. This afternoon, I will be covering 3 topics as follows: first, discuss our Q3 financial results as it relates to revenue, gross margin, operating expense and cash. Secondly, provide an update on the Fit-to-Win revenue, cost and cash actions, we are undertaking to much improve our financial performance; and third, provide an update regarding our outlook for the fourth quarter and full year.

Now let me start with revenue on Slide 11. As John described, our third quarter was another strong quarter of core revenue growth and a new record in consumer growth. Core revenue, which includes consumer and technology access revenue and excludes strategic transactions and other increased 49% to $71.1 million when compared to the same quarter last year. Core revenue included record consumer revenue of $46.6 million, which increased 98% and also it includes technology access revenue of $24.6 million. We have now completed 6 consecutive quarters of record consumer revenue. Also, we are significantly outperforming the beauty and personal care sector with the peer groups of public companies most recent quarterly revenue performance, ranging from minus 11% to plus [ 3% ] versus the same quarter last year. As I just said, we grew 98% and 81% on a like-for-like basis, meaning based on the brands we are selling in the market at this time last year.

Technology Access revenue growth was due to technology license revenue from the F&F earnout, partially offset by lower R&D collaboration, which was down $4 million due to an increased focus on the development of molecules for our own marketing and formulation. Barra Bonita has planned to use 5 ingredients in Q4, which will help address the supply chain constraints we have experienced and also start to address the negative margin impact we have seen from sourcing product from third-party manufacturers.

As it relates to revenue and despite macroeconomic concerns, we continue to experience strong demand from the market, both for our consumer and ingredients products. Growth in consumer continues to be the best we observe across publicly traded beauty

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000025

companies and is now 2/3 of our core revenue. This by comparison was only 1/3 at the end of 2019. The creation of demand is driven by 4 factors, namely more brands, new formulations, more stores and doors, and finally, international expansion. We are focused on ensuring that we can meet increased demand with the improvements we are making in our supply chain and to also deliver it with much better unit cost economics.

This brings me to my second item, which is gross margin. Now on Slide 12. At Amyris, we have historically talked about a non-GAAP gross margin measure, which includes direct product cost of goods sold, but not all aspects of making and delivering the product, such as certain freight charges. Inbound freight and particularly airfreight has been a significant cost to us for the year so far. We plan to move to gross profit measure, which includes all elements to make and ship product in the new year, so we can align our disclosures all at the same time.

Non-GAAP core gross margin of $28.5 million or 40% of revenue, increased from $17.7 million or 37% of revenue in Q3 of 2021. Increased gross margin in Q3 2022 reflects a year-over-year increase in consumer and technology license revenue, which was partially offset by lower R&D collaboration and higher ingredient input costs due to unfavorable contract manufacturing unit economics. Additional impacts not shown here, but of note, given that the impact of profitability is the significant increase in freight and logistics expense due to increased inbound airfreight rates and volume to support consumer revenue and imports of ingredients intermediate product. We expect most of these freight and logistic expenses to decline as we transition to Barra Bonita fermentation and to Brazil sourced components and manufacturing for our largest consumer brands. We see this freight expense as temporary in nature, and we expect to see a notable reduction starting in Q4.

Direct cost of goods sold grew by about $12 million and freight grew by about $14 million. A significant portion of the cost increase can be attributed to operating and growing at a fast pace and also the challenged supply chains caused by COVID as well as freight rate increases. The takeaway regarding gross margin is that we have made strategic investments in our manufacturing and supply chain footprint both on the consumer and ingredients side. We intend to take advantage of our scale with cost of goods sold and are certainly revisiting all input costs as part of Fit-to-Win.

I'm on to operating expense next on Slide 13. We are operating 11 brands today, following the recent launch of Stripes and EcoFabulous in October. To support brand development and top line growth, we have significant investments, which have resulted in cash operating expense that have grown to $137.8 million, an increase of $56.4 million versus the same quarter last year. Sequentially, however, operating expense did not grow for the first time in 7 quarters. Marketing expense was actually down sequentially on the back of continued revenue growth. We have slowed the pace of investment in new brands to balance cash management and expense control.

The year-over-year increase in operating expense was due to an increase of $42 million in selling expense, approximately $10 million in G&A expense and $5 million in R&D expense. The increases were driven by a combination of increased headcount, significant investments in existing and developing brands for paid media and advertising and expanded commercial activity in the U.S. and internationally. Also growth-driven consumer order fulfillment and shipping expense and comparatively low prior year travel expense due to COVID-19 restrictions.

Shipping and handling of our consumer goods increased by $5 million versus the same quarter last year due to continued growth in D2C orders. As a result of our elevated expense, our use of cash in the quarter was also elevated principally due to continued investments in brand marketing of both new and existing brands. Additionally, we continue to deploy cash for the construction of Barra Bonita that has been entirely self-funded to date.

We started the quarter with a cash balance of $107 million. We raised $80 million from a term loan that we closed in September and used $162 million during the quarter, resulting in a closing balance of $25 million. The $162 million was $24 million less than the previous quarter, Q2 of this year. The majority of the $162 million related to operations, namely $132 million in adjusted EBITDA and $27 million in capital expenditures, of which $17 million was attributable to the construction of our Barra Bonita plant. We expect to complete capital expenditures for Barra Bonita in early 2023.

Working capital did not increase sequentially as a result of actions taken with suppliers to improve terms and improve the cash conversion cycle. We started to reduce our use of cash in the third quarter, and we expect to continue this trend into the fourth quarter. The Q3 quarter end cash balance of $25 million, combined with $100 million term loan that we just recently closed in the fourth quarter and Fit-to-Win actions are expected to support our needs until we complete the strategic transaction that John has already referenced.

Let me now discuss Fit-to-Win actions that we have taken, on Slide 14. Fit-to-Win is a company-wide series of actions related to revenue, cost of goods sold and SG&A. Because of our portfolio and our scale, we expect to leverage what we have built for a much

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000026

better cost structure and cash conversion cycle. In the aggregate, we expect Fit-to-Win to result in over $150 million of benefits in 2023, this, at the annualized rate as compared to the cost base we saw in Q2 of 2022.

Firstly, price increases. We have increased prices on selective ingredients as of July 1 and selected consumer products as of October 1. Additional actions are being taken and the first impact is expected in Q4. Cost of goods reductions, we have taken several actions to in-source consumer products into our Interfaces consumer production facility in Brazil. We have also changed the sourcing of packaging and components to achieve both better unit cost and a more sustainable offering.

Secondly, with Barra Bonita producing, we are leveraging our in-house precision fermentation capability to reduce production and shipping costs. Thirdly, we are very focused on our global sourcing network and the reduction of freight in general and airfreight in particular. The latter has been very costly for us this year, albeit necessary to ensure continuity of supply. We have realized $2.5 million in savings in the third quarter on this particular topic.

SG&A reductions. We have implemented a number of actions intended to reduce our paid media and marketing spend as a percentage of revenue. We are reducing the number of agencies and also use different approaches to access new revenue such as micro and nano influencers. We have realized $7.7 million in Q3 cost savings from these actions. Secondly, shipping and fulfillment is a variable cost, particularly related to consumer order activity in our D2C channel. We have already implemented changes with our 3PL providers and parcel service to obtain better rates and a more suitable service model.

Thirdly, we are renegotiating multiple cost components with a view to deliver a more fit-for-purpose cost base. We realized $200,000 in savings in Q3 from this particular effort.

Lastly, cash conversion cycle. As I mentioned already, working capital did not continue to grow into the third quarter. We have taken steps to change our sourcing model and terms with vendors. We have more work to do, but we have started to see early benefits. Collectively, the various initiatives delivered just over $10 million in the third quarter. Due to the timing of sell-through of product from inventory, we did not realize the result from some of the actions taken in cost of goods sold. We expect to see a much greater impact in Q4, along with new actions underway.

Moving to Slide 15. Q3 was our sixth consecutive quarter delivering record consumer revenue, demonstrating significant year-over-year growth.

Let me go to Slide 16 and provide the outlook for Q4 and the full year. Consumer revenue is expected to continue growing at the current rate and ingredients revenue is expected to accelerate based on increased Barra Bonita production output and shipments in the fourth quarter. As a result, Q4 2022 core revenue is expected to be over $100 million. Key success factors in our revenue plan for the fourth quarter include China 11/11 Singles Day, where we expect to see strong results with Biossance in particular. Holiday shopping season for all of our consumer brands at the end of this year. Early traction in the U.K. and Europe markets where we have established our supply chain infrastructure in the U.K. and Netherlands with 3PL providers. Launch of a new brand in Walmart. This is the hair care brand for which we expect to ship the first order before the end of the year.

And lastly, the production output where Barra Bonita is now producing 5 ingredients to increase output and product supply to our customers.

Thank you all for listening today. John has concluding remarks before we open the line for questions. John?

**John G. Melo**
*President, CEO & Director*

Han discussed a number of opportunities to reduce cost, improve efficiency and improve workflows across the organization. We completed the necessary short-term funding and the strategic transaction is on track to complete in December. We are very focused on creating a path to self-sustaining profitability and cash generation. The priorities are clear: portfolio, growth, profitability and liquidity. We have built a leading consumer brand portfolio and are delivering the best growth in health, beauty and wellness markets. We have the brands, consumers and retailers want and the products the world needs for all of us and our planet to be healthier. We are tracking toward another record quarter for both our core and our consumer revenue. We expect to deliver our first quarter of over $100 million of core revenue and expect our current growth rate to continue into 2023, while also setting a clear goal of achieving operating profitability. We also understand the need for our investors to win and we'll provide quarterly guidance for 2023 at our Q4 and full year 2022 earnings call. With that, we'll go to Q&A. Dave, can you help us move the line to Q&A, please?

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000027

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Colin Rusch with Oppenheimer.

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

Guys, and this is a specific one for Han. The structure around the molecule monetization. Is this something that you guys can repeat because it looks like you're going to be monetizing multiple molecules on an annual basis and having the flexibility around liquidity would seem a real advantage as you negotiate some of these deals.

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Yes, certainly. Thank you, Colin, and thanks for joining today. I'll make a comment, and John can add if he wishes. Yes, I mean the concepts, we've been very successful. John made some comments during his prepared remarks, that we have a track record of actually delivering on these type of molecule transactions. We did it last year, of course, with our F&F portfolio with DSM. We did it with Reb M with Ingredion. And so what we are contemplating here is something similar, which basically means we give an exclusive marketing license for the go-to-market for a set or a single molecule. And basically, we will continue to be the manufacturing partner and supply the product into the future. And typically, there is an upfront consideration and also an earnout over time as well as, of course, the sale of product to our partner.

**John G. Melo**
*President, CEO & Director*

The only thing I'd add, and thanks, Colin, for being on is we already have started and are pretty well into negotiations for our next deal beyond the one we expect to close in December, which would be another deal for some time in 2023, very much along the same lines, really reinforcing what Han just said, and more than ever, we probably have 3 or 4 other parties in the pipeline for monetization deals around the portfolio. So as you know, we've aligned the portfolio very closely with the end markets we are going into with our consumer brands. That's given us a lot of ability to really drive demand for the molecules, and we've got parties on the other side that are interested in marketing those molecules as well as coming to us for additional molecules that they have that they like us to develop scale and scale where they become the commercialization partner. So I can see this really replicating and I could see it replicating so that every year for the next 3, 4 years, we've got a deal turning around this model if they monetize differently, they market exclusively, we develop scale and produce. Hope that helps.

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

Yes. That's helpful. And then just thinking about the ability to have a flexible manufacturing facility. Can you guys talk a little bit about the cycle time for switching from one molecule to another and how that process is going and trending in terms of the efficiency of that switchover process?

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Look, I think that was a major reason and you've been pretty close to us, Colin, on the development or the design of the current facility, the Barra Bonita facility. And what I can do is I can confirm for you that it's working the way we expect it. So instead of having taken the facility down and start all over for the whole facility focused on one molecule, we actually have multiple molecules running at the same time and the ability to isolate individual tanks to run individual molecules. And that's how we're able to do 5 molecules in a quarter, which has never been done before in our company, right? So you're already seeing the benefit of having Barra Bonita and the flexibility we have to do multiple molecules at the same time.

**John G. Melo**
*President, CEO & Director*

Who's next? Dave, are you there?

**Operator**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The next question will come from Rachel Vatnsdal with JPMorgan.

**Rachel Marie Vatnsdal Olson**
*JPMorgan Chase & Co, Research Division*

First is on housekeeping comment. On 2025, John, you said reaching that $1 billion of revenue in 2025 with a 20% operating income margin. That $1 billion, is that for total business? Or is that referring more to the consumer business?

**John G. Melo**
*President, CEO & Director*

Yes, I didn't comment. It's actually meant to be for the entire business, most of which is expected to be consumer. And I did say a minimum of $1 billion, right? We actually have expectations to be a bit north of that. But again, majority consumer, and it is meant to be the core revenue of the business. What isn't in there is obviously any transactional or onetime revenue.

**Rachel Marie Vatnsdal Olson**
*JPMorgan Chase & Co, Research Division*

Got it. So maybe can you just walk us through the puts and takes there? I believe earlier this year you pointed to expecting to reach $2 billion in 2025. So I appreciate that, that comment is above $1 billion, you'll probably comment above that. But I guess, can you walk us through what's changed really? Are you seeing an underlying shift in demand regardless of some of the supply chain and more near-term headwinds that you guys are facing in the market.

**John G. Melo**
*President, CEO & Director*

So I would say, when I say north of $1 billion, it's probably $1.5 billion, $1.7 billion, somewhere in that range, okay, which is really not a significantly different outlook than we had. If I connect back to what is different, I would say a couple of things. First, we now see more of these ingredient deals, and we're actually figuring in what is the change to revenue on the ingredients side of the business as a result of some of these deals as they go forward. So that's kind of one part.

I think the other part is, in the short term, much higher prioritization on profitability and efficiency and our use of capital. And as a result, really backing off investment in brands that aren't delivering the kind of growth we expect or the kind of efficiency in customer acquisition that we'd expect. So those are really the 2 changes, right? Other than that, nothing different, especially for our core, right, the brands that are and have been in our portfolio, we don't see any significant change at all from what we said before.

**Rachel Marie Vatnsdal Olson**
*JPMorgan Chase & Co, Research Division*

Got it. And then on the guidance for this year. You previously were guiding to greater than 150% growth in consumer and roughly 40% growth in technology access. Now you're pointing to that greater than $100 million of core revenue for 4Q. So net-net, can you just kind of walk us through what you expect that split to be on consumer versus technology access for 4Q and how we should be thinking about that rounding out the year?

**John G. Melo**
*President, CEO & Director*

Sure. Look, we've said we expect the same growth going into the rest of the year for consumers. So far, year-to-date, we're at about 107%, I think, and I'd expect that going into the fourth quarter. The real change there is, again, by focusing on profitability and best use of our cash, we've actually slowed down the ramp on some of our new brands. So that's really the shift. But for the established portfolio, we continue to see the same kind of growth, about 107% year-to-date and going into the fourth quarter.

As you think about ingredients, look, the ingredient growth is accelerating pretty significantly going into the fourth quarter as a result of us being able to finally get to the production we needed of some of the backlog, right? So you can expect the growth in the fourth quarter for ingredients to be well over 50%. And that will translate into, again, better growth than we've had year-to-date on the ingredients side.

**Rachel Marie Vatnsdal Olson**
*JPMorgan Chase & Co, Research Division*

Got it. And then kind of final one for me here. Just on consumer. You guys flagged that you weren't seeing any slowdown related to macro so far. But just on the sequential growth, you guys grew 24% sequentially during 2Q, and it looks like that stepped down to

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

roughly 8% sequential growth this quarter for consumer. So just wondering, is there anything else in that dynamic? And then in terms of the broader guidance for the year, are you guys contemplating any slowdown going forward, just given the macro environment and pressures on the consumer wallet...

**John G. Melo**
*President, CEO & Director*

Yes. Thanks for that question, Rachel. I think first, remember that the base for this quarter, for the third quarter is different than the base for the second quarter because in the third quarter of the prior year, we had a couple of new brands that had shipped to trade, which changed the base. So that's an important distinction that even though the year-on-year growth or quarter-on-quarter sequential growth seems slightly slowed down. It's actually because of a different basis. If I look at like-for-like brands year-on-year, we are maintaining the growth rate we've been experiencing through the year.

So no change there. And then as we go into the fourth quarter, and we are into the fourth quarter. And I can tell you so far in the fourth quarter, we're seeing consistent growth with what we've seen in the third quarter and, obviously, year-on-year because of holiday playing in and additional doors in some of the geographies we played into, we're seeing very, very strong performance. I think the question for us really is coming up soon, which is how well 11/11 does. And then obviously, we have a big week in the period between Black Friday and Cyber Monday. And those 2 will have a huge impact on the quarter. And again, we see no signs currently on day-to-day of slowing down demand for our brands.

**Operator**

Our next question today will come from Korinne Wolfmeyer of Piper Sandler.

**Korinne N. Wolfmeyer_garima**
*Piper Sandler & Co., Research Division*

Piggybacking off that last question, Rachel had. Can you just provide a little bit more color on what you're seeing geographically for some of your different consumer brands? I mean you did note that Biossance is doing well in China. But can you just give any further color on what you're seeing, any specific markets that are still experiencing some pretty volatile shutdowns and how you're factoring the volatility in those markets into your guidance?

**John G. Melo**
*President, CEO & Director*

Sure. And I appreciate you being on. Look, I think let's start with the North American market. It's our biggest market. And the best way for me to discuss our North American markets look at our D2C, which is really our biggest single channel in North America across our brands. And I can tell you, our D2C performance continues to be very solid, no real change there. I think the second way to look at performance in the North American market is how well we're ranked inside the Sephora stores, especially for Biossance, JVN, which both have been great performance inside Sephora. And we've been increasing the rank of our brands inside Sephora. So I'd say strong performance in retail and continued very strong performance in D2C. And I'd say North America stayed steady through the last couple of quarters for us and what we're seeing in the fourth quarter.

That is true for Brazil. If anything, we're seeing accelerated demand in Brazil in the second half of the year. We just see a very solid consumer. We see foot traffic increasing in Sephora, and we see our D2C performance increasing in the Brazilian market. I think as it relates to Europe and in the U.K., we've seen super strong performance for our JVN brand in Space NK in the U.K. and for Rose Inc. And we just launched direct-to-consumer in the U.K., so early days. And we've been pretty consistent with Biossance in the U.K. We launched in Germany in the last 3 months or so. I think we launched in Germany around the August time frame. And then we launched in Portugal around the second quarter of the year.

In Portugal, we very quickly for Biossance became #3 skin care online for the leading retailer in Portugal and the #5 in store for total skincare brands in Portugal, and we achieved that in about 45 days. And we've seen the demand in Portugal stay pretty constant. And in Germany, we've seen very strong adoption of the brand, and I would not be surprised if the brand becomes top 10 skin care in Germany.

So the critical part to note in all that is we're starting from a pretty small base. If I add China, just to round out the regions, if I add China, what I would say is we had a very small base in China, right? It's like $2.5 million in 2021 in China. So in 2022, I expect us to do about $15 million. And what I would tell you is the demand we're seeing, the activity by the consumer in China is really accelerating with a focus on clean, sustainable and high efficacy products with science being a critical component, right? As I said during the scripted comments, we saw our first $1 million a week for the brand in China.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000030

As a matter of fact, we had like, I think it was last month, 1 week where the Chinese retail market was our #1 retail market in the world. And we're just seeing just very strong performance in the Chinese market, especially over the last quarter. I don't want to make that as a market comment. I think that's really our base being small and us actually being able to take a lot of share quickly in that market by having the right influencer, being on the right platform and having a great brand. So I hope that helps give you some color to what we're seeing across geography.

**Korinne N. Wolfmeyer_garima**
*Piper Sandler & Co., Research Division*

Yes, that's super helpful. And then just quickly on the gross margin expansion plans. I mean I appreciate all the color in the prepared remarks on Fit-to-Win. But can you just provide a little bit more color or explanation on how you're expecting that cadence of gross margin improvement here in Q4 and then the early part of 2023.

**John G. Melo**
*President, CEO & Director*

Appreciate that, Korinne. I think we have Eduardo on the phone. I'm going to let him take the credit for this one. All I can tell you is you're going to start seeing pretty big step changes in our cost of goods, really across both ingredients and consumer and Eduardo can describe exactly the actions he and his team took in the third quarter and how they flow into fourth quarter and then full year 2023. Eduardo, would you like to take that?

**Eduardo Alvarez**
*Chief Operating Officer*

Yes. Thank you. I think, look, in terms of the opportunities that we worked on the third quarter, we looked at this from the consumer side front to back, we talked about the air freight and the reducing the expedited components from China. We did more local sourcing, particularly on paper. We also started to leverage our production facility in Brazil, where we did see a very material cost difference in the production cost compared to what we had done in contract manufacturing in the U.S. And then the final thing that we did implement in the third quarter was a much more efficient pick-pack and ship the back end, the outgoing portion of our supply chain where we really moved to just a better model in terms of footprint, more nodes, and also a far better productivity in terms of the level of automation that we had in the direct-to-consumer channel for consumers. So Korinne, all told, I think we see very, very strong confidence in the Fit-to-Win initiatives against the cost of goods sold for our consumers business.

**John G. Melo**
*President, CEO & Director*

[ Justin ], you're being a little [indiscernible]. So I'll give you a couple of data points, I think, that are important. Just on pick, pack and ship, which is a new supplier model that Eduardo and his team implemented for our D2C business, that is about a 30% reduction for every unit we ship, every order we get. And then if you think about the Biossance products that we're making in Brazil, all in, when you think about the savings in paper, i.e., the packaging, when you think about the savings in group, the bottles and the pumps. And then when we finally get everything implemented and sourced in Brazil, you'll be at 50% reduction in unit cost for Biossance, which is our top producing brand. So those are very material to the cost of goods that we see flowing through starting in the fourth quarter.

**Operator**

Our next question today will come from Steven Mah of Cowen & Company.

**Poon Mah**
*Cowen and Company, LLC, Research Division*

So you talked about monetizing your portfolio of 25-plus ingredients. Can you talk about your strategy now given your push to sort of cash and focus resources on more mature brands, how should we think about your prior strategy of developing applications for these 25-plus ingredients first and then partnering or licensing them versus a straight monetization of the assets?

**John G. Melo**
*President, CEO & Director*

I don't expect you'll see any material change to the strategy. I think what you'll see is the pace to be different. So a good example is we have 3 brands that we're all going to ship to trade and start selling in direct-to-consumer within the last 60 days, right? And what we're doing is spacing those out and ensuring that we actually use our cash more wisely in launching those brands. So no change to strategy but actually being much more thoughtful about the pace at which we invest and really ensuring that every one of the brands

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

is actually really fitting our playbook. So we know that for a brand to be super efficient from a marketing perspective, we need to be present with a top retailer, and we need to have a great online presence. So rather than invest in online presence alone make sure we're actually marrying those things as they go to market and get the timing right. So I hope that helps, Steven. It's not a shift in strategy as much as it is slow the pace and actually be much more thoughtful about where and how we invest.

**Poon Mah**
*Cowen and Company, LLC, Research Division*

Okay. Got it. And then for potentially licensing out the marketing rights for these ingredients. So is the strategy to out-license them as just an ingredient or to develop a formulation brand first, that was more what I was asking.

**John G. Melo**
*President, CEO & Director*

Got it. Look, I think when it comes to personal care and beauty, again, no change. We like platform ingredients. We like packaging them with the brand. We like creating consumer demand and consumer interest and passion for that ingredient and then packaging the marketing rights. That is not necessarily the case when it comes to some of the pharmaceutical or more industrial ingredients where we actually see doing the marketing rights and licensing much earlier. So I would just say that there is a split there, and I don't think we'd ever made that split explicit, okay? That when it comes to personal care and beauty, it is the go-to brands with the platform ingredient and then commercial rights. So when it comes to pharma and industrial, we're actually seeing a much faster track and we don't plan on building a brand around those end markets.

**Poon Mah**
*Cowen and Company, LLC, Research Division*

Okay. That's helpful. I appreciate that. And maybe a follow-up to Rachel's question. Could you provide a little bit more color on how you're maintaining your confidence around the total revenue guide of at least $1 billion in 2025, especially given the inflationary environment, pressure on the consumer, given the likely recessionary environment? Are you being potentially too aggressive, especially given the guide down here in Q4 of 2022?

**John G. Melo**
*President, CEO & Director*

Look, I think the guide down, as I mentioned earlier, is directly connected to the pace of new brands and the investment we make in nonmature activities. When you look at the $1 billion plus for 2025, that's connected to our current portfolio, the established brands and their current growth rate. So I think the downside is if for some reason, we saw a slowdown that we haven't seen yet in the established brands. But assuming the established brands continue to grow and mature at the rate that we're experiencing currently, then we have quite a bit of confidence in the underpinning to that shape, right? And it is a goal, right? We'll keep updating that as if we see anything different. But right now, it's a clear goal that we feel we can get to. And it's really, really, I think, a good way to articulate what's happening with our portfolio, both in ingredients powered by Barra Bonita and our partnerships and the brands really powered by consumer demand.

**Operator**

Our next question today will come from Laurence Alexander of Jefferies.

**Daniel Dalton Rizzo**
*Jefferies LLC, Research Division*

This is Dan Rizzo on for Laurence. Just kind of following up on what we were just talking about, can you just tell me when it comes to this inflationary environment, how price sensitive your customers are when it comes to the ingredients? Is it not at all? Or is it something that is sort of cropping up or has cropped up in recent weeks and months?

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Very good question. I think it's something we're looking at across the portfolio, not just ingredients. On the ingredients side and especially with you guys being as connected to some of the ingredients and specialty chemical markets, it's actually been or said differently, the openness to price increases has been quite good, right? We haven't seen any big surprises, and we've been able to actually push through a couple of very significant price increases on the ingredients side. So -- and I think part of it is because we're seeing it across markets, and we're seeing a lot of the supply side put price increases through. So I don't want to say because I'm sure

there are customers right now listening to the call. I don't want to say there's no resistance to it, but I would say that the acceptance of it is actually pretty solid.

**Daniel Dalton Rizzo**
*Jefferies LLC, Research Division*

Okay. And I don't know if you can answer this question, but along the same tokens, the customers are accepting it now because we're in an inflationary environment that's very unique or hasn't been like this for some time. But is that with anticipation that when things moderate or go down, that there will be some giveback or some sort of, I don't know, rebates or even price concession?

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Yes. We're not seeing that, right? We're not having any of those conversations regarding a giveback or concession in the future. And I mean, as you know, most of our ingredients get formulated into end-consumer products. So once they're in the consumer product, it's pretty hard to switch. It's not like there's alternative sources for the ingredients we supply. We are single supply, single technology owner of what we supply, and they're again, formulated in the final customer product, okay.

**Operator**

Our next question will come from Rick Schottenfeld of Schottenfeld Opportunities Fund.

**Richard Paul Schottenfeld**
*Schottenfeld Group LLC*

I wondered if you could give us some color on the molecule sale. You said it would close by year-end on earlier calls. Are you still confident that it will close by year-end? And maybe you can give us a little color on the process and how it's going right now.

**John G. Melo**
*President, CEO & Director*

Yes, Rick. Thanks for being on the call. We are still confident it would close by year-end. We are currently in the process, it's pending Board approval by both Boards, and we expect that Board approval to be really in the coming weeks, call it, early December. So that's where we are in the process. I hope that helps.

**Operator**

[Operator Instructions] Our next question comes from Graham Tanaka from Tanaka Capital Management.

**Graham Yoshio Tanaka**
*Tanaka Capital Management, Inc.*

A few surprises today. It sounds like a lot of this is timing. And I just wanted to get, again, a little bit more understanding of why you have made a pivot to slower growth longer term, even intermediate short term and longer term. What could that growth rate be now, say, next 3 or 4 years? And to what extent was this higher focus, greater focus on profitability give you a cushion to be able to self-finance your growth rate?

**John G. Melo**
*President, CEO & Director*

Thanks for being on, Graham. I mean, first, I think, again, we've reinforced that we don't expect the growth rate to change from what we've been seeing. Again, consumer at just north of 100% and ingredients, as you'll see in the fourth quarter, well over that 40%, 50% level. I think the big difference is really the pace at which we're launching new brands, right? We had said 3 new brands, which we expected to be full on in the last 30 to 45 days. And the reality is we're going to focus on the ones where we've got the greatest efficiency from a marketing perspective, which is really 4U for Tia into Walmart, shipping that out in the fourth quarter.

And then as we go into the first quarter or first half of next year, stepping into the new brands with more thoughtful investments. So I don't think that changes at all what the growth rate looks like or what we've been communicating going forward, it does create a short-term disruption to not being at the 150 plus level that we sit in consumer, but more around the 107 level. And then again, as I said, we expect to stay as the fastest growing in consumer going forward.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

AMYRIS-0000033

And I would tell you, fastest-growing for us is a minimum of 50%, where if you look at the tables and what our consumer competitors have been reporting the best growth has been in the high 30s, okay? So I don't expect to go below 50, and I expect to stay pretty consistent with where we are now going into next year and then obviously backing down a bit as we go beyond next year, but still north of that 50% level ground. And I hope that helps.

**Graham Yoshio Tanaka**
*Tanaka Capital Management, Inc.*

Okay. So it sounds like you're really talking about sequencing brand launches not all at the same time like you did last summer in footfall.

**John G. Melo**
*President, CEO & Director*

Exactly. It's basic, and by the way, look, if the macro had not changed as significantly as it has and capital has not become so expensive, I'm not sure we would have changed dramatically. But in fact, the fact that we are where we are and the macro is what it is, we're not going to sit here and just keep on a plan of spinning everything we need to, to grow at whatever the number is, we said publicly. I think at this point, we're going to be disciplined. We're going to step back just investing for the sake of growth. We're going to focus on delivering on our goal of profitability. And because of the strength of our brands, we think we can do that and still maintain this north of 100% consumer growth, which is what we've been delivering all year.

**Graham Yoshio Tanaka**
*Tanaka Capital Management, Inc.*

Right. The other thing I wanted to get a feel for it might come out later in the queue. But your international revenues as a percent of total or the level of international revenues, say, Q3 to Q4 and next year as opposed to what it has been in the last few years, which is not very large.

**John G. Melo**
*President, CEO & Director*

Yes. I think Han probably has that. My sense is it's probably going from 90-10 to 80-20 in the short term and continuing to grow, but I'll let Han give you a more detailed answer than that.

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Yes. No, I think that's directionally the right way to think about it. The year ago, we were 93% U.S. and Canada versus 7% rest of world. Right now, we're at 89% and 11%. And I think 85-15 will be kind of the next step as we expand into Europe and the U.K. and 80-20 feels about right as we continue to expand over there.

**Graham Yoshio Tanaka**
*Tanaka Capital Management, Inc.*

And what would this do to margins?

**John G. Melo**
*President, CEO & Director*

Well, I mean I think the fact that we're shipping most of our European demand out of Brazil as we go through the fourth quarter and into the beginning of the year, my guess is margins will stay pretty constant. I don't expect a significant change in margin.

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

It can be said another way, we will incur some extra shipping costs, but we will produce at a lower unit cost level in our new facility in Brazil, right?

**John G. Melo**
*President, CEO & Director*

Exactly.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000034

**Graham Yoshio Tanaka**
*Tanaka Capital Management, Inc.*

Okay. One of the things that came up in your table with your cost saves Fit-to-Win, as that the marketing costs that's a very large component of that. And even [ AI ] with influencers and now we can understand a little bit more about your acquisitions of Beauty Labs and MG Empower. But I was just wondering if you can maybe elaborate a little bit more on how you can get these kinds of savings because they seem really very large as a percent of consumer sales.

**John G. Melo**
*President, CEO & Director*

Yes. No. And we're just starting, right? I think getting to USD 30 million to USD 40 million of savings in marketing expenses where we're headed, right? I think it's a pretty significant part and what we want to deliver. And the way we're doing that is actually interesting. So thanks for asking the question, Graham. The way we're doing that is we've actually, so you got to start with where is the most inefficient marketing spend currently or historically, which has been really what I'll call meta top of funnel. So using the meta brands to try to recruit or acquire new customers is not very efficient. It takes a lot of cash and you don't get a lot of return for it. And I think the other is display ads on the Internet. Neither of those are very efficient use of cash.

So what we've done really out of an experiment when we first purchased on the Beauty, we started looking at how could we significantly improve the performance of ondabeauty.com. And so Beauty Labs actually kicked off a project to do that. And in about 6 weeks, we basically increased ondabeauty.com sales by 3x to 4x. And we did it by actually spending like $300. And that started to give us some insight on this technology of writing an algorithm and using artificial intelligence to recruit like communities that are under key influencers, really nano and micro influencers.

So the idea of using technology to scan and find the right nano or micro influencer and then providing some reward to that nano and micro influencer so they come and promote our brand has actually been a game changer for us in the economics of acquiring customers. As I said, we basically tripled almost quadrupled ondabeauty.com in 6 weeks with about [ $400 ] of investment, which was completely game-changing for us. And now we're actually starting to deploy that technology.

And you can imagine now with having MG Empower on board and the ability to really manage and coach influencers that we can really use that to effectively grow an amazing new channel for us that really changes the economics of acquiring customers, which is really what we're doing in that regard and helping us reduce our total marketing spend.

**Graham Yoshio Tanaka**
*Tanaka Capital Management, Inc.*

I'm just trying to understand how different this is. have you seen this being used by others in the cosmetics and beauty industry or in other industries? Or is this just something you've developed with Beauty Labs and MG Empower?

**John G. Melo**
*President, CEO & Director*

It's something we developed really coming out of our science background. We use data as the way we do marketing and we use a lot of data that then enables us to focus on data science and artificial intelligence as to how we deploy and identify, again, right communities online. I mean, we speak to competitive brands and big companies and consumer all the time. The thing I would tell you is the trend towards focusing on micro and nano influencers is something we're seeing really across industry. What's not across the industry and what I think is very unique for us is applying science and artificial intelligence to do the work and identifying the right nano and micro influencer and then to use them across our brands, right? So that is unique and something we're really excited about and something I think you'll start to see a lot of the benefit come through in our growth rate and marketing spend.

**Operator**

Ladies and gentlemen, at this time, we will conclude the question-and-answer session. I'd like to turn the conference back over to John Melo for closing remarks.

**John G. Melo**
*President, CEO & Director*

Great. Thanks, everyone, for joining us today and for your continued interest and support. If I did not get to your question, please follow up with our Investor Relations or make sure you reach out to us directly, and we'll be able to get back to you. And we look

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000035

forward to a continued very strong fourth quarter, closing our transaction, self-funding and really focusing on our profitability. Thanks again, and have a great rest of your day.

**Operator**
The conference has now concluded. We thank you for attending today's presentation, and you may now disconnect.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000036

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.

AMYRIS-0000037

# Exhibit 5

Q3 2022 CEO Letter
11.13.2022

Our third quarter was another solid quarter; we delivered record core revenue of $71 million, a 49% increase versus Q3 2021. We made good progress advancing our "Fit to Win" strategic actions, delivering $10 million in Q3 and closing a term loan financing as planned. We continued to invest in three core assets: (1) our Barra Bonita bio fermentation plant in Brazil; (2) our recently acquired Interfaces consumer production facility in Brazil; and (3) brand building and marketing for our consumer portfolio, including three new brands in 2022.

These results were not sufficient. I'm very disappointed and want to address the direct drivers that resulted in lower-than-expected performance in the third quarter, and a reset of our expectations for the fourth quarter.

1) We continued to incur significant air shipping expenses and higher cost of goods because of our timing of ramping production at Barra Bonita, and our need to manage around continued supply chain delays and the urgent need for product in our consumer business – these issues consumed $25 million more cash than planned in the quarter.

2) We reduced our marketing spend in the quarter by $8 million, but this reduction was lower than we planned and needed – we needed to reduce by another $7 million, and are delivering this for the fourth quarter.

3) We had delays in the decision and contract process for our Stripes and EcoFabulous brands into major retailers. We have this in-hand for Sephora's launch of Stripes, but will be two quarters later and are working through a decision for either Sephora, Walmart, or Ulta for EcoFabulous – which will provide great, but delayed, outcomes. This impacted consumer revenue by about $8 million in the quarter.

4) The supply and cash constraints limited our ability to ship all of our ingredient orders – this impacted revenue by $7 million in the quarter.

We made good decisions to conserve cash and managed through cash constraints during the quarter.

CONFIDENTIAL

AMYRIS-0000038

Our portfolio is performing very well, and we are adjusting our investment intensity and prioritizing resources to our best projects and brands – I included a consumer portfolio assessment later in my letter to provide visibility into the current portfolio performance and choices we've made.

Our issue is driven by the aggregate spend and decisions around our supply chain and marketing expenses – these are the two activity and process areas of the business that need significant attention and change. The systemic issue that we are addressing here is decision-making regarding committing spend for the company and the ability to understand the aggregate spend for these activities in a timely manner since they are distributed across the business. We need to set guard rails with clarity and accountability. We are urgently addressing this.

We have visibility into the operating performance of our Direct-To-Consumer revenue (45% of our consumer revenue) on a daily basis and have instant access to data for each of our on-line channels – I've included a copy of our daily report in my letter. With this daily report and our ability to track engagement and velocity of any social post, we can diagnose the performance of this business instantly. We also have a weekly report from our biggest retailers that provide weekly store sales, by store and brand, to ensure we know what's working and where for each of our brands. What we don't have is a timely feedback loop on spend, especially for the dispersed spend related to consumer marketing, total company shipping, and COGS where we have our main issues.

Now that I've addressed the areas that need our urgent attention, let me provide more detail on the overall performance of the business:

Consumer revenue of $47 million grew 98% in the third quarter compared to the same period in 2021, and grew 107% year-to-date compared to the same period last year. Consumer gross margin was in line with expectations at 60% of revenue. Q3 was our sixth consecutive quarter of record consumer revenue. We are delivering the strongest growth with our health, beauty, and wellness consumer brand portfolio compared to public company peers in beauty. With $194 million in core revenue during the first three quarters of this year (up 57% YoY), we are delivering more revenue and growth than Ginkgo Bioworks' foundry revenue – they're our only credible competitor in the field of Synthetic Biology.

CONFIDENTIAL                                                          AMYRIS-0000039

Technology access revenue of $25 million, including ingredients revenue of $14 million, has continued to grow as a result of our industry leadership in the production of clean, sustainable chemistry, albeit less than originally planned due to contract manufacturing capacity constraints for the year-to-date. We sell all that we can produce and continue to experience a backlog of orders. The capacity constraints have had a material impact on our ingredient revenue for the year, and has cost us an estimated $35 million for (air) shipping along with incremental cost of producing at contract manufacturers – 60% of this cost was unplanned cash spend.

We are experiencing the first notable ingredients sales and gross margin improvement from Barra Bonita in the fourth quarter now that we're increasingly making product at our new precision fermentation facility. We are in the process of producing five ingredients at Barra Bonita during the fourth quarter. Our fourth quarter ingredients revenue is expected to be about $24 million compared to $14 million in the third quarter. This is a new record for Ingredients revenue in a single quarter, our prior record was $16M in a quarter.

To sum up Q3: we delivered the best performance of any of our direct competitors in beauty and in Synthetic biology; we made great progress with launching our "Fit to Win" actions; and we delivered well on our operational needs.

We did not meet the street's expectations – both what analysts expected regarding revenue and our use of cash for the quarter, and our update for the Q4 and full year. This combined with the significant short position on our shares going into the earnings report this week (22% of our float was shorted), resulted in a 40% drop to our share price the day after we reported earnings. We have recovered most of this in the following two days through deep engagement with many of our existing investors, together with some new shareholders that were awaiting an opportunity to invest. We are 8% down for the 30-day period, and our share price continues to perform better than our direct peers for the year.

CONFIDENTIAL                                                                    AMYRIS-0000040

**What got us here?**

1) Set overly optimistic revenue growth expectations - Underestimated the time needed with retailers to get our new brands into the right markets. This is delaying the retail launches of both Stripes and EcoFabulous.
2) Doing too much at one time
   a. Barra Bonita fermentation factory – no one has ever built this type of facility and not in the timeline we did.
   b. Three new brands – introduced in Q4 (Stripes, EcoFabulous, 4U)
   c. Restructured our supply chain and manufacturing footprint for consumer products, including international expansion.
   d. Added significant new capability across the consumer business.
3) High consumer marketing spend
   a. 70% of our marketing spend is delivering unacceptable return – going forward, we expect at least $3 of revenue for every dollar invested; YTD, we are at less than $1 in revenue for every marketing dollar invested for the consumer business. We started to improve this in the third quarter and expect to make significant improvements in the 4th quarter. We plan to be at $3 or more of revenue for all of our brands that are more than 18 months old by the end of the first quarter 2023 – this is critical. Getting to this target would save $60M annually (compared to the Q2 2022 run rate).
   b. We acquired significant marketing, data science, and AI capability and have not integrated this well into our consumer operations. These are critical capabilities to lower our customer acquisition costs.
4) Cash use too high for our business
   a. We have incurred approximately $45 million to-date this year to deal with non-structural cost issues, principally for ingredients, that are the result of supply chain disruptions, our need to move products across multiple sites because of not having capacity in Brazil, and the significant increase in cost of contract manufacturing in Europe as a result of the war in Ukraine and its direct impact on European energy costs.

CONFIDENTIAL                                                    AMYRIS-0000041

b. We have significantly increased our inventory of raw materials and finished goods to meet demand and risk-mitigate the supply chain issues that have plagued most industries. This is locking up approximately $50-60 million in cash that we need to free up.

c. Cost inflation and engineering enhancements have required $50 million more cash in 2022 than we planned for the completion of Barra Bonita.

Any one of these items could have been manageable for us, the combination of these in a very high-cost capital environment and the current economic headwinds have caused us to reset our outlook and refocus our current activities.

We slowed our spend in the third quarter, and are continuing this slowdown much more aggressively in the fourth quarter. We have reset our growth expectations with investors and analysts to match a more prudent level of spend. We had targeted 150% annual growth for our consumer business and 30-40% for technology access. We expect to deliver 16% for technology access because of our supply limitations through most of the year and the higher cost of manufacturing in Europe, and we reset the consumer growth rate to maintain the level we have been delivering over the last three quarters (107%) which will also match a much lower level of investment going forward. The highest growth rate by a public company in beauty was 33% in Q3 and most of our Synthetic Bio peers have flat-to-declining core revenue.

**We have prioritized and are executing on the following actions to get on track and to eliminate our losses.**

1) Capping our marketing spend at $100 million in 2023 compared to $160 million in 2022 – this is effective immediately with actions in the fourth quarter. This is a $60 million reduction in cash for next year and about $15 million in the fourth quarter. We have tested a new customer acquisition strategy that is not dependent on Facebook or display ads where we had about 60% of our marketing spend. We are very pleased with the early results and are now scaling across all our brands. This is where our science mindset and our focus on learning cycles is really improving our marketing capability.

CONFIDENTIAL

AMYRIS-0000042

2) Maintaining our current growth rate. Our fourth quarter targets core revenue of $100 million; annualized, this delivers about $400 million of revenue (this compares to $188M of core revenue in 2021):
   a. sustain current sales growth performance
   b. no need for acceleration or new assets/brands
   c. expected revenue of $500 million next year (compared to $300 million for 2022)
   d. Which is about $270 million of incremental cash from operations for 2023.

3) Deliver up to $170 million of "Fit to Win," of which $90 million is related to the manufacturing and supply chain activities; including:
   a. Reduce air shipment by $20 million
   b. COGS ingredient of $30 million, from moving all fermentation production to Barra Bonita and
   c. 50% of our consumer product manufacturing to Interfaces in Brazil (at about 50% COGS reduction) and more efficient supply chain contracts/partners; combined, these are expected to result in $21 million annual savings
   d. Shipping and logistics savings of up to $19 million

4) Freeze our headcount, and maintain total spend associated with people at $200 million to execute our plan for next year.

5) Reduce consumer inventory by 60 days which equates to $30 million.

| PLAN | | | | | | | TOTAL Annualized target |
|---|---|---|---|---|---|---|---|
| Revenue | COGS | | | SG&A | | | |
| Pricing | Consumer | Ingredients | Freight | Marketing | Shipping and Fulfillment | Other | |
| **2023 Annualized** | | | | | | | ~$160.0m–$170.0m |
| $20m | $21m | $30m | $20m | $60m | $10–19m | | |

| Q3 2022 PROGRESS TO-DATE | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|
| Revenue | COGS | | | SG&A | | | |
| Pricing | Consumer | Ingredients | Freight | Marketing | Shipping and Fulfillment | Other | |
| **Q3 2022** | -- | -- | | $2.5m | $7.7m | | $0.2m | $10.4m |
| **EOY 2022** | $2.5m | $1.1m | $2.7m | $6.0m | $15.0m | $4.0m | $0.5m | $36.8m |

CONFIDENTIAL

AMYRIS-0000043

These actions deliver a healthy business with less than $75M of operating losses in the first half of 2023, and $40 million of operating profit (adjusted EBITDA) in the second half starting with a positive operating profit in the third quarter.

We have the strongest portfolio of brands in Health, Beauty, and Wellness markets and the best performing ingredient portfolio and pipeline. And we assess the performance of our brand portfolio monthly.

Our recent geographic expansions are performing well. Biossance is one of the fastest growing western skin care brands in China (our first day of three days of 11/11 sales were $4.1 million and met our targets), our launch in Germany has strong traction – already in the top 10 skin care brands at Douglas, the leading prestige beauty retailer in Germany. Rose, Inc.'s launch into Brazil in the last few months has been a hit – it performed as the third best-selling color brand in Sephora Brazil for the first two weeks of entry, and has maintained strong sales.

**In addition, we defined the following strategic actions:**

1. <u>Stopped investment in two brands</u> – Olika and Terasana for poor engagement and efficiency, eliminating close to $10 million in annualized direct expense.
2. <u>Plan to sell Purecane to the best operator</u> – it's a great brand with products consumers love, a best-in-class zero calorie sweetener brand. This would save us approximately $6 million in direct operating expense while losing around $2 million in revenue.
3. <u>Establish more prudent pace for new brands</u> – Our new brands are too early to assess: Stripes is engaging very well and I believe will be one of our most efficient brands; we have a contract to enter Sephora with Stripes and need to assess once we start selling in Sephora. We will need to see traction for EcoFabulous, and 4U by Tia has yet to ship first product.
4. <u>Amplify the retail channel</u> – For example, 4U by Tia is a partnership with Walmart, and we have aligned with Walmart that we would also sell at Ulta; we expect this to be an excellent brand with great conversion efficiency and sales velocity.

CONFIDENTIAL

AMYRIS-0000044

Below is a table with the current performance and key indicators for each of our brands – the Portfolio assessment. The current qtr annualized revenue is based on 4th quarter 2022 revenue rate. All of our brands are delivering best in category growth, and each have better than or at the level of competitive brands in their category. Our biggest opportunity is operating income – you'll notice the significant improvement in 4th qtr operating income vs full year – this is mostly from more effective and efficient use of marketing investment.

| Brand/Strategic Position | Current Qtr Revenue Annualized rate | Growth Rate | Gross Margin | Current Qtr Operating Income (MM) | 2022 YTD Operating Income (MM) |
|---|---|---|---|---|---|
| **Invest/Grow** | | | | | |
| | | | | | |
| Biossance | $140M | 47% | 65% | $5M | $ (23) |
| JVN | $40M | 8600% | 62% | $ (2.00) | $ (15) |
| Rose Inc | $28M | 258% | 62% | $ (1.00) | $ (15) |
| Pipette | $16M | 44% | 45% | $ (5.00) | $ (20) |
| MenoLabs | $16M | 83% | 77% | $ (2.00) | $ (5) |
| Costa Brazil | $5.6M | 165% | 56% | $ (3.00) | $ (9) |
| Onda Beauty | $4.7M | 93% | 51% | $ 327,000.00 | 200,000 |
| | | | | | |
| **Exit** | | | | | |
| | | | | | |
| Olika | | | | | |
| Terasana | | | | | |
| | | | | | |
| **Sell** | | | | | |
| | | | | | |
| Purecane | $2.1M | 5% | 20% | | |
| | | | | | |
| **Too New to Judge** | | | | | |
| | | | | | |
| Stripes | | | | | |
| EcoFabulous | | | | | |
| 4U By Tia | | | | | |

Operationally, we are optimizing our online marketing channel performance daily and have key metrics and a dashboard that provides instant and accurate data. I have attached the below examples of our daily report reflecting our performance on Friday of this week for the Biossance, JVN, Rose Inc., and Costa Brazil brands.

12/330

AMYRIS-0000045





CONFIDENTIAL

AMYRIS-0000046

**OKR Scorecard for our leadership team**

1) R&D expenses need to be covered on a cash basis by the margin generated from our Technology Access activity by no later than June 30th 2023.
   a. Currently R&D expense is around $22M quarterly and we expect this to be at $20M quarterly for 2023.
   b. We are about $5-7M short of covering our R&D expenses through Tech Access in the 4th Quarter of 2022.
2) Every $1 dollar of Marketing spend needs to generate $3 of revenue for all brands that are 18 month or older by June 30th 2023.
   a. YTD 2022 we are at less than $1 of revenue for every $1 dollar of Marketing investment.
   b. 4TH quarter we are at $2 of revenue for every $1 dollar of marketing investment.
3) By the end of May 2023 no air shipment of inbound freight is authorized without the approval of CFO, CEO and COO.
   a. YTD we are at 80% of all inbound shipments (ingredients and other supplies) shipped air freight.
   b. In the fourth quarter of 2022 we are at about 40% of all inbound shipments as air freight.
4) All of our brands need to be ranked in the top 10 of their category for each retailer in a local geography by end of the 1st quarter of 2023 or a clear plan to achieve or exit.
   a. Currently our best performing brands are all in the top 10 for key retailers in key geographies with several in the top 5.
   b. During the 4th quarter of 2023 Biossance, JVN and Rose Inc are in the top 5 within their category in the major geographies with our major retailers. This is the driver for preferential treatment with retailers and the driver of the strategic nature of our relationship with most of our retailers.
5) All brands that are 18 months or older in market must operate at a 5% DTC conversion rate or better.
   a. Currently Biossance, JVN, and Menolabs are at this level of performance.
   b. All other brands need to be at this level or exit no later than June of 2023.
6) Each of our consumer brands must deliver a minimum of 50% annual growth rate or be the leading growth of any public reporting company in their category.
   a. Currently all of our brands are exceeding this metric
   b. PureCane is not an efficient investment and is expected to continue this way for several years – we will sell Purecane to a brand owner that is a better fit in food.
7) Consumer inventory must be reduced to $80M of total inventory on hand by end of March 2023.
   a. Consumer inventory is currently at $100M and growing quarterly.
   b. Need to reduce inventory from 2 quarters of stock to 1 quarter as we transition to our consumer mfg.
8) All consumer brands need to improve their Gross Margin by 500 basis points by the 2nd quarter of 2023. This is on the baseline 3d quarter reported Gross Margin of 59%.

These are the key deliverables we will report on through the end of next year to ensure alignment and execution of our path to operating with excellence.

14/330

AMYRIS-0000047

## Summary and board meeting outcomes

We have the best performing and fastest growing ingredients and consumer brand portfolio of any publicly listed consumer or synthetic biology company.

We are now recognized as one of the best brand builders in Beauty, Health, and Wellness markets and have a distinctive business model with our Lab-To-Market integrated strategy.

We have designed and built what is becoming the best-performing Precision Bio-Fermentation factory in the world.

There's no question we have built a lot and faster than anyone could imagine. We now need to focus and: (x) get our process and systems to catch up to the assets we've built; (y) become prudent with our spend; and (z) get to profitability urgently.

We know what needs to be done and how to get it done. This will result in changes in our operating model and our leadership team, and I will discuss these changes with you in detail during our exec session.

We also need better and much more timely performance management information to make faster and more precise operational decisions. We need to become as good at timely financial and operational decisions as we are with science, marketing, and manufacturing decisions.

I'm focused on closing the Givaudan transaction before the end of the year – this will result in more than $400 million of total value and around $350 million of upfront cash. This transaction, combined with our "Fit to Win" initiative and our operational interventions to conserve cash, are intended to get us to where we are self-funding our business to positive operating earnings.

We are significantly reducing costs while continuing to deliver industry-leading growth. This is not easy or guaranteed, as we need to quickly adjust the culture and may need different skills than some of our leaders and team currently have.

15/330

AMYRIS-0000048

I'm looking forward to engaging each of you during our board meeting and ensuring there's a good understanding of the actions we are taking and the results we expect.

Eduardo will cover the "Fit to Win" agenda in detail, as he is the executive leader accountable for this initiative.

Han will cover our financial performance, with a focus on how our actions impact the financials especially as we enter 2023. He will send his CFO letter covering the third quarter and full year 2022, along with the outlook for 2023.

The key outcome for our board meeting is strong alignment and support, across management and the board, for our key activities and deliverables through the rest of the year and into 2023.

Thank you

John

CONFIDENTIAL                                                           AMYRIS-0000049

**Exhibit 6**

| From: | John Melo |
|---|---|
| To: | John Doerr |
| Cc: | Ana Dutra; Geoff Duyk; Frank Kung; Jim McCann; Steve Mills; Ryan Panchadsaram; Lisa Qi; Julie Washington; Eduardo Alvarez; Nathan Dau; Nicole Kelsey; Han Kieftenbeld |
| Subject: | Re: November update |
| Date: | Tuesday, December 6, 2022 5:02:03 PM |
| Attachments: | Screenshot 2022-12-06 at 6.15.36 PM.png |

John, thanks and please see my replies below -

In addition to the responses to the questions below, I've included a print from a post today re 2022 top Hair Brands according to Google search - our JVN brand is top. Huge congrats to the team.

John

> On Dec 6, 2022, at 12:04 PM, John Doerr <jdoerr@kleinerperkins.com> wrote:
>
> Hi John -
>
> Thanks for the clear and crisp update. It's tremendous progress.
>
> **Re: Givaudan -** Any news on the board approval? How does the timing impact the company's current cash runway? ***The board supports the transaction but has pushed back on valuation (as we expected). They are claiming current macro and uncertainty as the driver - their share price is down 40% this year and we are down 60% - their logic is based on current equity depression why would they pay last years price. We are engaged and trying to find a path to solve this gap - total value remains intact ($500M) but issue is mix of upfront, earn-out and long term royalty. I expect to have a solution by early next week. We are working through several options to improve our cash runway from internal (cost reduction and freeing cash from inventory and working capital) self help to managing though several external financing options.***
>
> **Re: Apprinova Valuation -** In your note, you shared that Givaudan will *"...attempt to drive down valuation…"* - Would we benefit from additional bidders for the asset? ***Givaudan is the best strategic fit and we care about long term execution since we have a long term, perpetual agreement and earn a mfg margin. We could benefit from a competitive process - I don't feel the runway to go there but may need to find a solution. Will keep this in mind and will come back to the board if needed.***
>
> **Re: Imaginary Ventures -** That looks like a strong validation of the businesses we are building. However, I prefer to avoid having external investors cherry-pick how and what assets they support within the business. I'd prefer they

AMYRIS-0000050

become an investor in Amyris. ***Let's discuss further - a lot of thought around this. Healthy debate. I'm fully aligned with not adding complexity. This is a more detailed and nuanced discussion around the portfolio and also growing with outside capital. This is not urgent but important.***

Congratulations to you and the team on a strong Q4 so far. May this momentum continue throughout the rest of the year.

Onward!

John and Ryan



On Fri, Dec 2, 2022 at 6:20 AM John Melo <melo@amyris.com> wrote:

Amyris Board of Directors,

Here's a quick update as we have completed the biggest sales period of the year - Black Friday week and Cyber Monday.

Our quarter is progressing very well. We are tracking to about $104M in revenue vs public guidance of $100M. Consumer business is tracking to about $64M - this compares to $31.5M in 4th quarter of 2021.

We performed very well during Black Friday week and Cyber Monday - I've attached a PDF with the DTC results of each of our brands and a comparison to last year. Based on what we've seen reported publicly, we delivered the best revenue performance of any competitor in each of the categories. We did this very efficiently, currently tracking to about $4 of revenue for $1 of marketing investment. Our only disappointment in this period is with the Pipette brand - it's our most inefficient marketing investment this year and, with our current cash constraints and focus on portfolio optimization, we significantly pulled back on investment into Pipette. Our DTC metrics (conversion, bounce and time on site) delivered the best performance of the year in the month of November.

We also performed very well with our retail partners and continue to be approached by the best retailers wanting access to our brands. I'm meeting with the CEO of Ulta to explore how he can get access to our brand portfolio - this has the potential to double our US business.

Biossance is currently at $130M annualized revenue run rate and delivered about $20M in consumer sales (sell through) in November - an incredible month for the brand. Valuations in the private market for strong consumer brands have remained very robust. A Biossance direct competitor (European based brand) just closed a private round at a 10x revenue valuation - valuing

CONFIDENTIAL

AMYRIS-0000051