them at $1B.

Margins and costs are continuing to improve through our "Fit to Win" initiative - no surprises here.

Our Ingredients business is also on track for a it's best quarter with around $24M in ingredients alone and well over $10M in earnout for the quarter.

We have made very good progress on our transaction with Givaudan to sell the marketing rights of Aprinnova products. I've attached the agreements for those of you interested. These agreements have been reviewed by Givaudan management and have no material issues/expected changes. The key deal economics are -

- $350M of upfront payment and $150M of earnout payments - earnout is based on delivering 30% annual growth over 5 years with $30M paid annually.
- we retain perpetual rights to manufacture the ingredients at a 15% margin
- they become a long term channel partner for the beauty and personal care ingredients in our portfolio

Givaudan management have approved and are going for Board approval today with a strong recommendation to proceed. I expect a positive outcome with a final round of negotiations on economics - thats where they will push using the current economic outlook and macro trends to attempt to drive down valuation.We will review with the AC and then seek Amyris board approval once we have feedback from Givaudan board.

Imaginary (one of the most successful consumer Venture funds) has engaged with us with an interest in becoming our partners/co-investor in our consumer brands. They have an interest in a minority position in the JVN brand ($20-30M at about a $300M valuation), partnering on our brand pipeline and having us develop and scale brands in their pipeline. They have done some diligence and have concluded we are the best consumer brand builders they have seen in health and beauty. We are building billion dollar brands at about half the cost and faster than anyone they have seen. Their key interest is in accessing our science platform for clean chemistry and formulations as they view this as the key driver of value. This is a key opportunity for us to consider for 2023 as an alternative funding model for our future growth. It could be a much more capital efficient way for us to grow without the use of our capital or equity at the Amyris inc level.

Cash/liquidity remains extremely tight as we work our way to closing the Givaudan transaction and keep our focus on minimizing further shareholder dilution.

I've intentionally left Philip from this update due to the level of detail in the attached agreements and the conflict around Givaudan as DSM main competitor.

I owe you a few follow-ups from our board meeting and will deliver these to

you early in the week when I'm finally back in the office for a few days.

Thanks

John

**Disclaimer**

Notice of Confidentiality: The information contained in this email message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error, please email the sender and destroy this message and remove the transmission from all computer directories (including email servers).

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

AMYRIS-0000053

**Exhibit 7**

| | |
|---|---|
| **From:** | John Melo |
| **To:** | John Doerr |
| **Cc:** | Geoff Duyk; Ana Dutra; Philip Eykerman; Frank Kung; Jim McCann; Steve Mills; Ryan Panchadsaram; Lisa Qi; Julie Washington; Nicole Kelsey; Han Kieftenbeld |
| **Subject:** | Re: Update and request for approval of UWC |
| **Date:** | Thursday, December 15, 2022 1:03:21 PM |
| **Attachments:** | JGM Prospect Info Package – Aug 31 pm 2022.pdf |
| | Aprinnova New Business Wins 2022 YTD.pdf |
| | Squalane Offer Terms Dec 2022.pptx |

John, below you'll find the financials and info pack for the Aprinnova business back to 2020 and forward to 2025.

We have made significant progress on the transaction in the last 10 days. The attached offer represents our worst case scenario.

We would receive $350M for the marketing rights - $200M upfront and $150M in earnout over the next 3 years. The earnout is based on the business continuing at current market/sell through performance levels. We would also earn a 15% margin on production in perpetuity - this is about $10M annually on average for the medium term period.

This is equal to 19X EBITDA for 2022 EBITDA. Market data indicates 14-21X EBITDA for these type of assets when the entire business is sold.

We are looking to optimize the longer term margin in the negotiation.

I'll have Han prepare the post transaction economics.

With where we are in the process, I would not advise hiring a banker. We did hire a banker for this business in 2017 and it resulted in a failed transaction that we then stepped in to salvage.

The other critical factor - this is not a complete asset sale - lt's licensing and marketing/commercialization rights sale.

I've set a call to update you and Ryan on the specifics. This is about a month later than we would like to have this deal fund.

We do need to review this in detail with the AC for approval.

Thanks

John


I've also attached


On Dec 15, 2022, at 11:01 AM, John Doerr <jdoerr@kleinerperkins.com> wrote:

Hi again, John and Han.

AMYRIS-0000054

Busy times.  You asked us to reach out with questions... I've copied fellow board members... requesting this information.

Could you share the following to give us a better understanding of the Apprinova deal economics:

**Apprinova Cash Flow Projections**
- Historical: 2020 - 2022

- Projected 2023 - 2025

**Valuation**
- Buyer assessment

- Consideration terms

  - Upfront cash - best/worst case

  - Earnout - best/worst case

  - Risks/Penalties

- EV/EBITDA multiples 2023, 2024

  - Comparison to recent transaction multiples within the space

**Post Transaction**
- Summary of cash flows between Amyris and Buyer in 2023+

Also, we are getting very close to the end of the year, and it looks like this transaction will slip into early next year. Given the size and complexities of this transaction, would we benefit from hiring bankers to run a process with a targeted close by the end of Q1'23?

AMYRIS-0000055

Thanks, and Onward!
John & Ryan


On Sat, Dec 10, 2022 at 9:13 AM John Melo <melo@amyris.com> wrote:
Dear Board Members,

Our Audit Committee met yesterday afternoon to review and recommend the transactions described below, and I'd now like to ask for your approval by UWC (DocuSign will be distributed this evening) as follows:

DSM Tranche 3:

We have been working on drawing down the third and final tranche ($25M) under our loan agreement with DSM (closed on October 11th, and approved by the Audit Committee and Board on September 27th). DSM is ready to fund the third tranche this Monday (December 12th). With this third tranche, the total principal amount of our loan with DSM will be $100M. While the first two tranches of $50M and $25M, respectively, were secured by earnouts under our DSM F&F transaction (Project Accelerate, completed in Q1FY21), this third tranche will be secured by an equity pledge of RealSweet – the JV that owns and operates the Barra Bonita plant. AMRS will pledge as collateral its 69% share in the JV (our partner Ingredion owns the remaining 31% of the JV). We plan to immediately repay the third tranche with the proceeds of the strategic transaction described below. In addition, the pledge of our 69% JV interest will be released upon the earlier of (1) repayment of this third tranche plus finalization of vanillin pricing with Givaudan (which is linked to the F&F earnout potential) or (2) repayment of the second and third tranches of the DSM loan.

We are in the process of finalizing legal documentation with DSM for the $25M tranche and related equity pledge along with obtaining Foris and Ingredion consent. **The Audit Committee has approved DSM Tranche 3 (including related party approvals) and is recommending it to the Board for approval.**

Strategic Transaction:

Simultaneously, we have been working on the sale of exclusive commercialization rights of the products in our Aprinnova JV. The first part of this transaction involves purchasing 49% of our JV partner Nikko's 50% share of Aprinnova for approximately $49M (bringing AMRS' JV ownership from 50% to 99% and Nikko's ownership down from 50% to 1%). We are working on documentation relating to the JV share purchase with Nikko, and **we are seeking the Board's delegation of authority to John Melo to finalize the documentation**. Our purchase of the NIKKO 49% values

AMYRIS-0000056

their portion at 6X 2022 operating income. We are selling the commercialization rights along with the right for Givaudan to become our exclusive distribution partner into the Beauty and Personal Care markets for 16-21X 2022 operating income. We are asking for 21X and Givaudan is offering 16X. Amyris will continue to manufacture and supply to Givaudan with a perpetual manufacturing agreement.

We are also working on the second part of this strategic transaction which involves the sale of certain Aprinnova assets to Givaudan for an estimated $495M which is under negotiation with Givaudan in terms of total valuation and distribution between the upfront consideration and earnouts in subsequent years. The assets include an assignment of certain squalene and hemisqualane commercial agreements (including a transfer of the relevant trademarks), and a grant of an exclusive, worldwide, irrevocable license to distribute, market, and sell squalene and hemisqualane in cosmetics and cosmetics actives. Givaudan have communicated support from their board to proceed but not at the valuation we are seeking, this was the expected outcome as they are positioning their drop in equity value this year (40%) and the current macro environment and uncertainty as drivers for a lower valuation. They are currently positioning at $350M in total value and we are seeking $495M. The negotiations are ongoing, with Han and I meeting with the Givaudan team next week where we expect to have a better picture of Givaudan's valuation of these assets. The Audit Committee will convene again next week to review the terms of this second part of the strategic transaction with myself, Han, and Nicole. We expect to then revert to you for approval by UWC at that time.

Please don't hesitate to reach out directly to me, Han, or Nicole with any questions.

John

**Disclaimer**

Notice of Confidentiality: The information contained in this email message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error, please email the sender and destroy this message and remove the transmission from all computer directories (including email servers).

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

AMYRIS-0000057

**Exhibit 8**

| | |
|---|---|
| **From:** | Neil Pollack <pollack@amyris.com> |
| **Sent:** | Friday, December 23, 2022 3:32 PM |
| **To:** | Mike Rytokoski |
| **Cc:** | Han Kieftenbeld; Neil Pollack |
| **Subject:** | RE: Prospect NPV |
| **Attachments:** | Project PROSPECT Financial Impact GIV Proposal REV2 (12.21.22).xlsx |

Mike,

Apologies that the following email is somewhat lengthy, but there are several business case dynamics we discussed confirming.  I welcome discussing further with you once you have an opportunity to digest the below note.

As a follow up from our discussions, I have developed three primary scenarios to analyze the NPV of selling the business vs. keeping the business with the current route to market.  These scenarios are defined as follows:

- <u>**SCENARIO A:**</u>  **Constant squalane / hemisqualane volumes in each future year based on the 2022 volume forecast from ~8 weeks ago**
- <u>**SCENARIO B:**</u>  **Significant increases in 3P and intercompany (for consumer brand consumption) squalane and hemisqualane volumes, from 2023 onwards, consistent with the pro-forma financials provided to Givaudan in August 2022**
- <u>**SCENARIO C:**</u>  **Squalane / hemisqualane volumes and revenue broadly consistent with the below "Givaudan Plan".  This represents the maximum business performance that does not generate an Earn-Out in any of the first three years**

Scenario A should represent a lower bound on future sales performance.  Scenario B is likely a quite optimistic case on squalane / hemisqualane sales performance.  Scenario C is between these two boundary conditions.

For each of these scenarios, I've calculated an NPV of selling the business vs. keeping the business with the current route to market (sales to distributors, etc.).  As discussed, the major P&L difference in each year (and scenario) between selling the business and keeping the current route to market will be our selling prices on the squalane and hemisqualane:  Our assumptions for supply chain costs in each year will be the same regardless of whether we are selling to Givaudan or to our distributors.

In-line with our discussions, and for each of the scenarios, I've assumed that pricing to Givaudan in Year 8 of the agreement (FY 2030) will revert to our then current total cash production costs of squalane and hemisqualane plus a 15% markup.  I've also assumed that the cost for our consumer brands to purchase back the squalane and hemisqualane would increase by an equal $ / kg amount in that year (FY 2030).  We are implicitly assuming the Givaudan agreement would last forever since we are using a perpetuity calculation to calculate the NPV from year 2030 onwards.

The first three tabs of the attached file are color coded in a **black** color and represent overall modelling summaries.  The tabs are as follows:

- **First Tab**:  Documents a number of **key assumptions**.  The parameters highlighted in ==yellow== are user adjustable and cascade through the financial statements.
- **Second Tab**:  Includes summary cash flow statements and **NPV calculations** for **Scenario A**, **Scenario B**, and **Scenario C**

1

- **Third Tab**: Includes the resulting **summary P&Ls** – over the period from 2023 onwards – that result from **(1) keeping the current route to market, (2) selling the business to Givaudan, and (3) the difference case between (1) and (2) for each Scenario (A, B, and C)**

Under the **base case assumptions** documented in the First Tab, the NPV for selling the business to Givaudan at $200m of upfront cash is positive for Scenario A, Scenario B, and Scenario C.  Scenario C (volume growth but not enough to trigger the earn-outs) is the least favorable with a resulting NPV of approximately +$49m.  As discussed, the NPV calculation is sensitive to the choice of WACC – I'm currently using 12.5%, with my basis documented on the 1st tab.  The NPV calculation will also be influenced by the assumed marginal tax rates in the US.  I'm currently assuming 0% given our substantial tax loss carryforwards, and I am following up on the magnitude of these.

Base case NPVs for each of the three scenarios are listed as follows:

| NPV of Scenario (A): | |
| --- | --- |
| Year 2022 | 200.0 |
| Years 2023 - 2029 | -52.5 |
| Years 2030 Onwards Perpetuity | -7.8 |
| **TOTAL** | **139.7** |

| NPV of Scenario (B): | |
| --- | --- |
| Year 2022 | 200.0 |
| Years 2023 - 2029 | -64.4 |
| Years 2030 Onwards Perpetuity | -59.0 |
| **TOTAL** | **76.6** |

| NPV of Scenario (C): | |
| --- | --- |
| Year 2022 | 200.0 |
| Years 2023 - 2029 | -115.0 |
| Years 2030 Onwards Perpetuity | -36.4 |
| **TOTAL** | **48.6** |

A **key dynamic to the economic modelling** is that – if we keep the business – we retain strategic flexibility and the capability to **raise selling prices to our customers** due to market externalities like increasing product costs (NY #11, FX rate, BB manufacturing costs, etc.).  This **real option** is valuable:  If we estimate that we would **raise our squalane and hemisqualane 3P pricing to ensure a 1:1 profit compensation for supply chain cost increases**, then our selling price increases (███████████████████████████████████) associated with **every ████ ncrease in squalane and hemisqualane cash production costs** results in the following adverse impacts to the NPV for each scenario:

- **Scenario A:**    -$11m
- **Scenario B:**    -$30m
- **Scenario C:**    -$19m

As such, sustained product costs more than 25% above our base case cash product cost assumptions ( ~██████ ███████████████████████████████ ) result in a negative NPV for the Scenario C volume / revenue profile.

Summarizing the above, under many assumptions and scenarios (as documented on the First Tab), selling the business for $200m of cash can yield a favorable NPV, but we are locked into a long term contract of selling through Givaudan and lose the option to adapt to changing cost and market conditions through our 3P pricing.  **Separately, we will experience very unfavorable go-forward P&L optics since we will be selling the squalane and hemisqualane to Givaudan at a $ / kg price lower than our product costs.  Selling through Givaudan**, and under the **Scenario C business volume profile**, the **Aprinnova** business will generate gross margins of negative $7m to $12m per year.   The associated summary P&Ls for each of these cases are included on the Third Tab of the attached file, and I've reproduced a summary table lower in this email.

Kind regards,

Neil

CONFIDENTIAL                                                                 AMYRIS-0000059

| | SCENARIO (A): FY2022 CONSTANT VOLUMES | | | | SCENARIO (B): |
| | FY 2023 | FY 2024 | FY 2025 | FY 2030 | FY 2023 |
| **VOLUME (MTs)** | | | | | |
| 3P Squalane | 1,588 | 1,588 | 1,588 | 1,588 | 2,563 |
| I/C Squalane (for consumer brands) | 181 | 181 | 181 | 181 | 627 |
| 3P Hemisqualane | 691 | 691 | 691 | 691 | 1,607 |
| I/C Hemisqualane (for consumer brands) | 38 | 38 | 38 | 38 | 124 |
| | 2,498 | 2,498 | 2,498 | 2,498 | 4,921 |
| **PROSPECT SCENARIO:** | | | | | |
| Amyris Selling Price ($ / kg) | | | | | |
| Squalane | | | | | |
| Hemisqualane | | | | | |
| Estimated Cash Product Cost ($ / kg) | | | | | |
| Squalane | | | | | |
| Hemisqualane | | | | | |
| Estimated Gross Margin ($ / kg) on Revenue | | | | | |
| Squalane | | | | | |
| Hemisqualane | | | | | |
| Estimated Gross Margin ($ '000) on Revenue | | | | | |
| Squalane | | | | | |
| Hemisqualane | | | | | |
| Estimated PROSPECT Earn-Out ($ '000) | 0 | 0 | 0 | | 34,471 |
| Estimated COGS for Consumer Brand Use ($ '000) | | | | | |
| **PROFIT IMPACT: PROSPECT SCENARIO VS. CURRENT** | | | | | |
| Gross margin on Aprinnova 3P Revenue ($ '000) | | | | | |
| Earn-out Profit to Amyris ($ '000) | | | | | |
| COGS for Consumer Brand Use ($ '000) | | | | | |

**From:** Mike Rytokoski <rytokoski@amyris.com>
**Sent:** Monday, December 19, 2022 2:27 PM
**To:** Neil Pollack <pollack@amyris.com>
**Cc:** Han Kieftenbeld <kieftenbeld@amyris.com>
**Subject:** Prospect NPV

Neil,

Could you help refine the earlier P&L to show the NPV of the transaction vs the NPV of keeping the business? I promised this to John for this week. Happy to discuss. Thanks.

Mike

**<u>Sell</u>**
$200M up-front (purchase price)

CONFIDENTIAL                                                                                         AMYRIS-0000060

Earn-out: (Actual Sales Value achieved – Givaudan valuation sales assumption) * 4.4x (valuation multiple of $200M / 2022 sales = 4.4x) / 50% (value share 50% / 50% between Givaudan and Amyris). Capped at $150 million over the 3-year period.

| $M | 2023 | 2024 | 2025 |
|---|---|---|---|
| Business Plan Amyris | 66 | 94 | 123 |
| Givaudan Plan | (50) | (60) | (70) |
| Delta | 16 | 34 | 53 |
| @ Sales Multiple 4.4x | 70.4 | 149.6 | 233.0 |
| 50/50% Value Share | 35.2 | 74.8 | 101 |
| Payment Annually | 35.2 | 74.8 | 40 |
| Aggregate Payment | 35.2 | 110.0 | 150.0 |

Assume we can get to the target costs leaving us a ▮▮ mark-up on the sales to Givaudan – Some inflation assumption from year two onwards that will reduce the mark-up till year 8 when we have the right to price up.

Two sensitivity scenarios:
1. What if costs higher (your earlier scenario) – List the key assumptions
2. What if Givaudan growth is per their plan – No earn-out

**<u>Keep</u>**
Same volume growth projections. Assume additional hemi price increase of ▮▮ for 2024. Same COGS as selling scenario. Keep current SGA. ▮▮ savings starting in 2025 from going direct in North America.

4

**Exhibit 9**

**From:** Mike Rytokoski <rytokoski@amyris.com>
**Date:** Tuesday, November 15, 2022 at 7:25 AM
**To:** Han Kieftenbeld <kieftenbeld@amyris.com>
**Cc:** Neil Pollack <pollack@amyris.com>, Chuck Kraft <kraft@amyris.com>, Eduardo Alvarez <alvarez@amyris.com>
**Subject:** Re: Transaction - Supply Question

These prices have already been discussed with Givaudan as the basis for the multiple.

Let's get the data to understand the true cost impact of these proposed prices and then review with John.

I would suggest that Neil helps us model this so that we can minimize the number of people in the tent.

Mike

### Mike Rytokoski | President - Technology Access
Mobile 1-650-445-2114 | rytokoski@amyris.com
http://www.amyris.com/ | 5885 Hollis St. Suite 100 Emeryville, CA 94608

> On Nov 15, 2022, at 7:18 AM, Han Kieftenbeld <kieftenbeld@amyris.com> wrote:
>
> Thanks Neil, very helpful analysis and clear as to base assumptions on input costs.
>
> Per Chuck, let's not structurally (as defined by contract) put ourselves in a position that we generate negative margins because of overly bullish assumptions on unit costs and no mechanism to adjust selling prices. We should not do for either Nikko or Givaudan for that matter.
>
> In fact we should start of with both realistic assumptions on unit costs and have some type of mechanism to adjust prices over time as the input costs dictate. 7 years is a long time to fix cost and pricing. Taking all aspects of costs and volatility on the chin is not going to bode well for us and we'll end up with a BB investment that can structurally not make a return.
>
> Strategically important, warranting a conversation beyond this email exchange.
>
> Han
>
> **Han.W.M. Kieftenbeld | Chief Financial Officer**
> e: kieftenbeld@amyris.com | o:+1 510-740-7450 | m:+1 510-248-9119
> http://www.amyris.com | 5885 Hollis St. 100 Emeryville, CA 94608
>
> >>>>> Notice of Confidentiality <<<<<
> The information contained in this e-mail message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error, please e-mail the sender at kieftenbeld@amyris.com and destroy this message and remove the transmission from all computer directories (including e-mail servers).

---

**From:** Neil Pollack <pollack@amyris.com>
**Sent:** Tuesday, November 15, 2022 7:00 AM
**To:** Mike Rytokoski <rytokoski@amyris.com>; Chuck Kraft <kraft@amyris.com>
**Cc:** Eduardo Alvarez <alvarez@amyris.com>; Han Kieftenbeld <kieftenbeld@amyris.com>
**Subject:** FW: Transaction - Supply Question

**Chuck**, I recommend you and I schedule some time – also perhaps with Marcelo – to align on long term cost assumptions and include a latest view on BB production costs and Leland site operating costs for the go forward assumptions. I'll send an invite.

**All**, I recognize that many have strongly held views on the sugar price assumption, and John has referenced a 30 year trailing average, but I don't understand why we would assume NY #11 sugar pricing o█████ going forward, even as a favorable sensitivity.

Today's front month sugar contract is ████████. The trailing two year average through today is ███████. The trailing five year average through today is ~$14.69 / lb. Over the last five years, the price closed at $█████ below on less than <20% of the days. Looking at a long term price chart (see below), there seems to have been a shift circa the commodity inflation cycle of 2005 – 2006. Before that time, the cost was typically ~████████. Since that time, the cost has been averaging about ███████ with a high of ███████ (for much of the 2010 through 2012 period) and a low that has never gone below ███████ for any significant period.

Palladium is another case where the long term price trend is likely not representative of what most in the industry are forecasting for go forward pricing. I've included a long term trend chart below. Today's spot price is ~$2100 / toz. Pricing shot WAY up in 2018 and has not come down since (it was in the catalytic converter industry at the time, and I will not soon forget the impact to that business's cash flow forecasts…). Long term dynamics will be dependent upon the continuing market for new ICE cars (and catalytic converters) vs. the recovery of Pd from spent catalytic converters and production of fresh material from Russia and RSA, etc. mines, but I would propose we forecast ~$2000 / toz for go forward estimates in the interest of conservatism and in the absence of better, market specific knowledge.

I've also included a long term chart of USD / BRL FX rate below. I think the FX rate of 1 USD = 5.25 BRL is a reasonable go forward assumption, but I think there are some dynamics in the Brazil BB cost model we still need to refine in terms of how the FX rate impacts resulting USD costs. This is something I can follow up on with the local team and Chuck.

Kind regards,

Neil



From: Mike Rytokoski mytokoski@amyris.com>
Sent: Sunday, November 13, 2022 8:00 PM

**To:** Chuck Kraft <kraft@amyris.com>
**Cc:** Eduardo Alvarez <alvarez@amyris.com>; Neil Pollack <pollack@amyris.com>
**Subject:** FW: Transaction - Supply Question

Chuck,

Thanks for the additional detail regarding the costs.

Wouldn't these cost estimates go up in the early years assuming that we will continue to source a portion of fene from DSM?

The ▇▇▇▇▇▇▇▇▇▇ prices have already been discussed with Givaudan.

These projected costs would put the annual hit to our P&L at about ▇▇▇ until we get to year 8 when we have the first opportunity to adjust the prices to reflect increases in actual costs.

Neil, could you help sharpen the pencil and the calculation to confirm this P&L hit. What are the assumptions and what is the high and low case? This will help us understand what the true selling price is after deducting this price subsidy.

Mike

---

**From:** Chuck Kraft <kraft@amyris.com>
**Sent:** Sunday, November 13, 2022 12:38 PM
**To:** Eduardo Alvarez <alvarez@amyris.com>; Mike Rytokoski <rytokoski@amyris.com>
**Subject:** RE: Transaction - Supply Question

My input:

The attached file has a few slides that Neil prepared for us when we were evaluating Bann as an expansion site. As you can see, we are forecasting squalane COGS in the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ at Bann. These are both at 19 cpp sugar and the Palladium is at $▇▇▇▇▇▇▇▇▇▇▇ Some would argue that the sugar price is too high and Neil can do the sensitivity analysis for that but I can't see us getting to ▇▇▇▇ or squalane and $▇▇▇▇▇ HSQ to achieve the 15% margin that was stated.

At 12 cpp sugar and Pd at 1200 tr oz maybe we could get to ▇▇▇▇▇ squalane. And at 12 cpp sugar we could get to ▇▇n HSQ but I don't see us ever getting to ▇▇▇▇ on HSQ at all. Even if Bann would cut their fee in half we will be and we had 12 cpp sugar we would still be at ▇▇▇▇▇. Please do not agree to selling to them at ▇▇▇▇ We've made enough bad deals over the last 5 years, let's not do another one.

I don't have a good answer for HSQ other than raise the selling price to ▇▇▇ but for squalane you should at least tie the selling price to the price of sugar as I mentioned in my previous email.

**Chuck Kraft**

---

**From:** Eduardo Alvarez <alvarez@amyris.com>
**Sent:** Saturday, November 12, 2022 5:27 PM
**To:** Mike Rytokoski <rytokoski@amyris.com>
**Cc:** Chuck Kraft <kraft@amyris.com>
**Subject:** Re: Transaction - Supply Question

thanks.
very good clarifications.
i see now take or pay. should work for cash cycle. but let's confirm.

Sent by my I-phone

On Nov 12, 2022, at 1:49 PM, Mike Rytokoski <rytokoski@amyris.com> wrote:

Eduardo,

Thanks for the quick feedback.

The proposal is a three-month commitment. First month - No changes allowed, so take-or-pay. Second and third month Givaudan can only adjust +/-20%, so they will order a minimum of 80%. We could try if we can get the first 90 days as firm orders.

The prices are ex works, so if Givaudan prefers to use air freight, it would be at their cost.

Chuck, please note that the Aprinnova team is now aware of this transaction, so for your eyes only.

Thanks.

Mike

Get Outlook for iOS

**From:** Eduardo Alvarez <alvarez@amyris.com>
**Sent:** Saturday, November 12, 2022 9:41:15 AM
**To:** Mike Rytokoski <rytokoski@amyris.com>; Chuck Kraft <kraft@amyris.com>
**Subject:** Re: Transaction - Supply Question

AMYRIS-0000064

Mike

See a few comments below.

1. I like your comment on the production forecast. But we should also think working capital cash cycle – not just production commitment. I see what we are saying w/ 1 month pre-pay.  But we should think about 3 month commitment. E.g. let's think about  Palladium, Hydrogen,etc. Chuck would know. I think we should ask for 3 month commitment – specific funding to underpin the purchase of the key raw materials needed to secure that production….

1. Cancellations/modifications – for quarter ahead OK.  Within quarter – Need to cover costs of WIP and FG produced w/I quarter.

1. Expedited costs – increases in the short term e.g. not within the normal operating window – we will expect costs to airship/expedite – also cover and agreed

Chuck  ?

**amyris**
**Eduardo Alvarez | Chief Operating Officer** | alvarez@amyris.com
1-510-597-4804 Office | 847-922-4682 Mobile | 1-510-225-2645 Fax
http://www.amyris.com/ | 5885 Hollis St, Suite 100 Emeryville, CA 94608

---

**From:** Mike Rytokoski <rytokoski@amyris.com>
**Date:** Saturday, November 12, 2022 at 11:07 AM
**To:** Eduardo Alvarez <alvarez@amyris.com>
**Subject:** Transaction - Supply Question

Eduardo,

We have started drafting the agreement for the Givaudan transaction. I expect to be able to share the first draft for your comments by Wednesday.

In the meantime, any reactions to the below structure for our supply of squalane and hemisqualane to Givaudan?

1. Givaudan shall provide a rolling 12 month forecast before the start of each calendar month;
2. Each forecast shall be binding for the first 3 month period covered by such forecast (the "Binding Forecast") and non-binding for the remaining 9 month period covered by such forecast;
3. Unless Aprinnova shall notify Givaudan that it may not be able to provide the amounts specified in the third month of each Binding Forecast, Aprinnova shall commit to supply the volumes specified in each Binding Forecast;
4. Givaudan shall commit to purchase the volumes specified in each Binding Forecast; provided that Givaudan shall be entitled to increase or decrease the amounts specified in the second and third months of each Binding Forecast by up to 20%;
5. Each forecast shall be accompanied by a purchase order for the first month of such Binding Forecast; and
6. Forecasts shall not include Aprinnova products to be sold by Givaudan to Amyris as provided below.

Mike

**amyris**
**Mike Rytokoski | President - Technology Access**
Mobile 1-650-445-2114 | rytokoski@amyris.com
http://www.amyris.com/ | 5885 Hollis St, Suite 100 Emeryville, CA 94608

**Disclaimer**

Notice of Confidentiality: The information contained in this email message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error, please email the sender and destroy this message and remove the transmission from all computer directories (including email servers).

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# Exhibit 10

| | |
|---|---|
| **From:** | Han Kieftenbeld |
| **Sent:** | Wednesday, February 15, 2023 6:38 PM |
| **To:** | John Doerr; Geoff Duyk; Ana Dutra; Philip Eykerman; Frank Kung; Jim McCann; Steve Mills; Ryan Panchadsaram; Lisa Qi; Julie Washington |
| **Cc:** | John Melo; Doris Choi |
| **Subject:** | Strategic transaction request for board approval |
| **Attachments:** | 2023.02.XX Board UWC re Apricot.pdf |

Dear Board Members,

The Audit Committee met Monday afternoon to review and recommend the pending strategic transaction described below. On behalf of management I'd like to ask for your approval by UWC (DocuSign to follow shortly).

On December 15, 2022, we signed an agreement to purchase 49% of our JV partner Nikko's 50% share of Aprinnova for approximately $49M (bringing AMRS' JV ownership from 50% to 99% and Nikko's ownership down from 50% to 1%).  We've negotiated a ~30-day extension from (February 13 to March  17) to close our agreement with Nikko.

Our strategic transaction involves an Aprinnova asset sale to Givaudan for an estimated $350M ($200M upfront and up to $150M in future milestone payments based on future sales of squalane and hemisqualane). We are near final with legal documentation with Givaudan and may sign as early as tomorrow for announcement on Friday morning pre-market.

The asset sale includes an assignment of our squalane and hemisqualane distribution agreements, the transfer of relevant trademarks, a grant of an exclusive, worldwide, irrevocable license to manufacture and commercialize squalane and hemisqualane in cosmetics actives, and a grant of certain rights of first refusal with respect to commercialization of ingredients developed by Amyris in the field of cosmetic actives.  In turn, Givaudan grants a license to manufacture back to Amyris and grants to Amyris the exclusive right to manufacture and supply squalane and hemisqualane to Givaudan under fixed prices for a seven-year period, after which the price will adjust to a cost plus 15% pricing structure.

Once we sign and enter a 30-day HSR review period, we expect to close as early as mid-March.

**The Audit Committee has approved this Aprinnova transaction and is recommending it to the Board for approval.**


********** DETAILS **********

NIKKO TRANSACTION

- **Nikko status:**
  - We've negotiated a ~30-day extension from February 13 to March  17 to close our agreement with Nikko to purchase 49% of our JV partner's shares in Aprinnova [12.5% p.a. interest through closing; tax planning condition]

GIVAUDAN TRANSACTION
- **Givaudan consideration**:
  - $200M cash upfront
  - Up to $150M cash in future earnout payments

CONFIDENTIAL                                                                 AMYRIS-0000066

- - Consisting of **3 annual earnout milestones** based on **Aprinnova sales f**rom sale of squalane and hemisqualane
    - o **Manufacturing agreement** fees to supply squalane and hemisqualane to Givaudan under fixed prices for a seven-year period, after which the price will adjust to a cost plus 15% pricing structure.
- **Key terms:**
    - o Exclusive, worldwide, irrevocable license to **manufacture and commercialize Squalane and Hemisqualane in cosmetics actives**
    - o Assignment of our squalane and hemisqualane **distribution agreements**
    - o Transfer of Aprinnova business **trademarks**
    - o **ROFR** to Givaudan with respect to commercialization of ingredients developed by AMRS in the field of cosmetic actives
    - o Givaudan may, but is not required to, hire **Aprinnova employees.** Current expectation is that they won't
    - o Standard reps and warranties
    - o Closing conditions:
        - Delivery of License Agreement, Trademark Assignment, Manufacturing Agreement and other ancillary agreements
        - AMRS and Givaudan to agree on payment and other terms for future **contract R&D services** (R&D Framework) for new ingredients in cosmetics actives, which may be licensed to Givaudan
- **Main documents**:
    - o Asset Purchase Agreement
    - o License Agreement
    - o Manufacturing and Supply Agreement
- **Expected timing**:
    - o sign in February 16-21 window; enter a 30-day HSR review period; close as early as mid-March, concurrently with closing of Nikko agreement.
- **Disclosures**:
    - o PR followed by 8-K filing
- **Law firms**:
    - o Paul Weiss representing Givaudan. Shearman & Sterling representing Amyris.


Please do not hesitate to reach out to me with any questions.

Best regards,

Han


**Han.W.M. Kieftenbeld | Chief Financial Officer**
e: kieftenbeld@amyris.com | o:+1 510-740-7450 | m:+1 510-248-9119
http://www.amyris.com | 5885 Hollis St. Suite 100 Emeryville, CA 94608

>>>>> Notice of Confidentiality <<<<<
The information contained in this e-mail message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed.  If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited.  If you receive this e-mail message in error, please e-mail the sender at kieftenbeld@amyris.com and destroy this message and remove the transmission from all computer directories (including e-mail servers).

# Exhibit 11

| | |
|---|---|
| **From:** | John Melo |
| **To:** | John Doerr |
| **Cc:** | Geoff Duyk; Ana Dutra; Philip Eykerman; Frank Kung; Jim McCann; Steve Mills; Ryan Panchadsaram; Lisa Qi; Julie Washington; Nicole Kelsey; Han Kieftenbeld |
| **Subject:** | Re: Update and request for approval of UWC |
| **Date:** | Thursday, December 15, 2022 1:03:21 PM |
| **Attachments:** | JGM Prospect Info Package - Aug 31 pm 2022.pdf |
| | Aprinnova New Business Wins 2022 YTD.pdf |
| | Squalane Offer Terms Dec 2022.pptx |

John, below you'll find the financials and info pack for the Aprinnova business back to 2020 and forward to 2025.

We have made significant progress on the transaction in the last 10 days. The attached offer represents our worst case scenario.

We would receive $350M for the marketing rights - $200M upfront and $150M in earnout over the next 3 years. The earnout is based on the business continuing at current market/sell through performance levels. We would also earn a 15% margin on production in perpetuity - this is about $10M annually on average for the medium term period.

This is equal to 19X EBITDA for 2022 EBITDA. Market data indicates 14-21X EBITDA for these type of assets when the entire business is sold.

We are looking to optimize the longer term margin in the negotiation.

I'll have Han prepare the post transaction economics.

With where we are in the process, I would not advise hiring a banker. We did hire a banker for this business in 2017 and it resulted in a failed transaction that we then stepped in to salvage.

The other critical factor - this is not a complete asset sale - lt's licensing and marketing/commercialization rights sale.

I've set a call to update you and Ryan on the specifics. This is about a month later than we would like to have this deal fund.

We do need to review this in detail with the AC for approval.

Thanks

John


I've also attached


On Dec 15, 2022, at 11:01 AM, John Doerr <jdoerr@kleinerperkins.com> wrote:

Hi again, John and Han.

Busy times.  You asked us to reach out with questions... I've copied fellow board members... requesting this information.

Could you share the following to give us a better understanding of the Apprinova deal economics:

**Apprinova Cash Flow Projections**

- Historical: 2020 - 2022

- Projected 2023 - 2025

**Valuation**

- Buyer assessment

- Consideration terms

  - Upfront cash - best/worst case

  - Earnout - best/worst case

  - Risks/Penalties

- EV/EBITDA multiples 2023, 2024

  - Comparison to recent transaction multiples within the space

**Post Transaction**

- Summary of cash flows between Amyris and Buyer in 2023+

Also, we are getting very close to the end of the year, and it looks like this transaction will slip into early next year. Given the size and complexities of this transaction, would we benefit from hiring bankers to run a process with a targeted close by the end of Q1'23?

AMYRIS-0000069

Thanks, and Onward!
John & Ryan


On Sat, Dec 10, 2022 at 9:13 AM John Melo <melo@amyris.com> wrote:
Dear Board Members,

Our Audit Committee met yesterday afternoon to review and recommend the transactions described below, and I'd now like to ask for your approval by UWC (DocuSign will be distributed this evening) as follows:

DSM Tranche 3:

We have been working on drawing down the third and final tranche ($25M) under our loan agreement with DSM (closed on October 11th, and approved by the Audit Committee and Board on September 27th). DSM is ready to fund the third tranche this Monday (December 12th). With this third tranche, the total principal amount of our loan with DSM will be $100M. While the first two tranches of $50M and $25M, respectively, were secured by earnouts under our DSM F&F transaction (Project Accelerate, completed in Q1FY21), this third tranche will be secured by an equity pledge of RealSweet – the JV that owns and operates the Barra Bonita plant. AMRS will pledge as collateral its 69% share in the JV (our partner Ingredion owns the remaining 31% of the JV). We plan to immediately repay the third tranche with the proceeds of the strategic transaction described below. In addition, the pledge of our 69% JV interest will be released upon the earlier of (1) repayment of this third tranche plus finalization of vanillin pricing with Givaudan (which is linked to the F&F earnout potential) or (2) repayment of the second and third tranches of the DSM loan.

We are in the process of finalizing legal documentation with DSM for the $25M tranche and related equity pledge along with obtaining Foris and Ingredion consent.-**The Audit Committee has approved DSM Tranche 3 (including related party approvals) and is recommending it to the Board for approval.**

Strategic Transaction:

Simultaneously, we have been working on the sale of exclusive commercialization rights of the products in our Aprinnova JV. The first part of this transaction involves purchasing 49% of our JV partner Nikko's 50% share of Aprinnova for approximately $49M (bringing AMRS' JV ownership from 50% to 99% and Nikko's ownership down from 50% to 1%). We are working on documentation relating to the JV share purchase with Nikko, and **we are seeking the Board's delegation of authority to John Melo to finalize the documentation**. Our purchase of the NIKKO 49% values

their portion at 6X 2022 operating income. We are selling the commercialization rights along with the right for Givaudan to become our exclusive distribution partner into the Beauty and Personal Care markets for 16-21X 2022 operating income. We are asking for 21X and Givaudan is offering 16X. Amyris will continue to manufacture and supply to Givaudan with a perpetual manufacturing agreement.

We are also working on the second part of this strategic transaction which involves the sale of certain Aprinnova assets to Givaudan for an estimated $495M which is under negotiation with Givaudan in terms of total valuation and distribution between the upfront consideration and earnouts in subsequent years. The assets include an assignment of certain squalene and hemisqualane commercial agreements (including a transfer of the relevant trademarks), and a grant of an exclusive, worldwide, irrevocable license to distribute, market, and sell squalene and hemisqualane in cosmetics and cosmetics actives. Givaudan have communicated support from their board to proceed but not at the valuation we are seeking, this was the expected outcome as they are positioning their drop in equity value this year (40%) and the current macro environment and uncertainty as drivers for a lower valuation. They are currently positioning at $350M in total value and we are seeking $495M. The negotiations are ongoing, with Han and I meeting with the Givaudan team next week where we expect to have a better picture of Givaudan's valuation of these assets. The Audit Committee will convene again next week to review the terms of this second part of the strategic transaction with myself, Han, and Nicole. We expect to then revert to you for approval by UWC at that time.

Please don't hesitate to reach out directly to me, Han, or Nicole with any questions.

John

**Disclaimer**

Notice of Confidentiality: The information contained in this email message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error, please email the sender and destroy this message and remove the transmission from all computer directories (including email servers).

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

AMYRIS-0000071

# Exhibit 12



# Amyris, Inc. NasdaqGS:AMRS
# FQ4 2022 Earnings Call Transcripts
## Wednesday, March 15, 2023 8:30 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ4 2022- | | | -FQ1 2023- | -FY 2022- | | | -FY 2023- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS (GAAP)** | 0.13 | (0.46) | NM | (0.39) | (1.40) | (1.69) | NM | (0.70) |
| **Revenue (mm)** | 104.10 | 75.80 | ▼ (27.19 %) | 62.53 | 298.02 | 269.85 | ▼ (9.45 %) | 528.46 |

Currency: USD
Consensus as of Mar-16-2023 10:41 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

**- EPS (GAAP) -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2022** | (0.30) | (0.34) | NM |
| **FQ2 2022** | (0.29) | (0.34) | NM |
| **FQ3 2022** | (0.21) | (0.50) | NM |
| **FQ4 2022** | 0.13 | (0.46) | NM |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

AMYRIS-0000072

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ............................................................................... | 3 |
| Presentation | ............................................................................... | 4 |
| Question and Answer | ............................................................................... | 10 |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

AMYRIS-0000073

# Call Participants

**EXECUTIVES**

**Eduardo Alvarez**
*Chief Operating Officer*

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

**John G. Melo**
*President, CEO & Director*

**ANALYSTS**

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

**Korinne N. Wolfmeyer**
*Piper Sandler & Co., Research Division*

**Laurence Alexander**
*Jefferies LLC, Research Division*

**Poon Mah**
*Cowen Inc.*

**Rachel Marie Vatnsdal Olson**
*JPMorgan Chase & Co, Research Division*

**Sameer S. Joshi**
*H.C. Wainwright & Co, LLC, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000074

# Presentation

**Operator**

Welcome to the Amyris Fourth Quarter 2022 Financial Results Conference Call. This call is being webcast live on the Events page of the Investors section of the Amyris website at amyris.com. As a reminder, today's call is being recorded. You may listen to a webcast replay of this call by going to the Investors section of Amyris' website.

I would now like to turn the call over to Han Kieftenbeld, Chief Financial Officer. Please go ahead.

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Thank you, Andrea, and good afternoon, everyone. Thank you for joining us today. With me on today's call is John Melo, President and Chief Executive Officer; and also Eduardo Alvarez, our Chief Operating Officer, who will participate in the Q&A session. We issued our results today in a press release. The current report on Form 8-K furnished with respect to our press release is available on our website, amyris.com in the Investors section as well as on the SEC's website. The slides accompanying this presentation can also be found on the website and were posted today for your convenience.

Please turn to Slide 2. Please note that on this call, you will hear discussions of non-GAAP financial measures, including, but not limited to, core sales revenue, gross margin, cash operating expense and adjusted EBITDA. Reconciliation of these non-GAAP measures to the most directly comparable GAAP financial measures are contained in the financial summary section slides of the presentation and the press release distributed today. During this call, we will make forward-looking statements about future events and circumstances, including Amyris' outlook for 2023 and beyond, Amyris' goals and strategic priorities, anticipated transactions and other future milestones as well as market opportunities, growth prospects and Fit-to-Win actions.

These statements are based on management's current expectations and actual results and future events may differ materially due to risks and uncertainties, including those detailed from time to time in our filings with the Securities and Exchange Commission, including our 10-K for the fourth quarter and full year 2022. Amyris disclaims any obligation to update information contained in these forward-looking statements, whether as a result of new information, future events or otherwise.

With that, I'll turn the call over to John. John?

**John G. Melo**
*President, CEO & Director*

Thanks, Han, and good afternoon, everyone. Thank you for joining us today. I'll provide an update on our business performance and our key priorities for this year. Han will provide an update on our financial performance and our 2023 outlook, and I'll recap before we turn to Q&A. I'll start with a note about Silicon Valley Bank and the recent turmoil involving other banks. This unfortunate situation has impacted many. Let me confirm that Amyris does not have direct exposure to either of the banks that issue, we do not bank with them. Our global banking platform is with JPMorgan as our principal commercial bank.

We maintain backup banks in each of the regions we operate in should we need to urgently shift deposits. I'm also pleased to confirm that we have continued access to sufficient working capital. As you may have seen from the 8-K disclosure we made yesterday, Amyris secured $50 million in debt to carry us through the point when we can capture the upfront cash payment from the recently signed transaction with Givaudan, which should be within 30 days to 45 days.

Slide 4. We delivered a solid fourth quarter with performance that marks our continued disciplined, efficient use of funds and robust growth. Our consumer business delivered its second consecutive quarter of record growth marked by 64% growth over the fourth quarter of 2021. Our total core revenue of $76 million is up 17% over the fourth quarter of 2021. This is also a new single quarter core revenue record for the company. Our consumer business is running about 50% direct-to-consumer and about half with retail partners. Our DTC business continues to deliver strong results with growth of about 60% year-over-year. We are making good progress with our marketing spend and our headcount.

We operated the first half of 2022 with less than $1 of revenue for every marketing dollar invested. We are now at $2 of revenue for every marketing dollar invested, and I expect for us to end 2023 at $3 of revenue for every dollar of marketing invested. This has come from significant insights and innovation across our teams, including a much more efficient customer acquisition model that is

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

AMYRIS-0000075

being scaled across all of our brands with support of MG Empower, our world-class social commerce agency. On headcount, we first headcount during the fourth quarter, and I can confirm that we have lowered our total headcount since then.

I have eliminated 30% of my direct reports, and we have simplified our leadership structure with a significant reduction of the executive team roles. During the fourth quarter, use of cash was our top priority. We operated in a working capital constrained environment and focus on best use of our very limited liquidity. This resulted in over $14 million of ingredients product revenue, where we have orders that we were unable to support with working capital and did not ship. These are mostly farnesene related products and also our natural sweetener, Reb M. These orders are being filled in the first half of 2023 and are critical for the end customers.

Demand for our ingredients remains very robust. Our biggest challenge has been capacity, access to feedstock and working capital. Both of these are improving and will be resolved through the first half of 2023. We are delivering on our commitment to be the growth leaders in the consumer categories we participate and to drive best core revenue growth of our biotech competitors. We are prioritizing our cash use over our revenue and are pleased with the third quarter, which is the third consecutive quarter of material reduction in cash use. We consumed $95 million of cash in the fourth quarter versus our prior indication of $100 million to $110 million. This is a reduction of $100 million in quarterly cash use from the first quarter of 2022.

Our consumer growth is not happening at the expense of margin. Consumer direct gross margin for the quarter was our best of the year and an increase of 600 basis points over the fourth quarter of 2021. We continue to execute our broad Fit-to-Win agenda. We are aggressively transitioning to more efficient sourcing and proprietary manufacturing. We are already realizing better-than-expected production costs at our Interfaces facility in Brazil, where we expect around 60% of all our consumer volume manufactured there by the third quarter of 2023. For our Biossance best-sellers alone, the Interfaces manufacturing improves cost of goods by an estimated 50%. These combined actions are expected to deliver 300 basis points to 400 basis points of margin improvement for our consumer business through 2023.

Slide 5, our healthy top line and margins should be assessed in the broadly positive context of a thriving macro category prestige beauty environment, where we are leading in each category we participate in. Industry data tells us that consumer demand for prestige beauty and hair care, color cosmetics, skin care and healthy aging was very strong in the fourth quarter, growing at over 15% year-over-year as a blended number across these categories. This trend has accelerated into the first quarter. It's often called the lipstick effect, which is to say that even when there is inflation and a degree of economic uncertainty, consumers will spend on affordable indulgences.

You can see this reflected in the reported performance of L'Oreal, Ulta Beauty and LVMH as well as our retail partners. There is no doubt that the fundamentals of our business model, creating and building differentiated consumer brands and marketing our proprietary molecules through leading global companies that our market leaders are synergistically on trend. Clean, sustainable, science-backed beauty is what consumers are demanding and spending on. It's a market driver that enables us to build and operate some of the best-performing consumer brands in these categories. We are focused on winning in end markets, where our technology is clearly the best path to replacing chemistry from non-sustainable sources and where we can accomplish that with superior products at lower costs.

We are executing our Lab-to-Market strategy. This is where we own the underlying science and technology. We develop and scale as the long-term producer, and we partner with leaders in their respective end markets, those who have the skills and resources to market and grow share through new product development and leverageable distribution reach. Our partners are simply great at what they do, and we are the best at developing and making clean, sustainable chemistry that enables the great market opportunities with their market access and reach.

Slide 7. As for our consumer brands, we will continue to support this pillar of our strategy while also making strategic adjustments, which I will get to in a few seconds. These brands are doing great with growing demand from the retailers we work with and solid direct-to-consumer performance. As mentioned, the categories we compete in have real tailwinds with continued strong growth in the first quarter. Here's what we've learned and what we've heard from our retail partners like Sephora is that when we smartly invest in our direct-to-consumer brands, the impact of that is felt at the shelf level, a strong DTC business supported with healthy marketing investment drives a strong retail sales performance.

Consumers are not just walking into stores to buy brands they have no awareness of. The success of our key strategic consumer brands drive more demand of our ingredients. When we get this right, it's an amazing and efficient flywheel for growth and market leadership, and we are getting better at it all the time. We are committed to continuing to deliver industry-leading growth for our consumer portfolio and we'll moderate or accelerate this growth based on investment. We have great assets and significant and growing demand for our brands and the ingredients and products we produce. Our available ingredient capacity is sold out for 2023.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Slide 8, to fully leverage our assets to drive enterprise value requires a deeper focus on efficiency, lowering our costs and also simplifying our portfolio. We are narrowing our investments to where we have and can extend market leadership and sustainable predictable growth, which includes the gross margin increase I mentioned earlier. Over and above focusing our consumer brand portfolio and expect to end with 5 to 6 brands that are market leaders represent over 90% of our current revenue and growth use a lot of our ingredients and their formulations and have a clear path to profitability. This additional rationalization of noncore assets in our consumer portfolio is expected to generate around $150 million of cash proceeds this year.

The brands that remain in our portfolio have a current market value of around $2 billion. We are in active discussions with potential buyers for these noncore assets that we're in the process of selling. In parallel, we will reduce and eliminate all other spend through further divestments and deep prioritization of where we invest our limited dollars. Let me now move to the strategic transaction we signed with Givaudan in February. This transaction has an expected value of over $500 million. This includes $200 million of upfront cash, $150 million of earnout to be paid over 3 years and an expected over $150 million in gross margin dollars from the production of the products during the first 10 years of our long-term production agreement. This does not include any value from future molecules we add to the partnership or for joint development that are part of the strategic partnership we have created with Givaudan for leading the beauty industry with clean, sustainable chemistry produced from fermentation.

We expect that there will be less than $10 million revenue reduction on the basis of 2022's numbers as we continue to benefit from the production of these ingredients to the long-term manufacturing agreement. This transaction is for 2 molecules, Squalane and Hemisqualane and 1 formulation that includes these 2 ingredients, CleanScreen, a sustainable solution for sun protection. This transaction represents more than 3x the value versus our other strategic molecule transactions and is consistent in structure with both the DSM Flavor and Fragrance transaction and the Ingredion partnership for Reb M and other products in the human nutrition market.

We already have an excellent relationship with Givaudan, where we develop BisaboLife and their linguist breakthrough, Bio-Retinol from our technology and fermentation platform. When you combine our biotechnology stack with Givaudan's market insights and product development resources, the result is a powerhouse capability that is uniquely positioned for global growth and becoming a clear leader in clean, sustainable chemistry into the global beauty industry. This transaction is great proof of the value of our molecules and the power of our technology platform to truly transform in markets to clean, sustainable chemistry that makes our planet healthy.

As I previously communicated, the transaction is growing through the HSR waiting period, and we expect the 30-day to 45-day closing and funding. Having discussed the Givaudan transaction, let me step back and put this in the context of our go-to-market model. With Fidelity to our Fit-to-Win rigor, we covered the beauty and personal care categories with Givaudan. There are 3 other verticals where our bio-fermentation leadership creates sustained long-term growth for our current ingredients portfolio, along with significant potential to expand through development of new ingredients. Flavor and Fragrance revenue streams will come from our DSM relationship. This is also performing extremely well with our blockbuster ingredients and their access to market.

Food, beverage and nutrition opportunities will continue to emerge from Ingredion. They are doing an excellent job expanding the market for our Reb M. This ingredient is expected to be in the top 3 ingredients for revenue in 2023 and is growing at a faster rate than we have planned. And we are engaged in a potential strategic partnership for commercialization opportunities in the human health and pharmaceutical markets that will include squalene for vaccine adjuvants. This is a competitive process, and we are really excited about the participants and the potential outcome.

Slide 10. We have been approached and are in active discussions regarding a manufacturing joint venture. We are exploring this opportunity with one of the world's top 4 sugar producers, a mill about the size of Barra Bonita. The proposed JV structure would combine some of our biomanufacturing assets would release a significant amount of cash from our current production assets and the partner would fund the next biomanufacturing facility and downstream processing facilities. They have completed initial diligence and are impressed with what we have built at Barra Bonita and the quality of our teams and overall capability. Biomanufacturing consumes the most significant amount of our working capital and has a long cash cycle time.

We believe this type of partnership can be deeply strategic and significantly advance our market leadership in biomanufacturing with a capital-light approach. We are very pleased with this opportunity, and we'll update you on progress. In addition to fully funding our much-needed next production facility, this opportunity can also help generate $50 million to $100 million in new cash to our balance sheet in the short term and free up $50 million of current working capital that is used to support our ingredients business. If discussions continue as planned, then we expect this facility to be in construction by the end of this year and be the 100% farnesene dedicated biomanufacturing facility.

The structure of this JV and the financial commitment from this partner is a great testimony to the best-in-class capability we have built for bio-fermentation and downstream biochemical processing. We believe we have the best in the world, and our partnerships

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000077

continue to prove this. With the proceeds from the rationalization of noncore consumer brands and the opportunity to partner for manufacturing capacity, we see a clear path to self-sustaining cash generation. We now need 100% focus on efficiency and excellence across our operations. We intend to bring our operating cash use in 2023 to around $200 million run rate by the end of 2023 and over -- and from over $600 million in 2022.

We are delivering this reduction in cash use through our Fit-to-Win agenda, portfolio rationalization of noncore assets, along with ensuring we have the right-sized organization for supporting our lean and focused future. We are also expanding our gross margin this year through the manufacturing cost savings in the Fit-to-Win agenda. But also through the Givaudan earnout and the underlying growth of our Flavors and Fragrance business and the impact this has on the DSM earnout. Taken together, we expect these actions will enable us to meet our objective of ending 2023 as a growing, self-sufficient enterprise with a capacity to fund its growth.

Let me close out by discussing our liquidity. Our liquidity has been extremely challenging. It has been a healthy forcing factor as we focus on what matters to ensure we invest with the growth and efficiency is and where we are the best. As the Givaudan proceeds come in and cost savings I detailed, we will be prepared to build enterprise value. To summarize, we are an investment model that combines proven and profitable biotechnology that sells to world-leading companies with the ability to develop and market products that consumers love. I don't know if any company, health, beauty and wellness markets who have the Lab-to-Market capability and integration of Amyris and are delivering on what consumers are demanding today.

We've never had as much inbound interest in development partnerships for new molecules and with retailers and brand owners wanting to work with us and needing access to our capability to deliver new chemistry and great products. We have a disciplined 2023 operating plan that is ambitious but realistic with visibility to self-sustaining operating cash flow by the end of this year. We will continue to streamline our portfolio, leaning into the greatest opportunities while rightsizing our cost base. Last, but certainly not least, could not be more grateful to our teams who have delivered incredible performance without the full resources required to keep our customers supplied when many companies failed to do this in 2022. They are scrappy, talented and passionate.

Let me now turn the call to Han.

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Thank you, John. Please turn to Slide 11. Before I start my remarks regarding the quarter and full year, let me note that as a housekeeping matter, you will find that we are filing a prospectus supplement today to register the shares and warrants issued at the end of last year to Foris Ventures in connection with our private placement. And tomorrow, we will be filing an S-3 amendment to reflect our change in status from a [indiscernible]. [indiscernible] is a well-known seasoned issuer. This conversion will maintain the effectiveness of our existing S-3 registration.

Let me now proceed with discussing the quarter's financials, and I will close out with an outlook for '23 before handing the call back to John. As I said, we're on Slide 11. Our fourth quarter was another strong quarter of core revenue growth and a new record in consumer growth. Core revenue, which includes Consumer and Technology Access and excludes strategic transactions increased 17% to $75.8 million when compared to the fourth quarter of last year. Core revenue included record consumer revenue of $52.8 million, which increased to 64% for the quarter and 92% for the full year.

The fourth quarter, as John said, is the seventh quarter -- the seventh consecutive quarter of record consumer revenue. Amyris' consumer brands outperformed the sector, the prestige beauty industry growth of 15% as recently reported by the NPD Group. Their year-end report confirmed that every category in prestige beauty posted double-digit gains in '22, with skin, hair care and color cosmetics growing 12%, 22% and 18%, respectively. Amyris' brands in these categories delivered about 5x industry growth. And specifically, in these categories, we delivered 44% in skin, 744% in hair, and 145% growth in color cosmetics. Technology Access revenue of $23 million declined 30%. This was primarily due to a $13 million of joint venture revenue in the human health and food and beverage industries in Q4 of '21 that did not repeat in '22.

Ingredients products revenue decreased 12% to $14 million, reflecting temporary supply constraint as the business transitioned from higher cost toll manufacturing to lower cost internal sourcing from our new fermentation plant in Brazil. R&D collaboration revenue was down $2 million due to an increased focus on the development of molecules for our own marketing and formulation. Our state-of-the-art fermentation plant in Brazil is now operational with simultaneous production of multiple ingredients up and running, allowing us to address the supply constraints we have experienced in the past and providing us a path to make progress on turning around the unfavorable margin economics we had to bear in the past due to sourcing product from third-party contract manufacturers.

As it relates to revenue, despite macroeconomic concerns, we continue to experience strong demand from the market, both for our consumer and ingredients products. Growth in consumer revenue continues to be best-in-class across publicly traded beauty

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000078

companies and is now 2/3 of our core revenue, doubling since the end of '19. The creation of demand for Amyris clean beauty products is driven by 4 factors: first, more brands, secondly, new formulations that we've introduced, third, more stores and doors, and finally, our international expansion, most notably into Europe. We are focusing on ensuring that we can meet this increased demand with the improvements we are making in our supply chain and the cost savings measures that will deliver lower unit costs and ultimately, a positive bottom line.

This brings me to the next slide on gross margin, Slide 13. Non-GAAP gross margin was $21.4 million or 28% of revenue compared to $22 million or 34% of revenue in Q4 2021. Excluding the impact of technology and license revenue in both periods, non-GAAP gross margin increased by nearly $6 million and was 400 basis points higher as a percent of revenue than in the prior year. This was primarily due to consumer revenue growth and improved consumer margins. Key costs that reduced profitability are freight and logistics expense. We experienced significantly higher spending in the first 3 quarters of 2022 as compared to the prior year, particularly due to increased inbound air freight and volume to support our growing consumer brand revenue as well as the importation of ingredients intermediate products.

We were pleased with our progress to reduce costs in these areas, yielding a reduction in inbound air shipping from $12.7 million in Q3 to just $3.5 million in Q4. We expect most of these freight and logistics expenses to continue to decline due to the full commissioning of our Brazil plant and the transition to Brazilian sourced components and manufacturing for our largest consumer brands. The takeaway regarding gross margins is that we've made strategic investments in our manufacturing and supply chain footprint, both on the consumer and ingredient side. We intend to take advantage of our scale with cost of goods sold and now revisiting all input costs as part of our Fit-to-Win actions.

Next, I'd like to touch on operating expense, Slide 14. We are actively operating 10 brands today, following the recent launch of Stripes in October and 4U by Tia in December. To support brand development and top line growth, we have significant investments resulting in cash operating expenses that have grown to $148.3 million in the fourth quarter of 2022, an increase of $44.9 million versus the prior year quarter. The fourth quarter is historically seasonally our large revenue and thus heavier spend quarter of the year, and the year-over-year growth was driven by increased headcount, both organic and from acquisitions, consumer brand, freight and fulfillment activities and investments in consumer brands.

Shipping and handling of our consumer goods increased by $5.5 million or 68% versus the same quarter last year due to continued growth in DTC orders that John also referenced. We have slowed the pace of these investments in new brands to balance cash management and expense control. As part of our Fit-to-Win actions, we recently negotiated a new parcel shipping agreement with a large global provider, which is expected to save us $15 million to $20 million over the 3-year life of the agreement. As a result of our elevated expense, our use of cash in the quarter was also elevated principally due to continued investment in brand marketing of both the new and existing brands and also the deployment of cash for the construction of the Brazil fermentation plant that has been entirely self-funded to date.

We started the quarter with a cash balance of $25 million and raised net about $147 million through a term loan and a pipe. We used $157 million during the quarter on operational adjusted EBITDA offset and in part by favorable working capital leverage of $60 million, driven by actions taken with suppliers to improve terms and also improve the cash conversion cycle. We very closely managed inventories, resulting in a $17 million sequential decrease in inventory holdings. We closed out the quarter as a result of $71 million of cash.

Slide 15. As you can see, we sequentially reduced cash use for operating and investing activities as the year progressed. Q4 of 2022 was down $102 million as compared to the first quarter of last year. We used a total of $526 million for operating activities during the year, which included all our cost of goods sold, operating expense and working capital needs. We used a total of $124 million in 2022 for investing, of which $106 million was related to capital expenditures, mostly related to the construction of our Barra Bonita fermentation plant. We have worked extremely hard on reducing our use of cash by taking various steps. We did substantially reduce the cost involved within inbound air shipping from Q3 to Q4 by just over $9 million or 72%. And we also, as John mentioned, delayed our leadership structure effecting a $1.2 million initial restructuring charge.

The combination of staff reductions we effected and workforce attrition is expected to deliver $9 million to $10 million in annualized savings in 2023. We clearly have more to do on our Fit-to-Win agenda and are committed to delivering quarter-by-quarter improvements in profitability and cash generation from operations. We, therefore, expect this trend of reduced use of cash to continue in 2023. The year-end total cash balance of $71 million, combined with our Fit-to-Win actions, along with the $200 million of upfront cash we expect to receive from the Givaudan deal, along with the monetization of noncore assets and potential funding our core investors -- investments from strategic partners are expected to provide us with the funding required to get to self-sufficiency.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000079

Before I address full year 2023 guidance, let me first summarize the 2 transactions that are in front of us. We expect to soon complete the acquisition of an additional 49% of our joint venture in Aprinnova. We have agreed to pay $49 billion to bring -- $49 million to bring our ownership percentage in Aprinnova up to 99%. This will close at the same time as the Givaudan transaction. We announced our agreement with Givaudan to license certain cosmetic ingredients in exchange for $200 million upfront and up to $150 million in earnout payments. John already described this detail. We're excited to close this deal, and it will bring in meaningful cash to start addressing our liquidity constraints.

Let me now move to comment on the outlook for '23. Consumer revenue is expected to continue growing at the current rate, and ingredients revenues are expected to regain momentum based on increased access to intermediate products and production output from our Brazil fermentation plant. Total revenue is expected to grow 95% to 100% for full year 2023 compared to the full year 2022. The strategic transaction with Givaudan is expected to generate $200 million of license revenue in the second quarter. Core revenue, which is the sum of Consumer and Technology Access revenue is expected to follow approximate quarterly phasing of 15% of full year core revenue in Q1, 25% in Q2, 27% is expected in Q3, and 33% is expected in Q4.

Consumer brands are expected to continue to deliver industry-leading growth in skin, hair, color cosmetics and baby care as well as healthy aging. We are prioritizing delivering on our cash use targets from sequential quarterly improvements in our cost base, both cost of goods sold and operating expense. Our Fit-to-Win program is expected to deliver over $150 million of annualized cash and cost improvements and working capital efficiencies. Capital expenditure is estimated at $55 million, 50% lower than 2022. We are contemplating no M&A activities for the time being.

With that, let me hand the call back to John. John?

**John G. Melo**
*President, CEO & Director*

Han discussed the opportunities to reduce cost, improve efficiency and improve workflows across our company. We completed the necessary short-term funding and the strategic transaction is on track to close and fund in the next 30 days to 45 days. We are very focused on creating a path to self-sustaining profitability and cash generation. The priorities are clear. First, deliver the best growth of our public peers in beauty and synthetic biology. Secondly, only invest in what matters and is delivering on our financial and strategic agenda, stop or sell the rest. And thirdly, a radical focus on efficiency and productivity.

These priorities combined with our people and our assets are expected to deliver positive operating cash by the end of this year. We have a clear path ahead for liquidity with the funding from Givaudan proceeds, from the sale of our nonstrategic assets and the proceeds from the new partnerships we are engaged in. Based on our current plans and what we know today, we have no current plans for a further equity offering.
Let me turn to Andrea now, our operator, can you please open the line for Q&A?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000080

# Question and Answer

**Operator**

[Operator Instructions] And our first question will come from Colin Rusch of Oppenheimer.

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

Thanks so much, guys, and appreciate all the detail here. I guess the first thing for me really is around understanding the maturity of the planning process here as well as the discussions for the divestitures. Just I want to understand if you've gotten all the way to a complete plan that the Board has approved around the strategic initiatives and how far into the discussions around the divestitures you are with potential buyers?

**John G. Melo**
*President, CEO & Director*

Colin, I'll start and then have Han share any other commentary he'd like. We've had discussions with the Board about our strategy and portfolio. We'll actually be doing a formal review of that at a upcoming Board meeting that we have in the next couple of weeks. And then secondly, we have engaged buyers that are actively discussing the assets we're in the process of selling right now. So that's the status. I hope that helps. Han, I don't know if you want to add anything else to that?

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

No, I think that reflects the situation in terms of where we are.

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

That's incredibly helpful. And then I guess in terms of the potential to move towards an asset-light model, it looks like that's something that is repeatable. And I guess, are there multiple opportunities for that? If you're able to get this first one done? Is it something that you would plan to repeat on an accelerated basis that potentially could just help drive revenue and limit some of the capital needs that the organization has?

**John G. Melo**
*President, CEO & Director*

Colin, you've been around us for quite some time. And this has always been our objective and dream is to have a capital-light model for manufacturing. The overall maturity of manufacturing and highly engineered organisms and capability has been a significant challenge. That's really the only reason we ended up doing it ourselves really as a matter of need. I think the fact that we've proven out now building 2 factories, first, [ Brotas ] and monetizing that and now Barra Bonita. And the operating performance and what people are observing about Barra Bonita, that's actually opened up several conversations. We have at least 2 or 3 that have approached us about a potential partnership for manufacturing.

So I expect it is repeatable. It's early days, so we'd like to get the first one done. Of the 2 or 3 that have approached us, we've engaged in more detail and a deeper process, obviously, with one, and we're looking to advance for that one. But I think in light of what we've experienced, I see this now being a model that we could use to build more factories. But again, I'd like to get the first one done.

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

Fantastic. Super helpful. I'll take the rest of it offline.

**Operator**

The next question comes from Rachel Vatnsdal of JPMorgan.

**Rachel Marie Vatnsdal Olson**
*JPMorgan Chase & Co, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000081

Perfect. I guess just first up here on the strategic transaction. You previously noted that was going to be roughly $350 million of upfront cash. Now you're kind of pointing us towards the $200 million to pencil in for 2Q. So if you just talk about, is that all that you're assuming for the strategic transaction throughout 2023? And then maybe just stepping back, can you walk us through what the negotiations are looking like there? Has this really changed your confidence in terms of ability to get a higher dollar value on strategic transactions going forward, just given you've seen the step in so much? And then what's left from a negotiation standpoint for the specific transaction as well, just given it's still been signed here? So is that $200 million set in stone or could it go down even further?

**John G. Melo**
*President, CEO & Director*

Thanks, Rachel, and thank you for being on the call. First, the agreement is signed. There is actually no ongoing negotiation. And so what we've shared is what is currently contracted. We have started at $350 million, and by started, I mean, I think somewhere around the third quarter, we have talked about $350 million in upfront, and we ended up with that $350 million really being divided in $200 million upfront and $150 million in earnouts. And that really was based on negotiating to get to an outcome that we both could feel comfortable with.

And a lot of it really in the, I'd call it, implosion of the macro environment, both for the buyer and for us and their Board struggling with the fact that the macro has changed so much and where we were in valuation at the beginning versus where we were at the end of the year. So that's what evolved and how value changed over time. As it relates to molecules, I mean, this is still 3x better than the value of any other molecule deal we've done. So I actually say the value per molecule has gone up considerably. And remember, the last deal we did was less than 2 years ago. So in just less than 2 years for some blockbuster molecules, right? I mean it was patchouli, it was vanilla. It's molecules where we're the largest producers in the world of these end markets.

And in a deal less than 2 years after that, we've got 3x the value per molecule. So I don't -- yes, I would have liked to have gotten more. I think it's a great deal for both parties. I think we had a fair process, and we had several competitors involved that were interested in also buying the business. So it wasn't like we were exposed to a single buyer. And in our best view, working with our Board in light of where the macro turned, we saw this as really getting the best value for the molecules and the time that we're in.

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Let me add a quick comment perhaps if I may, Rachel, just to underline John's point about where we are in the process. The agreement is signed. There is no further negotiation that need to take place. We have previously actually publicized, we just for everybody's benefit on the call here that we are in HSR review. That process needs to run its course. As John said in his prepared remarks, no later than 30 days to 45 days, and then it will close and money will be coming forward. So I just wanted to clarify that.

**Rachel Marie Vatnsdal Olson**
*JPMorgan Chase & Co, Research Division*

No, that's helpful. And then maybe one here on 2023 guidance. So you pointed to that 95% to 100% revenue growth for 2023, but that includes that strategic transaction. If we take out that strategic transaction since everyone was really expecting that to come in 4Q of '22, then your numbers on the core business come in a few hundred million dollars lighter than I think the Street was expecting. So can you just kind of walk us through what are you expecting for growth between consumer versus ingredients revenue? And then are you still really embedding that $600 million -- the $60 million, excuse me, licensing revenue related to DSM payouts in 2023 as well?

**John G. Melo**
*President, CEO & Director*

Yes, look, I'll start and then Han can jump in. I think we've been explicit about the consumer part, right? Consumer running at about the current level of growth. And our real objective is not a single number growth target as much as it is remaining the leading growth from the brands that we have for the respective categories we participate in. So no change there. I think in ingredients, we're sold out. So it's not like we can add more ingredients. And there is a significant change in the earnout and that now we have another $35 million or so potential coming in for the Givaudan earnout.

And I guess our approach in guiding the way we did was actually not about anything to do with our underlying business. It's actually a simple message. Until we get into a routine of consistently beating and raising our guidance, we're going to be just ultra prudent in what we say because we don't like being in situations where we're not exceeding expectations. So that's what's behind what you've heard today regarding our guidance, and we're committed to it. Han, do you want to add anything to that?

**Hermanus Kieftenbeld**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CFO & Chief Administration Officer*

No, I think that's right. I think we said, look, the consumer trend as we've seen it in the market, and you can also see where we've been in the last few quarters as well as for the full year, will continue. Of course, there is an element of we're keying off a larger base. If you look at brands like Biossance that obviously have a significant critical mass, but we expect strong well above market kind of leading growth but keying off a bigger base. So that certainly plays into it, too.

And then as John said, on the ingredients side, we obviously have the 3 components, products, we're pretty much basically sold out on capacity there. We have R&D collaboration and then the milestone aspect that will be in effect for both the DSM piece as well as the -- as well as now the Givaudan deal coming into play.

**Rachel Marie Vatnsdal Olson**
*JPMorgan Chase & Co, Research Division*

Helpful. Maybe one last one on 2023 guidance, if I could just squeeze it in here quickly. You talked a lot about potential sources of funding for the year, but can you just walk us through each of the puts and takes in terms of what are your outflows for the year? You have 2 of these, at least 2 of these short-term bridge loans. You also have paying out for Aprinnova cash burn. So net-net, how should we be thinking about these cash outflows and what's your total cash burn guidance for the year?

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Yes, sure. So first and foremost, if you look at -- we obviously had, as I made known in my remarks, significant demand for cash as we were building out Barra Bonita, that's going to be obviously a very different place, we're going to be in '23. Hence, my guidance on CapEx being significantly reduced. That's one. We had M&A activity in 2022. We made known that we do not plan any M&A activity in '23.

So that's a number that we expect to go to 0 from that vantage point. And then, of course, the whole Fit-to-Win agenda plays into it. We've confirmed again that it's $150 million. I gave a few examples of things we're doing to underpin progress in a number of areas particularly as well as the supply chain, the parcel shipping example I gave, expect $15 million to $20 million savings over the next 3 years of that agreement.

So there's a lot of things. Those are just samples or examples, so to speak, but there's a lot that's going on that will bring down our cost of goods sold as well as operating expense for that matter. So both on the operating side as well as the investing side. And then on the outflow, you mentioned the -- of course, the upfront consideration from Givaudan coming in. We do indeed need to pay the Aprinnova shareholding that we took. And other than that, we -- from a debt reduction perspective, we have one payment to make, but the rest is all '24 or later.

**Operator**

The next question comes from Korinne Wolfmeyer of Piper Sandler.

**Korinne N. Wolfmeyer**
*Piper Sandler & Co., Research Division*

So I'd like to first dive a little bit further into some of these brand divestitures that you noted. I think in the past, you've talked about longer-term targeting maybe like 10 to 12 brands in the portfolio. Is that still like a longer-term target you have in play or are you kind of readjusting your longer-term viewpoint now?

**John G. Melo**
*President, CEO & Director*

I really couldn't talk about a number of brands and where we end up, Korinne. So I would say it's more about clear market spaces and our strategy for winning in those spaces, right? So it's more about the categories we like and it's more about the consumer audiences we can target in those categories. And then in those categories, we're really focused on brands that consume or have formulations that consume a lot of our ingredients. So that strategy and the ability to build off of that will continue. We're resetting ourselves to 5 or 6 for now just based on where we are with our balance sheet and the maturity and opportunity we see around those brands.

So said differently, investing in 12 versus 6, I think we can get more out of the 5 or 6 versus spreading the investment over all of them. But I wouldn't conclude that to determine a final number. We're not operating in that way, which we're more looking at focus on what

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000083

we have, make sure it performs at the level that we expect it to perform and then add as makes sense based on, again, a strategy, a clear strategy that we want to stay consistent with for what operates in the portfolio.

**Korinne N. Wolfmeyer**
*Piper Sandler & Co., Research Division*

Very helpful. And then can you just talk a little bit about the phasing of margin expansion, both from the gross margin line and EBITDA that we should expect over the course of the year? Like will it be more of a gradual ramp quarter-to-quarter, would be more back half weighted versus front half? Just any color on the phasing of some of these Fit-to-Win benefits coming through would be helpful?

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Yes, I will take that, John.

**John G. Melo**
*President, CEO & Director*

I'll pass that to maybe Eduardo talking about the activity he's doing and then Han framing how that falls through to the financials. Does that make sense, guys?

**Eduardo Alvarez**
*Chief Operating Officer*

Sure. Let me -- Korinne, let me start with the improvements we've already done. I think we've already talked about the logistics side. Those were improvements that were already done in Q4, Q1 around the inbound logistics and optimizing our costs there. I think we've mentioned that -- John mentioned in his remarks that we expect 60% of our consumer production to be done at a lower cost facility by the third quarter. So the cost of goods sold improvements both at Barra Bonita will be spread out kind of in the -- throughout the year as we continue to ramp.

But the costs for the consumer production will be 80%, 90% will be towards the second half of the year for the consumer. So I hope that gives you a little bit of a sense. The logistics are already pretty much well captured and the production ones will be phasing as we discussed.

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Yes. 2 comments I would make is activities will continue to be deployed and improvements to the cost base, whether it's cost of goods sold or operating expense will continue as the year progresses. So to your question, Korinne, I would expect and what we anticipate right now in our model is really a progression on a quarter-by-quarter basis. The other way I would say, as Eduardo pointed out, some of these actions have taken effect. However, of course, we are also holding inventory. And before they actually find a way to the P&L, well, through inventory into the P&L will also be a bit of a time lapse. So those 2 things, but for that reason, as the year progresses, you should continue to see margin improvement.

**Operator**

The next question comes from Steven Mah of Cowen & Co.

**Poon Mah**
*Cowen Inc.*

Great. Question on the HSR review. I'm not a lawyer, but I thought the HSR could proceed with a memorandum of understanding or letter of intent, which I believe was in late December. Has regulators been pushing back in requesting additional information? And is that what's resetting the clock to another 30 days, 35 days -- 30 days to 45 days?

**John G. Melo**
*President, CEO & Director*

Steve, 2 things. By the way, thank you for being on the call. First of all, we never actually made public exactly what the filing date was of HSR. So important clarification. And then secondly, we have had calls with the regulators. They've gone as expected. We

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

haven't perceived or have gotten any feedback to leave us with any concern. I think my third point is to say, the time line we've given is one that gives us a lot of confidence that we could meet or exceed.

Again, I go back to my theme a few minutes ago, I want to get us consistently beating and raising what we say, and that means milestones that we put out there. So don't take the 30-day to 45-day to be a direct correlation to any specific data filing or any specific expectation we have about something we're going to hear back.

**Poon Mah**
*Cowen Inc.*

Okay. No, that's helpful. And then on the additional portfolio rationalization. I know you haven't been disclosing what the molecules are. But could you give us a sense if HSR reviews for these molecules you're contemplating? Is that going to be coming into play, do you think or they have a smaller nature or maybe just any color if possible?

**John G. Melo**
*President, CEO & Director*

That's a great question. I think on the brands, on the consumer side, we do not expect them to trigger an HSR review just based on their size. I also don't think the molecule we're in process of and the partnership in pharma triggers HSR review. And the only question is really the manufacturing JV and whether that would trigger an HSR review, and that's one that potentially would. So I hope that helps give you a sense of scale between them.

**Poon Mah**
*Cowen Inc.*

Yes, that's...

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

Yes. There's 2 -- there's actually 2, Steve, for your benefit. There's 2 kind of -- well there's more, but to delve it down, there's 2 likely determine -- factors that determine it, right? One is kind of the nature of the molecule, the ingredient or the business or the competitive nature in terms of the other part you're dealing with one. 2 is actually, there's a threshold around this and typically around $100 million. So -- and that's, for example, why you see the trigger around the Givaudan transaction. It's actually not so much, is the real competition here, but it's also a size threshold that triggers then an HSR review.

**Poon Mah**
*Cowen Inc.*

Okay. Understood. And then real quick on -- I know, John, you talked about the headcount reduction, given macro -- the current macro environment, and I appreciate the focus on cash preservation. But is the staff sufficient to maintain growth, especially Q4 consumer revenues seem to be off the mark a bit, just wanted to get your thoughts on that?

**John G. Melo**
*President, CEO & Director*

Sure, Steven. A couple of things, right? First, hitting your last point, Q4 consumer revenue off the mark, I can tell you that the big brands performed very well and really delivered what we were expecting. A lot of what's off the mark is driven by 2 things. First, we actually slow down the investment in the new brands and slow down the ship-to-trade for some of the new brands based on our working capital tightness. So it was purely liquidity driven, and the liquidity affected 2 things, marketing investment in smaller brands and ship-to-trade timing and launch phasing of those brands.

So it had nothing to do with the big brands. I think when it comes to people and capability, look, a lot of us have been in business for a long time. And most businesses over time, just end up adding stuff and adding processes and people. And whenever the environment changes, it is rare that you can't go back and look at maybe we would have done it differently, maybe we would have had less, maybe we would have actually wired it differently, and that's what we're finding. And we started with the executive team. The executive team in total is reduced by 60%, and actual people leaving the company is about 30% of my direct reports.

And I started with the executive team because we wanted to set a tone organizationally for how we really want to simplify the organization, get the faster decision-making and make sure we've got the right skills to execute on the business we have. So I'm not necessarily worried about in total us having the right people -- I'm sorry, the right number of people, I am worried because across our

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000085

teams, it's not in balance. We have some teams that probably have more than they should and other teams that don't have the critical skills to execute. And that is why it takes -- and it's taking us time to really work through that in detail. The last point I'd make is quite a bit of what we're seeing change going ahead as far as headcount reduction has to do with brands we're deemphasizing or changes to our portfolio. So I hope that helps.

**Poon Mah**
*Cowen Inc.*

Yes, that's really helpful. Appreciate the color.

**Operator**

The next question comes from Sameer Joshi of H.C. Wainwright.

**Sameer S. Joshi**
*H.C. Wainwright & Co, LLC, Research Division*

Yes. Just wanted to confirm the Brazil facility. I know it is up and running, but is it running at full capacity right now?

**John G. Melo**
*President, CEO & Director*

I'll let Eduardo talk to that. I mean the only thing I would just throw in before Eduardo starts. I think we made clear publicly that we focused on getting to 3 big lines up and running, which by the way, are equivalent to the Brotas facility from a capacity perspective. And it's almost like, as I'm sure Eduardo will cover it, like 3 separate factories and the way it's configured, the smaller lines, which are actually not very material volume are not up and running yet, and that was really driven by liquidity. We decided to not invest in bidding those 2 lines. All the hardware is in place. It's more about getting all the lines connected and making sure the critical controls are in place. But I just wanted to frame that and then let Eduardo actually give you detail beneath that.

**Eduardo Alvarez**
*Chief Operating Officer*

Yes. Sameer, just to add some color to what John said. We have all 3 lines, large lines fully operational. Just to remind everyone that each line has 2 tanks, so it toggles. So it's almost like 3 separate factories, each with twice the volume capacity, 200,000 liters for each one of those tanks. So just to give you that. One thing I would like to say is the last of the 3 lines was being commissioned in the fourth quarter. I think we commented that we have some capacity constraints. That was really dealing with the commissioning of that last line as we were ramping up production.

We did complete 4 different products during the fourth quarter in those 3 lines. So we proved that we could really operate multiple products at the same time across all 3 lines and even turn around one of these lines for a fourth product at the end of the quarter. So the functionality of the client was really well demonstrated by the fourth quarter, albeit, as we said and immediately, we had a -- we were constrained as we were commissioning the last part of the production.

**Sameer S. Joshi**
*H.C. Wainwright & Co, LLC, Research Division*

Got it. As far as the divestiture of the -- or partnership for the human health ingredient or molecule. Is there -- should we expect that to be a 2023 event or at least an announcement regarding that?

**John G. Melo**
*President, CEO & Director*

Yes, we are expecting that to be a 2023 event.

**Sameer S. Joshi**
*H.C. Wainwright & Co, LLC, Research Division*

And then just the last one. As a result of the transaction with Givaudan, does it impact any of your existing core revenues or profitability thereof?

**John G. Melo**
*President, CEO & Director*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000086

Yes. I think I had mentioned earlier that the totality of the Givaudan transaction would have impacted 2022 revenue by about $10 million. And so that was on 2022 basis. With the growth in that business, I would expect on a like-for-like basis, the growth actually makes up most of the impact in revenue during 2022. So it would be almost neutral to what we saw in 2022 from that business based on the growth rate. So it's not a material impact to our revenue at all post transaction.

**Sameer S. Joshi**
*H.C. Wainwright & Co, LLC, Research Division*

Thanks for clarifying that, and good luck.

**John G. Melo**
*President, CEO & Director*

It's actually -- I should say, Sameer, one thing I didn't pick up in all that is when you actually include the revenue from the earnout, it becomes accretive to revenue post transaction, but it is earnout, which is 3 years. I would expect post earnout based on the annual growth rate, the business will be about double the size of the time we sold it to them of the 2022 revenue, just to give you a sense of magnitude of how that business is operating today.

**Sameer S. Joshi**
*H.C. Wainwright & Co, LLC, Research Division*

Yes. And I think you also mentioned the rest of the $150 million will come from sort of gross margin dollars as a result of manufacturing this?

**John G. Melo**
*President, CEO & Director*

Yes. That's above the $350 million. So the $350 million to $500 million delta is really based on the first 10 years of the long-term production agreement, gross margin contribution.

**Sameer S. Joshi**
*H.C. Wainwright & Co, LLC, Research Division*

Got it.

**Operator**

Our last question will come from Laurence Alexander of Jefferies.

**Laurence Alexander**
*Jefferies LLC, Research Division*

Just have a couple of questions, hopefully. I guess, first for Han, can you give us the total backlog of milestones and earnouts? And what you think the expected drop-through rate is from that backlog to your EBITDA over say, the next 5 years, 10 years?

**Hermanus Kieftenbeld**
*CFO & Chief Administration Officer*

All right. Well, when you say backlog, I -- let me explain and then see what I'm actually answering your question. So we just completed. So basically now, right now, we have 2 -- we have 3 agreements in hand, right? We have the Flavor and Fragrance agreement with DSM. We have the Reb M agreement with Ingredion, and we have the coming up Cosmetic Actives with Givaudan. We're just coming out of year 1 of DSM. We have recognized that, that revenue in our books, and we have 2 more years to go from -- out of the 3 years. So there's 2 more years to come from a DSM perspective on the F&F portfolio.

On the Ingredion side with Reb M, there's 2 things. One is we are sharing in a royalty stream. We have booked that in 2022 and continue to have a share in, call it a value share or royalty stream as part of the revenue that they are having with their end customers. That's one aspect. The other aspect is we have certain milestone payments related to certain criteria being met, which is a combination of unit cost and revenue. And once those are met, certain amounts become payable over time. And there is about -- so if you look at that in terms of what's to go on that, it's about $35 million in all over the -- again, think about it as over a 2-year period. So that's that aspect.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then with Givaudan, John explained it, I think as part of his remarks that beyond the $200 million upfront is the $150 million milestone spread over the 3 years, which is relatively equally spread if production and supply go to plan. So that's kind of how you need to think about that aspect. So those are the 3 that should be on your mind.

**Laurence Alexander**
*Jefferies LLC, Research Division*

Okay, great. And then...

**John G. Melo**
*President, CEO & Director*

The only thing I'd add on is -- the only thing I would add is that the sum of those 3 parts are about $335 million, $340 million over the next 3 years in expected earnout payments. And based on our track record with DSM and what we see and how the milestones or earnouts are actually structured, I'd expect us to have a very high probability of attaining the majority of that.

**Laurence Alexander**
*Jefferies LLC, Research Division*

Okay, right. No, that's very helpful. And John, this is not your first down-cycle. And so I'm curious about your thinking about 2 areas. One, why the Fit-to-Win target didn't change in response to the changing macro conditions? And secondly, how you're protecting your R&D position in this what's a fairly severe simplification initiative?

**John G. Melo**
*President, CEO & Director*

Both great questions. So let me first deal with the R&D. That's probably the most straightforward one. You've been with me, I think for 3 major cycles at least. And in all of them, we protected the R&D investment, and I can tell you that as of today, we're committed to in protecting the R&D investment. So no significant change to the R&D investment.

I think like in the Fit-to-Win, we grabbed quite a bit of what was really the underlying operational opportunities that we had. I think there is incremental, right? So we didn't change the $150 million, but there is incremental and it's really coming out of the portfolio review and some of the assets that we'll be divesting the noncore assets, but we did not add that. So I wanted to avoid potential double counting. I wanted to stay very clean. We have $150 million, that is part of Fit-to-Win, no change. And that's part and that $150 million is still in place because it relates to most of the core assets that we're retaining going forward. There's more to be had, but that more will come from the impact of divestments that we're in the process of executing. So I hope that helps, Laurence, in how we're thinking about it.

**Laurence Alexander**
*Jefferies LLC, Research Division*

Okay. Great. And then just the last one. I appreciate you don't want to get too far over your skis on sort of things that are kind of hard to time. But can you give us a sense for what the current backlog of potential other molecule licensing deals or in discussions, what the flavor is? And in particular, I guess I'm just curious, is Givaudan kind of a unique white whale or do you -- are you seeing sort of a shift in the industrial community where companies are coming to you with more significant proposition than you've seen before? Can you just give a sense for what's -- not in terms of timing, but just kind of what the tenor is and the range of discussions?

**John G. Melo**
*President, CEO & Director*

Yes, no, and you know the market and value chain extremely well, Laurence. So I -- what I would tell you is there is a significant shift, and it is -- and who the people are that are coming to us, right? Historically, it would be the DSMs, it would be the suppliers to the end markets that we're interested in accessing new sources of chemistry. We still see some of those. But if I look at the inbound inquiries right now, it's probably 1/3 from players you would know well that are looking for potentially new intermediate chemistry to replace their current feedstock for specialty and high-value chemistry, okay?

That's -- and you probably could imagine who those players are. But the other 2/3 is where the surprise is. The other 2/3 are major consumer packaged good companies, consumer companies that actually have made significant commitments to their sustainability agenda. Some of these companies are committing 90% or more of their chemistry to be from sustainable sources by 2030. And what's clear around these commitments is they are very committed to them, but they're desperately sourcing how to solve that, how to meet those obligations.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000088

And we are very engaged with a handful of those companies and actually looking at their targets, assessing the feasibility of bio being a path. And in all cases that we're engaged in, they've determined we are their best path to solving it. And now it's just actively negotiating how do we best do that, how do we manage through the IP challenges, how do we manage to the future supply opportunities, what scale are they, how do we justify dedicating part of our R&D resource to solve their issues.

My guess is there's a few of them that we will definitely be doubling down on and becoming key suppliers to that mission, the idea that they need to replace their base to sustainable chemistry from their current sources. I hope that helps your question.

**Laurence Alexander**
*Jefferies LLC, Research Division*

Very helpful. Okay.

**Operator**

This concludes our Question-and-Answer Session. I would like to turn the conference back over to John Melo for any closing remarks.

**John G. Melo**
*President, CEO & Director*

Very good. Thanks, everyone, for joining us today. Andrea, thank you for facilitating this. I appreciate it very much. I appreciate your continued interest. I appreciate especially our long-term shareholders who have been great and sustaining with us for a long time. And I really appreciate our employee base, who have come through an amazing period, and I'm so glad to be on the other side and just starting to focus on getting our balance sheet back in order, starting to invest in the things that really matter and really cleaning up our house to ensure we really deliver robust, efficient growth that continues to lead our sector and the consumer markets we participate in. With that, a good evening to everybody, and thank you for your patience.

**Operator**
The conference has now concluded. Thank you for attending today's presentation, and you may now disconnect.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AMYRIS-0000089

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.

AMYRIS-0000090

# Exhibit 13

| | |
|---|---|
| **From:** | John Melo |
| **Sent:** | Saturday, February 4, 2023 1:21 PM |
| **To:** | John Doerr; Ana Dutra; Geoff Duyk; Philip Eykerman; Frank Kung; Jim McCann; Steve Mills; Ryan Panchadsaram; Lisa Qi; Julie Washington |
| **Cc:** | Eduardo Alvarez; Han Kieftenbeld |
| **Subject:** | Amyris update |
| **Attachments:** | Org Announcement HK CO edits clean.docx |

Amyris board members, hope your year has started well and you and your families are healthy.

**Here's a quick update re current status of our business -**

1) We finished the year with continued strong demand across our portfolio. We have not closed our financials - If we are able to close/book all of our activity we should be around $95M in core revenue for the quarter with our lowest operating cost for the year and very good progress on our fit to win agenda. We continued significantly supply constrained and very tight on liquidity. We finished the year with orders for squalane, hemisqualane, farnasene, vanillin and Reb B for about $7M of revenue that we did not have the production capacity to complete and ship. This was driven by our decision to conserve cash and not produce in Spain, contamination issues related to the commissioning of Barra Bonita and DSM Brotas facility also capacity constrained. On the consumer business, we reduced our marketing spend and delayed the full launch of 4U and EcoFabulous to conserve cash - the revenue impact on consumer is around $7-8M from the lower investment. The decision to conserve cash and focus our activity is the right decision but is having an impact on revenue.

2) Our overall performance for the 4th quarter is the best revenue growth of all our peers by far - we are 2X the best of our peers in revenue growth for both consumer and ingredients. Ginkgo experienced the second consecutive quarter of a 10% drop in their core revenue while spending significantly more than us on their core activity. We also performed better than all our peers on the consumer business - our largest consumer brands continued to deliver the best growth of the industry in their respective categories.

3) We have not experienced a slow down in demand for both our consumer and ingredients business. We set another record for revenue from our core business in the 4th quarter with over 25% sequential quarter on quarter growth. In our consumer business, the market demand for Skin Care, Color Cosmetics and Hair Care has accelerated in the 1st quarter over the 4th quarter - each of the 3 categories are delivering double digit year on year growth with Color leading with 30% industry growth year on year and skin care is at 20% growth year on year (this data is from Sephora/LVMH and is consistent with what we are seeing from analysts and public companies). I expect we will be capital and supply constrained through mid 2023 with finally getting full capacity to meet demand by end of 2023.

4) Our exclusive marketing rights deal (the Strategic Transaction) with Givaudan is tracking well and should be complete in the next 7-10 days. We've reviewed final documents and sent markup to Givaudan lawyers last night - We will be in Paris on Feb 10th to complete integration and transition plans for the marketing agreements and contracts and I expect we will be ready to announce the following week. The deal has received full approval from the Givaudan board and we will schedule a meeting with our AC late this coming week or on Feb 13th to review and receive final internal approval. The key terms have remained the same since end of December - $350M for the global exclusive marketing rights of Squalane and Hemisqualane - this is $200M upfront and $150M in earnout over the next 3 years where we have good control and good probability of payout. We will need to gain Anti Competition approval (HSR) and do not expect this to be an issue.

1

AMYRIS-0000091

5) Our #1 focus in delivering on our cost reduction agenda while maintaining market leadership on revenue growth. Since the start of the year we have executed on a new leadership team structure and org design to delayer our management, speed decision making and reduce our costs. I've reduced the executive team by 59% and have terminated 6 of my 18 direct reports. I've attached the org announcement with the Exec team structure and membership. I big thank you to Ana Dutra who worked with Christine Ofori and advised/guided me through the redesign and changes. We are not done yet and will need to continue to upgrade our leaders as we focus on becoming the best in the world for the consumer markets we participate in and the best operating bio manufacturer of sustainable chemistry.

6) Liquidity continues to be extremely tight and will remain until we fund the Strategic Transaction with Givaudan. We are remaining focused on managing through this extreme tightness by managing vendor payments, freeing cash from working capital and inventory and reducing our spend. Assuming we sign and announce the Givaudan deal as planned, we can then explore our options for managing to get to the funding from the transaction.

7) Our 2023 plan is almost complete - we expect to have a solid plan in place by the 15th of February - We have solid performance of 2023 core revenue to around $450M (compared to around $300M in 2022) at an expected gross margin of around 60%. We are now solving for controlling our cost to deliver a EBITDA positive 4th quarter of 2023 with a high degree of confidence and a result we can sustain going forward. Our total cash use for 2023 is not expected to exceed $200M (compared to about $600M IN 2022) and mostly in the first 2 quarters.

A very strong start to the year with a big focus on settling the organization and the new leadership, delivering strong and consistent results from our factories and executing on our cost initiatives. We have much more to do and I'm very pleased with the new leaders and our streamlined and focused team.

Also, very happy to share that 4U by Tia is now live and doing very well - I expect this brand to outperform JVN hair after it's first year based on the strong traction at Walmart and the DTC sales in the first 2 weeks - very pleased, our "playbook" for building, launching and executing our brand strategy is clear. I've also decided the EcoFabulous brand is not working and we will stop it for now - operating a poor brand is not smart and we can very quickly assess what works and what does not and I'm keeping a strong discipline of only investing in winners.

Please let us know if you have any questions and we will cover these items, our overall plan and an update to our strategy at our next board meeting.

Thank you for your support.

John

CONFIDENTIAL

**Exhibit 14**

| | |
|---|---|
| **From:** | Neil Pollack <pollack@amyris.com> |
| **Sent:** | Friday, December 23, 2022 3:32 PM |
| **To:** | Mike Rytokoski |
| **Cc:** | Han Kieftenbeld; Neil Pollack |
| **Subject:** | RE: Prospect NPV |
| **Attachments:** | Project PROSPECT Financial Impact GIV Proposal REV2 (12.21.22).xlsx |

Mike,

Apologies that the following email is somewhat lengthy, but there are several business case dynamics we discussed confirming.  I welcome discussing further with you once you have an opportunity to digest the below note.

As a follow up from our discussions, I have developed three primary scenarios to analyze the NPV of selling the business vs. keeping the business with the current route to market.  These scenarios are defined as follows:

- <u>**SCENARIO A:**</u>  **Constant squalane / hemisqualane volumes in each future year based on the 2022 volume forecast from ~8 weeks ago**
- <u>**SCENARIO B:**</u>  **Significant increases in 3P and intercompany (for consumer brand consumption) squalane and hemisqualane volumes, from 2023 onwards, consistent with the pro-forma financials provided to Givaudan in August 2022**
- <u>**SCENARIO C:**</u>  **Squalane / hemisqualane volumes and revenue broadly consistent with the below "Givaudan Plan".  This represents the maximum business performance that does not generate an Earn-Out in any of the first three years**

Scenario A should represent a lower bound on future sales performance.  Scenario B is likely a quite optimistic case on squalane / hemisqualane sales performance.  Scenario C is between these two boundary conditions.

For each of these scenarios, I've calculated an NPV of selling the business vs. keeping the business with the current route to market (sales to distributors, etc.).  As discussed, the major P&L difference in each year (and scenario) between selling the business and keeping the current route to market will be our selling prices on the squalane and hemisqualane:  Our assumptions for supply chain costs in each year will be the same regardless of whether we are selling to Givaudan or to our distributors.

In-line with our discussions, and for each of the scenarios, I've assumed that pricing to Givaudan in Year 8 of the agreement (FY 2030) will revert to our then current total cash production costs of squalane and hemisqualane plus a 15% markup.  I've also assumed that the cost for our consumer brands to purchase back the squalane and hemisqualane would increase by an equal $ / kg amount in that year (FY 2030).  We are implicitly assuming the Givaudan agreement would last forever since we are using a perpetuity calculation to calculate the NPV from year 2030 onwards.

The first three tabs of the attached file are color coded in a <mark>black</mark> color and represent overall modelling summaries.  The tabs are as follows:

- **First Tab**:  Documents a number of **key assumptions**.  The parameters highlighted in <mark>yellow</mark> are user adjustable and cascade through the financial statements.
- **Second Tab**:  Includes summary cash flow statements and **NPV calculations** for **Scenario A**, **Scenario B**, and **Scenario C**

CONFIDENTIAL

AMYRIS-0000093

- **Third Tab**:  Includes the resulting **summary P&Ls** – over the period from 2023 onwards – that result from **(1) keeping the current route to market, (2) selling the business to Givaudan, and (3) the difference case between (1) and (2) for each Scenario (A, B, and C)**

Under the **base case assumptions** documented in the First Tab, the NPV for selling the business to Givaudan at $200m of upfront cash is **positive** for Scenario A, Scenario B, and Scenario C.  Scenario C (volume growth but not enough to trigger the earn-outs) is the least favorable with a resulting NPV of approximately +$49m.  As discussed, the NPV calculation is sensitive to the choice of WACC – I'm currently using 12.5%, with my basis documented on the 1st tab.  The NPV calculation will also be influenced by the assumed marginal tax rates in the US.  I'm currently assuming 0% given our substantial tax loss carryforwards, and I am following up on the magnitude of these.

Base case NPVs for each of the three scenarios are listed as follows:

| NPV of Scenario (A): | |
| --- | --- |
| Year 2022 | 200.0 |
| Years 2023 - 2029 | -52.5 |
| Years 2030 Onwards Perpetuity | -7.8 |
| TOTAL | 139.7 |

| NPV of Scenario (B): | |
| --- | --- |
| Year 2022 | 200.0 |
| Years 2023 - 2029 | -64.4 |
| Years 2030 Onwards Perpetuity | -59.0 |
| TOTAL | 76.6 |

| NPV of Scenario (C): | |
| --- | --- |
| Year 2022 | 200.0 |
| Years 2023 - 2029 | -115.0 |
| Years 2030 Onwards Perpetuity | -36.4 |
| TOTAL | 48.6 |

A **key dynamic to the economic modelling** is that – if we keep the business – we retain strategic flexibility and the capability to **raise selling prices to our customers** due to market externalities like increasing product costs (NY #11, FX rate, BB manufacturing costs, etc.).  This **real option** is valuable:  If we estimate that we would **raise our squalane and hemisqualane 3P pricing to ensure a 1:1 profit compensation for supply chain cost increases**, then our selling price increases (████████████████████████████████████) associated with **every ████ increase in squalane and hemisqualane cash production costs** results in the following adverse impacts to the NPV for each scenario:

- **Scenario A:**  ████
- **Scenario B:**  ████
- **Scenario C:**  ████

As such, sustained product costs more than ████ above our base case cash product cost assumptions (████████████████████████████████████) result in a negative NPV for the Scenario C volume / revenue profile.

Summarizing the above, under many assumptions and scenarios (as documented on the First Tab), selling the business for $200m of cash can yield a favorable NPV, but we are locked into a long term contract of selling through Givaudan and lose the option to adapt to changing cost and market conditions through our 3P pricing.  **Separately, we will experience very unfavorable go-forward P&L optics since we will be selling the squalane and hemisqualane to Givaudan at a ████ price lower than our product costs.  Selling through Givaudan**, and under the **Scenario C business volume profile**, the Aprinnova business will generate gross margins of negative $7m to $12m per year.   The associated summary P&Ls for each of these cases are included on the Third Tab of the attached file, and I've reproduced a summary table lower in this email.

Kind regards,

Neil

2

AMYRIS-0000094

| | SCENARIO (A): FY2022 CONSTANT VOLUMES | | | | SCENARIO (B): |
|---|---|---|---|---|---|
| | FY 2023 | FY 2024 | FY 2025 | FY 2030 | FY 2023 |
| **VOLUME (MTs)** | | | | | |
| 3P Squalane | 1,588 | 1,588 | 1,588 | 1,588 | 2,563 |
| I/C Squalane (for consumer brands) | 181 | 181 | 181 | 181 | 627 |
| 3P Hemisqualane | 691 | 691 | 691 | 691 | 1,607 |
| I/C Hemisqualane (for consumer brands) | 38 | 38 | 38 | 38 | 124 |
| | 2,498 | 2,498 | 2,498 | 2,498 | 4,921 |
| **PROSPECT SCENARIO:** | | | | | |
| Amyris Selling Price ($ / kg) | | | | | |
| Squalane | | | | | |
| Hemisqualane | | | | | |
| Estimated Cash Product Cost ($ / kg) | | | | | |
| Squalane | | | | | |
| Hemisqualane | | | | | |
| Estimated Gross Margin ($ / kg) on Revenue | | | | | |
| Squalane | | | | | |
| Hemisqualane | | | | | |
| Estimated Gross Margin ($ '000) on Revenue | | | | | |
| Squalane | | | | | |
| Hemisqualane | | | | | |
| Estimated PROSPECT Earn-Out ($ '000) | 0 | 0 | 0 | | 34,471 |
| Estimated COGS for Consumer Brand Use ($ '000) | | | | | |
| **PROFIT IMPACT: PROSPECT SCENARIO VS. CURRENT** | | | | | |
| Gross margin on Aprinnova 3P Revenue ($ '000) | | | | | |
| Earn-out Profit to Amyris ($ '000) | | | | | |
| COGS for Consumer Brand Use ($ '000) | | | | | |

**From:** Mike Rytokoski <rytokoski@amyris.com>
**Sent:** Monday, December 19, 2022 2:27 PM
**To:** Neil Pollack <pollack@amyris.com>
**Cc:** Han Kieftenbeld <kieftenbeld@amyris.com>
**Subject:** Prospect NPV

Neil,

Could you help refine the earlier P&L to show the NPV of the transaction vs the NPV of keeping the business? I promised this to John for this week. Happy to discuss. Thanks.

Mike

**<u>Sell</u>**
$200M up-front (purchase price)

CONFIDENTIAL                                                                 AMYRIS-0000095

Earn-out: (Actual Sales Value achieved – Givaudan valuation sales assumption) * 4.4x (valuation multiple of $200M / 2022 sales = 4.4x) / 50% (value share 50% / 50% between Givaudan and Amyris). Capped at $150 million over the 3-year period.

| $M | 2023 | 2024 | 2025 |
|---|---|---|---|
| Business Plan Amyris | 66 | 94 | 123 |
| Givaudan Plan | (50) | (60) | (70) |
| Delta | 16 | 34 | 53 |
| @ Sales Multiple 4.4x | 70.4 | 149.6 | 233.0 |
| 50/50% Value Share | 35.2 | 74.8 | 101 |
| Payment Annually | 35.2 | 74.8 | 40 |
| Aggregate Payment | 35.2 | 110.0 | 150.0 |

Assume we can get to the target costs leaving us a 15% mark-up on the sales to Givaudan – Some inflation assumption from year two onwards that will reduce the mark-up till year 8 when we have the right to price up.

Two sensitivity scenarios:
1. What if costs higher (your earlier scenario) – List the key assumptions
2. What if Givaudan growth is per their plan – No earn-out

**Keep**
Same volume growth projections. Assume additional hemi price increase of 20% for 2024. Same COGS as selling scenario. Keep current SGA. $1M savings starting in 2025 from going direct in North America.

4

AMYRIS-0000096