## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AB TECHNOLOGIES, LLC, *et al.*,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 23-11132 (TMH)<br><br>Jointly Administered |
| ALEXANDRE ZYNGIER, in His Capacity as the Creditor Trustee of the Creditor Trust,<br><br>Plaintiff,<br>v.<br>JOHN G. MELO,<br><br>Defendant. | Adversary Proceeding<br><br>Adv. Proc. Case No. 25-50527 (TMH)<br><br>**Re: Adv. D.I. 14, 24, 30, _____** |

## <u>ORDER DENYING MOTION TO DISMISS COMPLAINT</u>

Upon consideration of the *Motion To Dismiss Complaint For Lack of Standing, Failure to State a Claim Upon Which Relief Can Be Granted, and Failure to Join Indispensable Parties* (Adv. D.I. 14) (the "<u>Motion</u>") and responses to the Motion including, without limitation, Adv. D.I. 1, 4, 14, 17, 24, 30, 31, 35, 36; and after a hearing was held to consider the Motion on February 3, 2026 (the "<u>Hearing</u>");

**IT HEREBY IS ORDERED THAT** the Motion is **DENIED** for the reasons stated on the record at the Hearing.

*Thomas M. Horan*

**Dated: March 2nd, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**