# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AB TECHNOLOGIES, LLC, *et al.,*<br><br>      Reorganized Debtor. | Chapter 11<br><br>Case No. 23-11132 (TMH)<br><br>(Jointly Administered) |
| ALEXANDRE ZYNGIER,<br>in his Capacity as the Creditor Trustee of the Creditor Trust,<br><br>      Plaintiff,<br><br>  v.<br><br>JOHN G. MELO,<br><br>      Defendant. | Adv. Proc. No. 25-50527 (TMH) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE THAT**, on March 4, 2026, John G. Melo served his Rule 26(a)(1) Initial Disclosures upon counsel for Defendant via email.

              **KLEIN LLC**

              */s/ Julia B. Klein*
              Julia B. Klein (Bar No. 5198)
              225 West 14th Street, Suite 100
              Wilmington, Delaware 19801
              klein@kleinllc.com
              Phone: (302) 438-0456

              *Counsel for John Melo*