**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AB TECHNOLOGIES LLC, | Case No. 23-11132 (TMH) |
| Reorganized Debtor.[1] | Jointly Administered |
| ALEXANDRE ZYNGIER, in His Capacity as the Creditor Trustee of the Creditor Trust, | |
| Plaintiff, | Adv. Proc. Case No. 25-50527 (TMH) |
| v. | |
| JOHN G. MELO, | |
| Defendant. | |

## SCHEDULING STIPULATION AND ORDER

To promote the efficient and expeditious disposition of the above-captioned adversary proceeding, the parties hereby stipulate that the following schedule shall apply:

**Fact Discovery**

1.    Document Requests and Interrogatories. Initial requests for the production of documents to parties and initial interrogatories to parties shall be served on or before **May 1, 2026**.

2.    Deadline for Document Production. Party document productions shall be made on a rolling basis and shall be substantially completed on or before **June 19, 2026**.

3.    Privilege Logs. Privilege logs shall be substantially completed and served on or before **June 26, 2026**; provided, however, that a party re-producing a prior production for which

---

[1]    On December 13, 2024, the Court entered the *Order and Final Decree Closing Certain Chapter 11 Cases* [Case No. 23-11131, Docket No. 1766], closing each of the Reorganized Debtors' chapter 11 cases except that of AB Technologies LLC.

a privilege log was served shall re-produce that privilege log contemporaneously with the production.

4.      Depositions. Depositions shall be completed on or before **August 21, 2026**.

5.      Requests for Admission. Requests for admission shall be served on or before **September 4, 2026**.

6.      Deadline for Fact Discovery. All fact discovery shall be completed on or before **October 5, 2026**.

 **Expert Discovery**

7.      Expert Disclosure and Opening Expert Reports. The parties shall disclose the identities of any testifying expert and shall serve any expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) (made applicable to this matter pursuant to Fed. R. Bankr. P. 7026) on any issue(s) as to which that party bears the burden of proof no later than **November 25, 2026**.

8.      Rebuttal Expert Reports. Any Party's expert report intended to rebut any other expert report shall be served no later than **January 8, 2027**.

9.      Expert Discovery Cut-Off. All expert depositions shall be completed on or before **February 5, 2027**.

**Motions in Limine**

10.     The parties may file any motions in limine in connection with Dispositive Motions and opening briefs in support thereof, if any, on or before **May 7, 2027**. Oppositions to any motions in limine shall be filed on or before **June 5, 2027**. Replies in further support of any motions in limine shall be filed on or before **July 7, 2027**. Notwithstanding these deadlines, nothing in this Order shall preclude the Parties from filing pre-trial motions in limine on a schedule set by the Court.

**Dispositive Motions**

11. <u>Briefing Schedule for Dispositive Motions</u>. Any dispositive motions shall be filed on or before **March 23, 2027**. Oppositions to any dispositive motions shall be filed on or before **May 7, 2027**. Reply briefs in support of any dispositive motions shall be filed on or before **June 5, 2027**.

**Miscellaneous**

12. The Local Rules shall apply, except that the deadlines in this Scheduling Order shall control with respect to the adversary proceeding.

13. The parties agree that requests for production of documents, interrogatories, requests for admission, and deposition notices served on parties, and responses thereto, may be served by email to the attorneys listed below in the signature block.

14. Any deadlines set forth herein may be modified pursuant to agreement by the parties without further approval of the Court or by order of the court.

Dated: April 22, 2026

**KLEIN LLC**

_/s/ Julia B. Klein_
Julia B. Klein (DE Bar No. 5198)
225 West 14th Street, Suite 100 Wilmington,
Delaware 19801
klein@kleinllc.com
Phone: (302) 438-0456

_Counsel for John Melo_

**BOIES SCHILLER FLEXNER LLP**

/s/ _Frank H. Griffin_
Frank H. Griffin (DE Bar No. 7318)
1401 New York Avenue
Washington, DC  20005
fgriffin@bsfllp.com
Phone: 212-446-2352

and

Gordon Z. Novod (admitted _pro hac vice_)
55 Hudson Yards
New York, NY 10001
gnovod@bsfllp.com
Phone: 212-446-2352

_Counsel for the Trustee of the Creditor
Trust_

**Dated: April 22nd, 2026
Wilmington, Delaware**

**THOMAS M. HORAN
UNITED STATES BANKRUPTCY JUDGE**

4