**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AB TECHNOLOGIES LLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 23-11132 (TMH)<br><br>(Jointly Administered) |
| ALEXANDRE ZYNGIER, in His Capacity as the Creditor Trustee of the Creditor Trust,<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. MELO,<br><br>Defendant. | Adv. Proc. Case No. 25-50527 (TMH) |

## ORDER APPROVING STIPULATION TO EXTEND DEADLINES

Upon the *Stipulation to Extend Deadlines* (the "Stipulation"), a copy of which is attached hereto as **Exhibit A**; and the Court having jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED in its entirety.
2. The Court retains jurisdiction with respect to all matters arising from or related to the Stipulation and this Order.

Thomas M. Horan

**Dated: October 9th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**