# Exhibit A

## Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AB TECHNOLOGIES LLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 23-11132 (TMH)<br><br>(Jointly Administered) |
| ALEXANDRE ZYNGIER, in His Capacity as the Creditor Trustee of the Creditor Trust,<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. MELO,<br><br>Defendant. | Adv. Proc. Case No. 25-50527 (TMH) |

**AMENDED SCHEDULING STIPULATION AND ORDER**

To promote the efficient and expeditious disposition of the above-captioned adversary proceeding, the parties hereby stipulate, subject to Court approval, that the following schedule shall apply:

**Fact Discovery**

1. Document Requests and Interrogatories. Initial requests for the production of documents to parties and initial interrogatories to parties shall be served on or before **May 1, 2026**.

2. Deadline for Document Production. Party document productions shall be made on a rolling basis and shall be substantially completed on or before **July 17, 2026**.

[1] On December 13, 2024, the Court entered the Order and Final Decree Closing Certain Chapter 11 Cases [Case No. 23-11131, Docket No. 1766], closing each of the Reorganized Debtors' Chapter 11 cases except that of AB Technologies LLC.

3. Privilege Logs. Privilege logs shall be substantially completed and served on or before **July 24, 2026**; provided, however, that a party re-producing a prior production for which a privilege log was served shall re-produce that privilege log contemporaneously with the production.

4. Depositions. Depositions shall be completed on or before **October 23, 2026**.

5. Requests for Admission. Requests for admission shall be served on or before **November 6, 2026**.

6. Deadline for Fact Discovery. All fact discovery shall be completed on or before **December 4, 2026**.

**Expert Discovery**

7. Expert Disclosure and Opening Expert Reports. The parties shall disclose the identities of any testifying expert and shall serve any expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) (made applicable to this matter pursuant to Fed. R. Bankr. P. 7026) on any issue(s) as to which that party bears the burden of proof no later than **January 22, 2027**.

8. Rebuttal Expert Reports. Any Party's expert report intended to rebut any other expert report shall be served no later than **March 5, 2027**.

9. Expert Discovery Cut-Off. All expert depositions shall be completed on or before **April 2, 2027**.

**Motions in Limine**

10. The parties may file any motions in limine in connection with Dispositive Motions and opening briefs in support thereof, if any, on or before **July 2, 2027**. Oppositions to any motions

in limine shall be filed on or before **July 30, 2027**. Replies in further support of any motions in limine shall be filed on or before **August 20, 2027**. Notwithstanding these deadlines, nothing in this Order shall preclude the Parties from filing pre-trial motions in limine on a schedule set by the Court.

**Dispositive Motions**

11. Briefing Schedule for Dispositive Motions. Any dispositive motions shall be filed on or before **May 25, 2027**. Oppositions to any dispositive motions shall be filed on or before **July 2, 2027**. Reply briefs in support of any dispositive motions shall be filed on or before **July 30, 2027**.

**Miscellaneous**

12. Except as expressly amended herein, the deadlines set forth in the Amended Scheduling Stipulation and Order entered June 23, 2026 [Adv. Docket No. 54] shall remain unchanged and in full force and effect.

13. The Local Rules shall apply, except that the deadlines in this Scheduling Order shall control with respect to the adversary proceeding.

14. The parties agree that requests for production of documents, interrogatories, requests for admission, and deposition notices served on parties, and responses thereto, may be served by email to the attorneys listed below in the signature block.

15. Any deadlines set forth herein may be modified pursuant to agreement by the parties without further approval of the Court or by order of the Court.

Dated: October 7, 2026

**KLEIN LLC**

*/s/ Julia B. Klein*
Julia B. Klein (DE Bar No. 5198)
225 West 14th Street, Suite 100
Wilmington, Delaware 19801
klein@kleinllc.com
Telephone: (302) 438-0456

*Counsel for John Melo*

**GRANT & EISENHOFER P.A.**

/s/ *Vivek Upadhya*
Vivek Upadhya (DE Bar No. 6241)
123 Justison St., 7th Floor
Wilmington, DE 19801
Telephone: (302) 622-7066
Facsimile: (302) 622-7100
vupadhya@gelaw.com

and

**BOIES SCHILLER FLEXNER LLP**

*/s/ Frank H. Griffin*
Frank H. Griffin (DE Bar No. 7318)
1401 New York Avenue
Washington, DC 20005
Telephone: (212) 446-2352
fgriffin@bsfllp.com

and

Gordon Z. Novod (admitted pro hac vice)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2352
gnovod@bsfllp.com

*Counsel for the Trustee of the Creditor*